| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>One Montgomery Street, Suite 1800<br>San Francisco, California  94104<br>Attorneys for:  ALLAN J. NICOLOW | (415) 288-4545<br><br>Ref. No. Or File No.<br>W2605605 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
ALLAN J. NICOLOW

Defendant:
HEWLETT-PACKARD COMPANY

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 12  5980 CRB |
|---|---|---|---|---|

I, B. Anderson                , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS; SPECIAL NOTICE REGARDING MOTIONS;

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant             : Hewlett-Packard Company

By Serving            : MARIA SANCHEZ, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of Process
Address               : 818 West 7th Street, Los Angeles, CA  90017
Date & Time           : Thursday, December 6, 2012 @ 1:20 p.m.
Witness fees were     : Not applicable.

Person serving:
B. Anderson
Wheels of Justice, Inc.
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 6416
   (3) County: Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 6, 2012                         Signature: _____
                                                          B. Anderson


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>One Montgomery Street, Suite 1800<br>San Francisco, California 94104 | (415) 288-4545 | |
| Attorneys for: ALLAN J. NICOLOW | Ref. No. Or File No.<br>W2605610 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>ALLAN J. NICOLOW | | |
| Defendant:<br>HEWLETT-PACKARD COMPANY | | |

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>CV 12 5980 CRB |
|---|---|---|---|---|

I, Matt Patterson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS; SPECIAL NOTICE REGARDING MOTIONS;

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : James T. Murrin

By Serving : James T. Murrin

Address : 5007 Manchester Court, Granite Bay, CA 95746
Date & Time : Friday, December 7, 2012 @ 7:04 a.m.
Witness fees were : Not applicable.

Person serving:
Matt Patterson
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 98-009
  (3) County: Placer
  (4) Expires: 10/31/2014

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 7, 2012     Signature: _____
                                       Matt Patterson

