| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>One Montgomery Street, Suite 1800<br>San Francisco, California 94104 | (415) 288-4545 | |
| | Ref. No. Or File No.<br>W2605609 | |
| Attorneys for: ALLAN J. NICOLOW | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
ALLAN J. NICOLOW

Defendant:
HEWLETT-PACKARD COMPANY

| PROOF OF SERVICE | Date | Time | Dept/Div | Case Number:<br>CV 12 5980 CRB |
|---|---|---|---|---|

I, Don Schlipp, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS; SPECIAL NOTICE REGARDING MOTIONS;

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : Catherine A. Lesjak

By Serving : "JOHN DOE", Husband/Co-occupant
(45-50 y.o./6'3"/Caucasian/210#/Grey hair)

Address : 328 West Poplar Avenue, San Mateo, CA 94402
Date & Time : Thursday, December 6, 2012 @ 9:04 p.m.
Witness fees were : Not applicable.

Person serving:
Don Schlipp
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 1294
   (3) County: Santa Clara
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 7, 2012

Signature: _____
Don Schlipp



| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>One Montgomery Street, Suite 1800<br>San Francisco, California 94104 | (415) 288-4545 | |
| Attorneys for: ALLAN J. NICOLOW | Ref. No. Or File No.<br>W2605609 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>ALLAN J. NICOLOW | | |
| Defendant:<br>HEWLETT-PACKARD COMPANY | | |

| POS BY MAIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 12 5980 CRB |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On December 7, 2012, I served the within:

SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS; SPECIAL NOTICE REGARDING MOTIONS;

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class in the United States mail at San Francisco, California, addressed as follows:

Catherine A. Lesjak

328 West Poplar Avenue
San Mateo, CA 94402

Person serving:
Edwina Galvan
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 2010-0001155
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 7, 2012     Signature: _____
                                        Edwina Galvan


Printed on recycled paper

Judicial Council form, rule 982(a) (23)