| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | JOSEPH E. FLOREN, State Bar No. 168292 |
|   | KIM ALEXANDER KANE, State Bar No. 226896 |
| 3 | MATTHEW S. WEILER, State Bar No. 236052 |
|   | One Market Street, Spear Street Tower |
| 4 | San Francisco, CA 94105-1126 |
|   | Tel: 415.442.1000 / Fax  415.442.1001 |
| 5 | jfloren@morganlewis.com |
|   | kkane@morganlewis.com |
| 6 | mweiler@morganlewis.com |

MARC J. SONNENFELD*
KAREN PIESLAK POHLMANN*
* *Pro hac vice* applications to be filed
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5740 / Fax: 215.963.5001
msonnenfeld@morganlewis.com
kpohlmann@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN J. NICOLOW, Individually and on Behalf of All Others Similarly Situated, | Case No. CV-12-05980 CRB |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | Hon. Charles R. Breyer |
| HEWLETT-PACKARD COMPANY, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, and JAMES T. MURRIN, | |
| Defendants. | |

**TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Joseph E. Floren, Kim A. Kane and Matthew S. Weiler of Morgan, Lewis & Bockius LLP, hereby appear as counsel for Defendant Hewlett-Packard Company. They are admitted to practice in the State of California and before this Court. Their address, telephone and facsimile numbers are follows:

> Morgan, Lewis & Bockius LLP
> One Market, Spear Street Tower
> San Francisco, CA  94105-1126
> Tel:    415.442.1000
> Fax:   415.442.1001

Please serve said counsel with all pleadings and notices in this action.

Dated:    December 13, 2012            MORGAN, LEWIS & BOCKIUS LLP

By    /s/ Joseph E. Floren
    Joseph E. Floren
    Kim Alexander Kane
    Matthew S. Weiler
    Attorneys for Defendant
    HEWLETT-PACKARD COMPANY