BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Telephone:  (858) 914-2001
Facsimile:   (858) 914-2002
E-mail:  fbottini@bottinilaw.com

*Attorneys for Plaintiffs
Andrea Bascheri and Jim Chung
in Case No. 12-cv-6091 (N.D. Cal.)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLAN J. NICOLOW, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, and JAMES T. MURRIN,<br><br>Defendants. | Case No. 12-cv-5980-CRB<br><br>**Administrative Motion to Consider Whether Cases Should Be Related Under Civil L.R. 3-12(b)**<br><br>(Civil L.R. 3-12(b) and 7-11)<br><br>Honorable Charles R. Breyer<br><br>Date Action Filed: November 26, 2012 |

[Additional caption appearing on the next page]

| | |
|---|---|
| ANDREA BASCHERI and JIM CHUNG, derivatively on behalf of HEWLETT-PACKARD COMPANY, | Case No. 12-cv-6091-SI |
| | Honorable Susan Illston |
| Plaintiffs, | Date Action Filed: November 30, 2012 |
| vs. | |
| LEO APOTHEKER, MICHAEL LYNCH, SHANE ROBISON, CATHERINE A. LESJAK, MARC L. ANDREESEN, SHUMEET BANERJI, RAJIV L. GUPTA, JOHN H. HAMMERGREN, RAYMOND J. LANE, ANN M. LIVERMORE, GARY M. REINER, PATRICIA F. RUSSO, G. KENNEDY THOMPSON, MARGARET C. WHITMAN, RALPH WHITWORTH, LAWRENCE T. BABBIO, JR., DOMINIQUE SENEQUIER, KPMG LLP, DELOITTE LLP, and DOES 1 through 20, inclusive, | |
| Defendants, | |
| - and - | |
| HEWLETT-PACKARD COMPANY, | |
| Nominal Defendant. | |

1    In compliance with Civil L.R. 3-12(b), Plaintiffs Andrea Bascheri and Jim Chung in
2  *Bascheri v. Apotheker*, No. 12-cv-6091 (N.D. Cal.), move for consideration of whether
3  *Bascheri* is related to *Nicolow v. Hewlett-Packard Co.*, No. 12-cv-5980 (N.D. Cal.).
4    *Bascheri* and *Nicolow* are related within the meaning of Civil L.R. 3-12(a) for three
5  reasons.  First, although *Bascheri* and *Nicolow* present different claims and rely on different
6  legal theories, some of the events and transactions giving rise to both cases are the same.
7  *Bascheri* is a shareholder derivative action based on, among other things, the allegations that
8  the officers, directors, and auditors of Nominal Defendant Hewlett-Packard Company ("HPQ")
9  (1) breached their duties in connection with HPQ's multi-billion-dollar acquisition of
10 Autonomy Corporation plc ("Autonomy"); and (2) caused HPQ to issue false and misleading
11 statements regarding its financial results, which included revenues from HPQ's acquisition of
12 Autonomy and of  Electronic Data Systems Corporation ("EDS").  Ex. A ¶ 3.  *Nicolow* is a
13 securities-fraud class action based on HPQ's alleged dissemination of false and misleading
14 statements concerning financial results that incorporated revenues from the EDS and
15 Autonomy acquisitions.  Ex. B ¶¶ 3, 5.  Second, four current and former HPQ officers and
16 directors – Leo Apotheker, Margaret C. Whitman, Catherine A. Lesjak, and James T. Murrin –
17 are defendants in both cases.  HPQ is a nominal defendant in *Bascheri* and a defendant in
18 *Nicolow*.  Third, because of the overlap of parties and underlying events between *Bascheri* and
19 *Nicolow*, it appears likely that there will be an unduly burdensome duplication of labor and
20 expense or conflicting results if the cases proceed before different judges.  *See* Civil L.R. 3-
21 12(a)(2).
22   Accordingly, *Bascheri* should be deemed related to *Nicolow* under Civil L.R. 3-12(a)
23 and should be re-assigned to this Court.
24 ///
25 ///
26 ///
27 ///
28 ///

| | |
|---|---|
| Dated:  December 18, 2012 | Respectfully submitted, |
| | BOTTINI & BOTTINI, INC.<br>Francis A. Bottini, Jr. (SBN 175783) |
| | <u>       s/ Francis A. Bottini, Jr.       </u><br>          Francis A. Bottini, Jr. |
| | 7817 Ivanhoe Avenue, Suite 102<br>La Jolla, California  92037<br>Telephone:  (858) 914-2001<br>Facsimile:   (858) 914-2002 |
| | *Attorneys for Plaintiffs*<br>*Andrea Bascheri and Jim Chung* |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2012, I caused the foregoing document to be filed electronically with the Clerk of the Court for the United States District Court for the Northern District of California by using the appellate CM/ECF system. The following participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system:

Shawn A. Williams
Darren Jay Robbins
David Conrad Walton
Robbins Geller Rudman & Dowd LLP
Post Montgomery Center
One Montgomery Street
Suite 1800
San Francisco, CA 94104
415-288-4545
Fax: 415-288-4534
Email: shawnw@rgrdlaw.com
Email: e_file_sd@rgrdlaw.com
Email: davew@rgrdlaw.com

*Attorneys for Plaintiff, Allan J. Nicolow*

Joseph Edward Floren
Kimberly Alexander Kane
Matthew S. Weiler
Morgan, Lewis & Bockius LLP
One Market Street
Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
Fax: 415-442-1001
Email: jfloren@morganlewis.com
Email: kkane@morganlewis.com
Email: mweiler@morganlewis.com

*Attorneys for Defendant, Hewlett-Packard Company*

Marc J. Sonnenfeld
Karen A. Pieslak Pohlmann
Morgan Lewis and Bockius LLP
1701 Market St
Philadelphia, PA 19103-2921
215-963-5146
Fax: 215-963-5001

1

2  Email: msonnenfeld@morganlewis.com
   Email: kpohlmann@morganlewis.com
3
   *Attorneys for Defendant, Hewlett-Packard Company*
4

5

6  Dated:  December 18, 2012

                                                          _____s/ Francis A. Bottini, Jr._____
7                                                                Francis A. Bottini, Jr.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28