1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN J. NICOLOW, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, and JAMES T. MURRIN,<br><br>Defendants. | Case No. 12-cv-5980-CRB<br><br>**[Proposed] Order (1) Granting Administrative Motion to Consider Whether Cases Should Be Related Under Civil L.R. 3-12(b); and (2) Re-Assigning Case**<br><br>(Civil L.R. 3-12(b) and 7-11)<br><br>Honorable Charles R. Breyer<br><br>Date Action Filed: November 26, 2012 |

[Additional caption appearing on the next page]

---

[Proposed] Order (1) Granting Administrative Motion to Consider
Whether Cases Should Be Related Under Civil L.R. 3-12(b); and (2) Re-Assigning Case

| | | |
|---|---|---|
| 1 | ANDREA BASCHERI and JIM CHUNG, ) | Case No. 12-cv-6091-SI |
| 2 | derivatively on behalf of HEWLETT- ) PACKARD COMPANY, ) | Honorable Susan Illston |
| 3 | ) Plaintiffs,) | Date Action Filed: November 30, 2012 |
| 4 | ) vs. ) | |
| 5 | ) LEO APOTHEKER, MICHAEL LYNCH, ) | |

1  ANDREA BASCHERI and JIM CHUNG,         )   Case No. 12-cv-6091-SI
   derivatively on behalf of HEWLETT-     )
2  PACKARD COMPANY,                       )   Honorable Susan Illston
                                          )
3                             Plaintiffs, )   Date Action Filed: November 30, 2012
                                          )
4                    vs.                  )
                                          )
5  LEO APOTHEKER, MICHAEL LYNCH,          )
   SHANE ROBISON, CATHERINE A. LESJAK,    )
6  MARC L. ANDREESEN, SHUMEET             )
   BANERJI, RAJIV L. GUPTA, JOHN H.       )
7  HAMMERGREN, RAYMOND J. LANE, ANN       )
   M. LIVERMORE, GARY M. REINER,          )
8  PATRICIA F. RUSSO, G. KENNEDY          )
   THOMPSON, MARGARET C. WHITMAN,         )
9  RALPH WHITWORTH, LAWRENCE T.           )
   BABBIO, JR., DOMINIQUE SENEQUIER,      )
10 KPMG LLP, DELOITTE LLP, and DOES 1     )
   through 20, inclusive,                 )
11                                        )
                             Defendants,  )
12                                        )
                   - and -                )
13                                        )
   HEWLETT-PACKARD COMPANY,               )
14                                        )
                       Nominal Defendant. )
15

[Proposed] Order (1) Granting Administrative Motion to Consider
Whether Cases Should Be Related Under Civil L.R. 3-12(b); and (2) Re-Assigning Case

1  Having considered the motion of Plaintiffs Andrea Bascheri and Jim Chung for
2  consideration of whether *Bascheri v. Apotheker*, No. 12-cv-6091 (N.D. Cal.), and *Nicolow v.*
3  *Hewlett-Packard Co.*, No. 12-cv-5980 (N.D. Cal.), are related under Civil L.R. 3-12(a), the
4  Court finds that (1) some of the events and transactions giving rise to both cases are the same;
5  (2) Hewlett-Packard Company, Leo Apotheker, Margaret C. Whitman, Catherine A. Lesjak,
6  and James T. Murrin are parties in both cases; and (3) it appears likely that there will be an
7  unduly burdensome duplication of labor and expense or conflicting results if the cases proceed
8  before different judges.
9  Accordingly, plaintiffs' motion is granted.  *Bascheri* is re-assigned and transferred to
10 this Court.
11 Dated: _____, 2012

Honorable Charles R. Breyer
United States District Judge