KEVIN P. MUCK (CSB No. 120918)
kmuck@fenwick.com
MARIE C. BAFUS (CSB No. 258417)
mbafus@fenwick.com
TAHIR I. GOLDEN (CSB No. 282948)
tgolden@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant James T. Murrin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLAN J. NICOLOW, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>Defendants. | Case No. CV-12-05980-CRB<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT JAMES T. MURRIN**<br><br>[Civ. L.R. 5-1(c)(2)(A)] |

TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE, pursuant to Civil Local Rule 5-1(c)(2)(A), that Kevin P. Muck, Marie C. Bafus and Tahir I. Golden of Fenwick & West LLP hereby appear as counsel of record in this action for defendant James T. Murrin. Mr. Muck, Ms. Bafus and Mr. Golden are all admitted to practice in California and before this Court. Their address, telephone number and facsimile number are as follows:

> Fenwick & West LLP
> 555 California Street, 12th Floor
> San Francisco, California 94104
> Telephone: (415) 875-2300
> Facsimile: (415) 281-1350

1

Please serve said counsel with all pleadings, notices and other filings in this action.

Dated: December 19, 2012     FENWICK & WEST LLP

By: /s/ *Kevin P. Muck*
 Kevin P. Muck

Attorneys for Defendant James T. Murrin