1  STEVEN M. SCHATZ, State Bar No. 118356
   sschatz@wsgr.com
2  KATHERINE L. HENDERSON, State Bar No. 242676
   khenderson@wsgr.com
3  BRYAN J. KETROSER, State Bar No. 239105
   bketroser@wsgr.com
4  BRIAN DANITZ, State Bar No. 247403
   bdanitz@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone:  (650) 493-9300
   Facsimile:  (650) 565-5100
8
   Attorneys for Defendant
9  Catherine A. Lesjak

10                          UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12

13  ALLAN J. NICOLOW, Individually and on          )   Case No. CV-12-05980 CRB
    Behalf of All Others Similarly Situated,       )
14                                                 )
                             Plaintiff,            )   **NOTICE OF APPEARANCE OF**
15              vs.                                )   **COUNSEL**
                                                   )
16  HEWLETT-PACKARD COMPANY, LEO                   )
    APOTHEKER, MARGARET C. WHITMAN,                )
17  CATHERINE A. LESJAK, and JAMES T.              )   Hon. Charles R. Breyer
    MURRIN,                                        )
18                                                 )
                             Defendants.           )
19  _____           )

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF COUNSEL
CASE NO.: CV-12-05980 CRB

1      **PLEASE TAKE NOTICE** that STEVEN M. SCHATZ (SBN 118356) of Wilson

2 Sonsini Goodrich & Rosati, P.C. hereby enters his appearance as counsel of record on behalf of

3 defendant Catherine A. Lesjak in the above-captioned case.  Pursuant to General Order 45,

4 copies of all briefs, motions, orders, correspondence, and other papers filed by or with the Court

5 may be electronically served on Steven M. Schatz at the above-listed electronic mail address.

6 Dated:  December 19, 2012                Respectfully submitted,

7                                      WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation

8

9                                      By:  /s/ Steven M. Schatz
                                         Steven M. Schatz

10

11                                      Attorneys for Defendant
                                     Catherine A. Lesjak

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28