| | |
|---|---|
| 1 | STEVEN M. SCHATZ, State Bar No. 118356 |
| | sschatz@wsgr.com |
| 2 | KATHERINE L. HENDERSON, State Bar No. 242676 |
| | khenderson@wsgr.com |
| 3 | BRYAN J. KETROSER, State Bar No. 239105 |
| | bketroser@wsgr.com |
| 4 | BRIAN DANITZ, State Bar No. 247403 |
| | bdanitz@wsgr.com |
| 5 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 6 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| 7 | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |
| 8 | |
| | Attorneys for Defendant |
| 9 | Catherine A. Lesjak |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALLAN J. NICOLOW, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. CV-12-05980 CRB |
| Plaintiff, | ) ) | **NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | ) ) | |
| HEWLETT-PACKARD COMPANY, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, and JAMES T. MURRIN, | ) ) ) ) ) | Hon. Charles R. Breyer |
| Defendants. | ) ) | |

1    **PLEASE TAKE NOTICE** that BRIAN DANITZ (SBN 247403) of Wilson Sonsini Goodrich & Rosati, P.C. hereby enters his appearance as counsel of record on behalf of defendant Catherine A. Lesjak in the above-captioned case. Pursuant to General Order 45, copies of all briefs, motions, orders, correspondence, and other papers filed by or with the Court may be electronically served on Brian Danitz at the above-listed electronic mail address.

Dated:  December 19, 2012           Respectfully submitted,

                                    WILSON SONSINI GOODRICH & ROSATI
                                    Professional Corporation


                                    By: /s/ Brian Danitz
                                            Brian Danitz

                                    Attorneys for Defendant
                                    Catherine A. Lesjak