| | |
|---|---|
| 1 | STEVEN M. SCHATZ, State Bar No. 118356 |
| | sschatz@wsgr.com |
| 2 | KATHERINE L. HENDERSON, State Bar No. 242676 |
| | khenderson@wsgr.com |
| 3 | BRYAN J. KETROSER, State Bar No. 239105 |
| | bketroser@wsgr.com |
| 4 | BRIAN DANITZ, State Bar No. 247403 |
| | bdanitz@wsgr.com |
| 5 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 6 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| 7 | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |
| 8 | |
| | Attorneys for Defendant |
| 9 | Catherine A. Lesjak |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALLAN J. NICOLOW, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. CV-12-05980 CRB |
| Plaintiff, | ) ) | **NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | ) ) | |
| HEWLETT-PACKARD COMPANY, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, and JAMES T. MURRIN, | ) ) ) ) ) | Hon. Charles R. Breyer |
| Defendants. | ) ) | |

NOTICE OF APPEARANCE OF COUNSEL
CASE NO.: CV-12-05980 CRB

1 **PLEASE TAKE NOTICE** that KATHERINE L. HENDERSON (SBN 242676) of Wilson Sonsini Goodrich & Rosati, P.C. hereby enters her appearance as counsel of record on behalf of defendant Catherine A. Lesjak in the above-captioned case.  Pursuant to General Order 45, copies of all briefs, motions, orders, correspondence, and other papers filed by or with the Court may be electronically served on Katherine L. Henderson at the above-listed electronic mail address.

Dated:  December 19, 2012

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Katherine L. Henderson
         Katherine L. Henderson

Attorneys for Defendant
Catherine A. Lesjak