| | |
|---|---|
| 1 | STEVEN M. SCHATZ, State Bar No. 118356 |
| | sschatz@wsgr.com |
| 2 | KATHERINE L. HENDERSON, State Bar No. 242676 |
| | khenderson@wsgr.com |
| 3 | BRYAN J. KETROSER, State Bar No. 239105 |
| | bketroser@wsgr.com |
| 4 | BRIAN DANITZ, State Bar No. 247403 |
| | bdanitz@wsgr.com |
| 5 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 6 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| 7 | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |

Attorneys for Defendant
Catherine A. Lesjak

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN J. NICOLOW, Individually and on Behalf of All Others Similarly Situated, | Case No. CV-12-05980 CRB |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | |
| HEWLETT-PACKARD COMPANY, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, and JAMES T. MURRIN, | Hon. Charles R. Breyer |
| Defendants. | |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that BRYAN J. KETROSER (SBN 239105) of Wilson |
| 2 | Sonsini Goodrich & Rosati, P.C. hereby enters his appearance as counsel of record on behalf of |
| 3 | defendant Catherine A. Lesjak in the above-captioned case.  Pursuant to General Order 45, |
| 4 | copies of all briefs, motions, orders, correspondence, and other papers filed by or with the Court |
| 5 | may be electronically served on Bryan J. Ketroser at the above-listed electronic mail address. |

Dated:  December 19, 2012              Respectfully submitted,

                                       WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation


                                       By:  /s/ Brian J. Ketroser
                                             Brian J. Ketroser

                                       Attorneys for Defendant
                                       Catherine A. Lesjak