Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allan J. Nicolow,<br><br>    Plaintiff(s),<br><br> v.<br><br>Hewlett-Packard Company, et al.,<br><br>    Defendant(s). | Case No: 12-cv-5980CRB<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

 I, Marc J. Sonnenfeld, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Hewlett-Packard Co. in the above-entitled action. My local co-counsel in this case is Joseph E. Floren, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1701 Market Street<br>Philadelphia, PA 19103-2921 | One Market Street, Spear Tower<br>San Francisco, CA 94105-1126 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (215) 963-5000 | (415) 442-1000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| msonnenfeld@morganlewis.com | jfloren@morganlewis.com |

 I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 17210.

 A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

 I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

 *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/20/12           Marc J. Sonnenfeld
                     APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

 IT IS HEREBY ORDERED THAT the application of Marc J. Sonnenfeld is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                   UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                *October 2012*

# EXHIBIT A – SONNENFELD



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Marc J. Sonnenfeld, Esq.*

DATE OF ADMISSION

*November 17, 1971*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 24, 2012

Patricia A. Johnson
Chief Clerk