Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allan J. Nicolow,<br><br>              Plaintiff(s),<br><br>v.<br><br>Hewlett-Packard Company, et al.,<br><br>              Defendant(s). | Case No: 12-cv-5980CRB<br><br>APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3) |

I, Karen Pieslak Pohlmann, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Hewlett-Packard Co. in the above-entitled action. My local co-counsel in this case is Joseph E. Floren, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1701 Market Street<br>Philadelphia, PA 19103-2921 | One Market Street, Spear Tower<br>San Francisco, CA 94105-1126 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (215) 963-5000 | (415) 442-1000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kpohlmann@morganlewis.com | jfloren@morganlewis.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 60079.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/20/12                            Karen Pieslak Pohlmann
                                                                                            APPLICANT

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Karen Pieslak Pohlmann is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

# EXHIBIT A – PIESLAK POHLMANN



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Karen A. Pieslak Pohlmann, Esq.

**DATE OF ADMISSION**

*December 14, 1990*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 26, 2012

_____
John W. Person Jr., Esq.
Deputy Prothonotary