| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|   |   & DOWD LLP |
| 2 | SHAWN A. WILLIAMS (213113) |
|   | Post Montgomery Center |
| 3 | One Montgomery Street, Suite 1800 |
|   | San Francisco, CA  94104 |
| 4 | Telephone:  415/288-4545 |
|   | 415/288-4534 (fax) |
| 5 | shawnw@rgrdlaw.com |
|   |      – and – |
| 6 | DARREN J. ROBBINS (168593) |
|   | DAVID C. WALTON (167268) |
| 7 | DANIELLE S. MYERS (259916) |
|   | 655 West Broadway, Suite 1900 |
| 8 | San Diego, CA  92101 |
|   | Telephone:  619/231-1058 |
| 9 | 619/231-7423 (fax) |
|   | darrenr@rgrdlaw.com |
| 10 | davew@rgrdlaw.com |

11  Attorneys for Plaintiff

12  [Additional counsel appear on signature page.]

13  UNITED STATES DISTRICT COURT

14  NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALLAN J. NICOLOW, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 12-cv-05980-CRB |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | NOTICE OF APPEARANCE OF COUNSEL |
| HEWLETT-PACKARD COMPANY, et al., | ) ) | |
| Defendants. | ) ) | |

801327_1

1  Please note the appearance of the undersigned Danielle S. Myers of Robbins Geller Rudman
2  & Dowd LLP, 655 W. Broadway, Suite 1900, San Diego, California 92101, phone number (619)
3  231-1058; email: dmyers@rgrdlaw.com as additional counsel on behalf of plaintiff in this action.
4  The undersigned respectfully requests to be included via e mail on the Court's notification of all
5  electronic filings in this action.

6  DATED: December 28, 2012      ROBBINS GELLER RUDMAN
                                    & DOWD LLP
7                                 DARREN J. ROBBINS
                                  DAVID C. WALTON
8                                 DANIELLE S. MYERS

9

10                                  s/ DANIELLE S. MYERS
                                    DANIELLE S. MYERS
11
                                  655 West Broadway, Suite 1900
12                                San Diego, CA 92101
                                  Telephone: 619/231-1058
13                                619/231-7423 (fax)

14                                ROBBINS GELLER RUDMAN
                                    & DOWD LLP
15                                SHAWN A. WILLIAMS
                                  Post Montgomery Center
16                                One Montgomery Street, Suite 1800
                                  San Francisco, CA 94104
17                                Telephone: 415/288-4545
                                  415/288-4534 (fax)
18
                                  LAW OFFICE OF ALFRED G.
19                                  YATES, JR., P.C.
                                  ALFRED G. YATES, JR.
20                                519 Allegheny Building
                                  429 Forbes Avenue
21                                Pittsburgh, PA 15219
                                  Telephone: 412/391-5164
22                                412/471-1033 (fax)

23                                Attorneys for Plaintiff

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 28, 2012.

    s/ DANIELLE S. MYERS
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: dmyers@rgrdlaw.com

801327_1

# Mailing Information for a Case 3:12-cv-05980-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Marie Caroline Bafus**
  mbafus@fenwick.com,cprocida@fenwick.com

- **Andrea Bascheri**
  sammirati@bottinilaw.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Tahir Ikeem Golden**
  tgolden@fenwick.com,vpieretti@fenwick.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Kimberly Alexander Kane**
  kkane@morganlewis.com,rluke@morganlewis.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Karen A. Pieslak Pohlmann**
  kpohlmann@morganlewis.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Steven Mark Schatz**
  sschatz@wsgr.com

- **Marc J. Sonnenfeld**
  msonnenfeld@morganlewis.com

- **David Conrad Walton**

davew@rgrdlaw.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com,eyemoto@morganlewis.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`