UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALLAN J. NICOLOW, | CASE NO. 12-CV-05980-CRB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER RELATING ACTIONS** |
| v. | |
| HEWLETT-PACKARD COMPANY, et al. | Judge: Hon. Charles R. Breyer<br>Complaint Filed: November 26, 2012 |
| Defendants, | |

[*Caption continues on following page.*]

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

**[PROPOSED] ORDER RELATING ACTIONS**

| | |
|---|---|
| PHILIP RICCARDI,<br><br>                Plaintiff,<br>   v.<br><br>MICHAEL R. LYNCH, et al.<br><br>                Defendants,<br><br>   -and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>                Nominal Defendant. | **CASE NO. 12-CV-06003-EJD**<br><br>Judge:        Hon. Edward J. Davila<br>Complaint Filed:  November 26, 2012 |
| ENERSTO ESPINOZA,<br><br>                Plaintiff,<br>   v.<br><br>MICHAEL R. LYNCH, et al.<br><br>                Defendants,<br><br>   -and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>                Nominal Defendant. | **CASE NO. 12-CV-06025-LHK**<br><br>Judge:        Hon. Lucy H. Koh<br>Complaint Filed:  November 27, 2012 |
| DAVIN POKOIK,<br><br>                Plaintiff,<br>   v.<br><br>HEWLETT-PACKARD COMPANY, et al.<br><br>                Defendants, | **CASE NO. 12-CV-06074-YGR**<br><br>Judge:        Hon. Yvonne Gonzalez Rogers<br>Complaint Filed:  November 30, 2012 |

| | |
|---|---|
| ANDREA BASCHERI, et al, <br><br> Plaintiff, <br> v. <br><br> LEO APOTHEKER, et al. <br><br> Defendants, <br><br> -and- <br><br> HEWLETT-PACKARD COMPANY, <br><br> Nominal Defendant. | **CASE NO. 12-CV-06091-SI** <br><br> Judge: Hon. Susan Illston <br> Complaint Filed: November 30, 2012 |
| MARTIN BERTISCH, <br><br> Plaintiff, <br> v. <br><br> LEO APOTHEKER, et al. <br><br> Defendants, <br><br> -and- <br><br> HEWLETT-PACKARD COMPANY, <br><br> Nominal Defendant. | **CASE NO. 12-CV-06123-LHK** <br><br> Judge: Hon. Lucy H. Koh <br> Complaint Filed: December 3, 2012 |
| SAN JOSE DIVISION THE CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, <br><br> Plaintiff, <br> v. <br><br> LEO APOTHEKER, et al. <br><br> Defendants, <br><br> -and- <br><br> HEWLETT-PACKARD COMPANY, | **CASE NO. 12-CV-06416-HRL** <br><br> Judge: Hon. Howard R. Lloyd <br> Complaint Filed: December 18, 2012 |

**[PROPOSED] ORDER RELATING ACTIONS**

| | |
|---|---|
| Nominal Defendant. | |
| JOSEPH TOLA, | |
| Plaintiff, | **CASE NO. 12-CV-06423-KAW** |
| v. | Judge:  Hon. Kandis A. Westmore |
| MICHAEL R. LYNCH, et al. | Complaint Filed:  December 18, 2012 |
| Defendants, | |
| -and- | |
| HEWLETT-PACKARD COMPANY, | |
| Nominal Defendant. | |
| STANLEY MORRICAL, | |
| Plaintiff, | **CASE NO. 12-CV-06434-CRB** |
| v. | Judge:  Hon. Charles R. Breyer |
| MARGARET C. WHITMAN, et al. | Complaint Filed:  December 19, 2012 |
| Defendants, | |
| -and- | |
| HEWLETT-PACKARD COMPANY, | |
| Nominal Defendant. | |

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

**[PROPOSED] ORDER RELATING ACTIONS**

**[PROPOSED] ORDER RELATING ACTIONS**

The Court has reviewed the Administrative Motion to Consider Whether Cases Should Be Related filed by Stanley Morrical, derivatively on behalf of Hewlett Packard Company pursuant to Civil L.R. 3-12.

As the judge assigned to *Nicolow*, the earliest-filed case below, which bears my initials, I find that the subsequently filed cases listed below are related to the case assigned to me, and such cases shall be reassigned to me pursuant to Civil L.R. 3-12:

1) *Nicolow v. Hewlett-Packard Company et al.,* Case No. 12-cv-05980-CRB
(filed on November 26, 2012)

2) *Riccardi v. Lynch et al.*, Case No. 12-cv-06003-EJD
(filed on November 26, 2012)

3) *Espinoza v. Lynch et al.*, Case No. 12-cv-06025-LHK
(filed on November 27, 2012)

4) *Pokoik v. Hewlett-Packard Company et al.*, Case No. 12-cv-06074-YGR
(filed on November 30, 2012)

5) *Bascheri et al v. Apotheker et al.*, Case No. 12-cv-06091-SI
(filed on November 30, 2012)

6) *Bertisch v. Apotheker et al.,* Case No. 12-cv-06123-LHK
(filed on December 03, 2012)

7) *San Jose Division the City of Birmingham Retirement and Relief System* v. *Apotheker et al.*, Case No. 12-cv-06416-HRL
(filed on December 18, 2012)

8) *Tola v. Lynch et al.*, Case No. 12-cv-06423-KAW
(filed on December 19, 2012)

9) *Morrical v. Whitman et al.*, Case No. 12-cv-06434-CRB
(filed on December 19, 2012)

1  Counsel are instructed that all future filings in any reassigned cases are to bear my initials
2  immediately after the case number.  Any case management conference in any reassigned case
3  will be rescheduled by the Court.
4  Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be
5  renoticed by the moving party before the newly assigned judge; any deadlines set by the ADR
6  Local Rules remain in effect; and any deadlines established in a case management order continue
7  to govern, except dates for appearance in court, which will be rescheduled by the Court.
8  The clerk of the Court is directed to take all necessary steps to reassign the cases in
9  accordance with this Order.
10  **IT IS SO ORDERED.**
11  DATED:  _____    _____
12  
                                        THE HONORABLE CHARLES R. BREYER
13                                      UNITED STATES DISTRICT JUDGE

14  
15  Submitted by:

16  **COTCHETT, PITRE & McCARTHY, LLP**

17  By:  /s/ Matthew K. Edling_____
        MATTHEW K. EDLING
18  

19  Matthew K. Edling
    San Francisco Airport Office Ctr
20  840 Malcolm Road, Suite 200
    Burlingame, CA 94010
21  medling@cpmlegal.com
22
23
24
25
26
27
28

LAW OFFICES
COTCHETT, PITRE
& McCARTHY, LLP

[PROPOSED] ORDER RELATING ACTIONS                                                2