JOSEPH W. COTCHETT (Cal. SBN 36324)
jcotchett@cpmlegal.com
FRANK C. DAMRELL, JR. (Cal SBN 37126)
fdamrell@cpmlegal.com
MARK C. MOLUMPHY (Cal. SBN 168009)
mmolumphy@cpmlegal.com
NANCI E. NISHIMURA (Cal. SBN 152621)
nnishimura@cpmlegal.com
ARON K. LIANG (Cal. SBN 228936)
aliang@cpmlegal.com
MATTHEW K. EDLING (Cal. SBN: 250940)
medling@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiff Stanley Morrical,
derivatively on behalf of Hewlett-Packard Company*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN J. NICOLOW,<br><br>                    Plaintiff,<br><br>     v.<br><br>HEWLETT-PACKARD COMPANY, et al.<br><br>                    Defendants,<br><br>[*Caption continues on following page.*] | **CASE NO. 12-CV-05980-CRB**<br><br>**DECLARATION OF MATTHEW K. EDLING IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge:             Hon. Charles R. Breyer<br>Complaint Filed:  November 26, 2012 |

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

**DECLARATION OF MATTHEW K. EDLING IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

| | |
|---|---|
| PHILIP RICCARDI,<br><br>        Plaintiff,<br>v.<br><br>MICHAEL R. LYNCH, et al.<br><br>        Defendants,<br><br>-and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>        Nominal Defendant. | **CASE NO. 12-CV-06003-EJD**<br><br>Judge:      Hon. Edward J. Davila<br>Complaint Filed:  November 26, 2012 |
| ENERSTO ESPINOZA,<br><br>        Plaintiff,<br>v.<br><br>MICHAEL R. LYNCH, et al.<br><br>       Defendants,<br><br>-and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>       Nominal Defendant. | **CASE NO. 12-CV-06025-LHK**<br><br>Judge:      Hon. Lucy H. Koh<br>Complaint Filed:  November 27, 2012 |
| DAVIN POKOIK,<br><br>        Plaintiff,<br>v.<br><br>HEWLETT-PACKARD COMPANY, et al.<br><br>       Defendants, | **CASE NO. 12-CV-06074-YGR**<br><br>Judge:      Hon. Yvonne Gonzalez Rogers<br>Complaint Filed:  November 30, 2012 |

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

**DECLARATION OF MATTHEW K. EDLING IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

| | |
|---|---|
| ANDREA BASCHERI, et al, <br><br> Plaintiff, <br> v. <br><br> LEO APOTHEKER, et al. <br><br> Defendants, <br><br> -and- <br><br> HEWLETT-PACKARD COMPANY, <br><br> Nominal Defendant. | **CASE NO. 12-CV-06091-SI** <br><br> Judge: Hon. Susan Illston <br> Complaint Filed: November 30, 2012 |
| MARTIN BERTISCH, <br><br> Plaintiff, <br> v. <br><br> LEO APOTHEKER, et al. <br><br> Defendants, <br><br> -and- <br><br> HEWLETT-PACKARD COMPANY, <br><br> Nominal Defendant. | **CASE NO. 12-CV-06123-LHK** <br><br> Judge: Hon. Lucy H. Koh <br> Complaint Filed: December 3, 2012 |
| SAN JOSE DIVISION THE CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, <br><br> Plaintiff, <br> v. <br><br> LEO APOTHEKER, et al. <br><br> Defendants, <br><br> -and- <br><br> HEWLETT-PACKARD COMPANY, | **CASE NO. 12-CV-06416-HRL** <br><br> Judge: Hon. Howard R. Lloyd <br> Complaint Filed: December 18, 2012 |

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

**DECLARATION OF MATTHEW K. EDLING IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

| | |
|---|---|
| Nominal Defendant. | |
| JOSEPH TOLA,<br><br>              Plaintiff,<br>  v.<br><br>MICHAEL R. LYNCH, et al.<br><br>              Defendants,<br><br>  -and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>              Nominal Defendant. | **CASE NO. 12-CV-06423-KAW**<br><br>Judge:      Hon. Kandis A. Westmore<br>Complaint Filed:  December 18, 2012 |
| STANLEY MORRICAL,<br><br>              Plaintiff,<br>  v.<br><br>MARGARET C. WHITMAN, et al.<br><br>              Defendants,<br><br>  -and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>              Nominal Defendant. | **CASE NO. 12-CV-06434-CRB**<br><br>Judge:      Hon. Charles R. Breyer<br>Complaint Filed:  December 19, 2012 |

I, Matthew K. Edling, declare and state as follows:

1. I am an associate in the law firm of Cotchett, Pitre & McCarthy LLP. I submit this declaration pursuant to 28 U.S.C. § 1746 and Civil Local Rules 3-12 and 7-11 in support of Plaintiff's Administrative Motion To Consider Whether Cases Should Be Related. The matters stated herein are true to the best of my personal knowledge and, if called upon to testify thereto, I would and competently do so.

2. Pursuant to Civil Local Rule 7-11, a motion for an administrative order must be accompanied by a stipulation or by declaration explaining why a stipulation could not be obtained. Here, as all defendants have not appeared in the actions no stipulation could be obtained.

3. All other requirements set forth by Civil Local Rule 3-12 and 7-11 have been satisfied.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 28, 2012           **COTCHETT, PITRE & McCARTHY, LLP**

                                   By:   /s/ Matthew K. Edling
                                         MATTHEW K. EDLING

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

**DECLARATION OF MATTHEW K. EDLING IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**     1

# CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List for lead case 12-cv-05980, and I hereby certify that I caused to be e-mailed the foregoing document to the e-mail addresses denoted on the additional attached Electronic Mail Notice Lists for each of the apparently related cases. I further certify that I caused to be mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice Lists.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 28, 2012.

/s/ Matthew K. Edling
MATTHEW K. EDLING

**COTCHETT, PITRE & McCARTHY, LLP**
Matthew K. Edling
San Francisco Airport Office Ctr
840 Malcolm Road, Suite 200
Burlingame, CA 94010
medling@cpmlegal.com

---

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

DECLARATION OF MATTHEW K. EDLING IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

# Mailing Information for a Case 5:12-cv-06003-EJD

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Felipe Javier Arroyo**
  farroyo@robbinsumeda.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Kimberly Alexander Kane**
  kkane@morganlewis.com,rluke@morganlewis.com

- **Kevin S. Kim**
  kkim@robbinsumeda.com

- **Karen A. Pieslak Pohlmann**
  kpohlmann@morganlewis.com

- **Brian J. Robbins**
  notice@robbinsumeda.com

- **Shane Palmesano Sanders**
  ssanders@robbinsumeda.com,athompson@robbinsumeda.com

- **Marc J. Sonnenfeld**
  msonnenfeld@morganlewis.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com,eyemoto@morganlewis.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 5:12-cv-06025-LHK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Felipe Javier Arroyo**
  farroyo@robbinsumeda.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Kimberly Alexander Kane**
  kkane@morganlewis.com,rluke@morganlewis.com

- **Kevin S. Kim**
  kkim@robbinsumeda.com

- **Brian J. Robbins**
  notice@robbinsumeda.com

- **Shane Palmesano Sanders**
  ssanders@robbinsumeda.com,athompson@robbinsumeda.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com,eyemoto@morganlewis.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 4:12-cv-06074-YGR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Kimberly Alexander Kane**
  kkane@morganlewis.com,rluke@morganlewis.com

- **Avraham Noam Wagner**
  avi@thewagnerfirm.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com,eyemoto@morganlewis.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:12-cv-06091-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 5:12-cv-06123-LHK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Kimberly Alexander Kane**
  kkane@morganlewis.com,rluke@morganlewis.com

- **Karen A. Pieslak Pohlmann**
  kpohlmann@morganlewis.com

- **Marc J. Sonnenfeld**
  msonnenfeld@morganlewis.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com,eyemoto@morganlewis.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Frank               J. Johnson
Johnson  & Weaver, LLP
110 West "A" Street
Suite 750
San Diego, CA 92101

Brett               Michael Weaver
Johnson  & Weaveri, LLP
110 West "A" Street
Suite 750
San Diego, CA 92101
```

# Mailing Information for a Case 5:12-cv-06416-HRL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Felipe Javier Arroyo**
  farroyo@robbinsumeda.com

- **Lester Rene Hooker**
  lhooker@saxenawhite.com,e-file@saxenawhite.com

- **Kevin S. Kim**
  kkim@robbinsumeda.com

- **Brian J. Robbins**
  notice@robbinsumeda.com

- **Shane Palmesano Sanders**
  ssanders@robbinsumeda.com,athompson@robbinsumeda.com

- **Joseph Edward White , III**
  jwhite@saxenawhite.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Adam                Warden
Saxena White, PA
2424 North Federal Highway
Suite 257
Baca Raton, FL 33431
```

**Mailing Information for a Case 4:12-cv-06423-KAW**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rosemary M. Rivas**
  rrivas@finkelsteinthompson.com,bassad@finkelsteinthompson.com,mpunzalan@finkelsteinthompson.com,arivas@finkelsteinthompson.com,kkumar@finkelsteinthomp

- **Danielle A Stoumbos**
  dstoumbos@finkelsteinthompson.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 3:12-cv-06434-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com

- **Frank Cadmus Damrell , Jr**
  fdamrell@cpmlegal.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,jhamilton@cpmlegal.com,obacigalupi@cpmlegal.com

- **Aron K. Liang**
  aliang@cpmlegal.com,edetert@cpmlegal.com,oszeto@cpmlegal.com,jperez@cpmlegal.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Nanci           Eiko Nishimura
```
Cotchett Pitre & McCarthy LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010