Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allan J. Nicolow,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>Hewlett-Packard Company, et al.,<br><br>　　　　　　　Defendant(s). | Case No: 12-cv-5980CRB<br><br>APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3) |

I, Karen Pieslak Pohlmann, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Hewlett-Packard Co. in the above-entitled action. My local co-counsel in this case is Joseph E. Floren, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1701 Market Street<br>Philadelphia, PA 19103-2921 | One Market Street, Spear Tower<br>San Francisco, CA 94105-1126 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (215) 963-5000 | (415) 442-1000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kpohlmann@morganlewis.com | jfloren@morganlewis.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 60079.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/20/12

　　　　　　　　　　　　　　　　　　　　　　Karen Pieslak Pohlmann
　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Karen Pieslak Pohlmann is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 3, 2013

　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]

PRO HAC VICE APPLICATION & ORDER　　　　　　　　　　　　　　　　　October 2012

# EXHIBIT A – PIESLAK POHLMANN



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Karen A. Pieslak Pohlmann, Esq.

**DATE OF ADMISSION**

*December 14, 1990*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 26, 2012

John W. Person Jr., Esq.
Deputy Prothonotary