| | |
|---|---|
| 1 | COOLEY LLP |
|   | STEPHEN C. NEAL (170085) |
| 2 | nealsc@cooley.com |
|   | JOHN C. DWYER (136533) |
| 3 | dwyerjc@cooley.com |
|   | JEFFREY M. KABAN (235743) |
| 4 | jkaban@cooley.com |
|   | JEFFREY M. WALKER (280505) |
| 5 | jwalker@cooley.com |
|   | Five Palo Alto Square |
| 6 | 3000 El Camino Real |
|   | Palo Alto, CA  94306-2155 |
| 7 | Telephone:     (650) 843-5000 |
|   | Facsimile:      (650) 849-7400 |

Attorneys for Defendant
Margaret C. Whitman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLAN J. NICOLOW, Individually and on Behalf of All Others Similarly Situated, | Case No.  12-CV-05980-CRB |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT MARGARET C. WHITMAN** |
| v. | |
| HEWLETT-PACKARD COMPANY, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, and JAMES T. MURRIN, | Hon. Charles R. Breyer |
| Defendant. | |

TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE, pursuant to Civil Local Rule 5-1(c)(2)(A), that Stephen C. Neal, John C. Dwyer, Jeffrey M. Kaban and Jeffrey M. Walker of Cooley LLP hereby appear as counsel of record in this action for Defendant Margaret C. Whitman.  Mr. Neal, Mr. Dwyer, Mr. Kaban and Mr. Walker are all admitted to practice in California and before this Court. Their address, telephone number and facsimile number are as follows:

| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | Stephen C. Neal |
|   | John C. Dwyer |
| 3 | Jeffrey M. Kaban |
|   | Jeffrey M. Walker |
| 4 | Five Palo Alto Square |
|   | 3000 El Camino Real |
| 5 | Palo Alto, CA  94306-2155 |
|   | Telephone:  (650) 843-5000 |
|   | Facsimile:   (650) 849-7400 |

Please serve said counsel with all pleadings, notices and other filings in this action.

Dated: January 15, 2013

COOLEY LLP
STEPHEN C. NEAL (170085)
JOHN C. DWYER (136533)
JEFFREY M. KABAN (235743)
JEFFREY M. WALKER (280505)


 */s/John C. Dwyer*
John C. Dwyer (136533)
Attorneys for Defendant
Margaret C. Whitman

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1091219 v1/HN

2.

**NOTICE OF APPEARANCE OF COUNSEL**
**12-CV-05980-CRB**