|   |   |
|---|---|
| 1 | KESSLER TOPAZ MELTZER |
| 2 |    & CHECK, LLP |
|   | RAMZI ABADOU (Bar No. 222567) |
| 3 | ELI R. GREENSTEIN (Bar No. 217945) |
|   | STACEY M. KAPLAN (Bar No. 241989) |

KESSLER TOPAZ MELTZER
   & CHECK, LLP
RAMZI ABADOU (Bar No. 222567)
ELI R. GREENSTEIN (Bar No. 217945)
STACEY M. KAPLAN (Bar No. 241989)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:  (415) 400-3000
Fax:  (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
NIKI L. MENDOZA (Bar No. 214646)
JONATHAN D. USLANER (Bar No. 256898)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  (858) 793-0070
Fax:  (858) 793-0323
blairn@blbglaw.com
nikim@blbglaw.com
jonathanu@blbglaw.com

*Counsel for PGGM Vermogensbeheer B.V., the State of Oregon by and through the Oregon State Treasurer on behalf of the Common School Fund and, together with the Oregon Public Employees Retirement Board, on behalf of the Oregon Public Employees Retirement Fund and Oklahoma Teachers Retirement System and Proposed Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLAN J. NICOLOW, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>   v.<br><br>HEWLETT-PACKARD COMPANY, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, and JAMES T. MURRIN,<br><br>             Defendants. | Case No. CV-12-05980 CRB<br><br>**DECLARATION OF RAMZI ABADOU IN SUPPORT OF THE MOTION OF PGGM, OREGON AND OKLAHOMA FOR CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF CO-LEAD COUNSEL**<br><br>Date:   March 1, 2013<br>Time:  10:00 a.m.<br>Room: 6 – 17th Floor<br>Judge: Charles R. Breyer |

*(Additional captions on following pages)*

| | |
|---|---|
| DAVIN POKOIK, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY, AUTONOMY CORPORATION PLC, DELOITTE LLP, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, JAMES T. MURRIN, MICHAEL R. LYNCH, and SUSHOVAN HUSSAIN,<br><br>              Defendants. | Case No. CV-12-06074 CRB |
| PAUL NEUMANN,<br><br>              Plaintiff,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY, MARGARET C. WHITMAN, LEO APOTHEKER, JAMES T. MURRIN, CATHERINE A. LESJAK, and MARK HURD,<br><br>              Defendants. | Case No. CV-13-00284 EJD |

1   I, Ramzi Abadou, declare as follows:

2   1. I am a partner with the law firm of Kessler Topaz Meltzer & Check, LLP. I submit this Declaration in support of PGGM, Oregon and Oklahoma's Motion for Consolidation of All Related Actions, Appointment as Lead Plaintiff, and Approval of Their Selection of Co-Lead Counsel (the "Motion"). I have knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

3   2. Attached hereto as Exhibit A are true and correct copies of the Certifications of PGGM Vermogensbeheer B.V. ("PGGM"), the State of Oregon by and through the Oregon State Treasurer on behalf of the Common School Fund and, together with the Oregon Public Employees Retirement Board, on behalf of the Oregon Public Employees Retirement Fund ("Oregon") and Oklahoma Teachers Retirement System ("Oklahoma").

4   3. Attached hereto as Exhibit B is a true and correct copy of the loss chart for PGGM, Oregon and Oklahoma.

5   4. Attached hereto as Exhibit C is a true and correct copy of the Joint Declaration of Femke van't Groenewout, John Dunbar and Regina Switzer in Support of the Motion.

6   5. Attached here to as Exhibit D is a true and correct copy of the order appointing lead plaintiff in *Plichta v. SunPower Corp.*, No. 09-cv-05473-CRB, Docket No. 70 (N.D. Cal. Mar. 5, 2010) (Breyer, J.)

7   6. Attached hereto as Exhibit E is a true and correct copy of the Notice published on November 26, 2012, by Allan J. Nicolow.

8   7. Attached hereto as Exhibit F is a true and correct copy of the firm biography of Kessler Topaz Meltzer & Check, LLP.

9   8. Attached hereto as Exhibit G is a true and correct copy of the firm biography of Bernstein Litowitz Berger & Grossmann LLP.

10   9. Attached hereto as Exhibit H is a true and correct copy of the firm biography of Stoll Stoll Berne Lokting & Shlachter P.C.

1     I declare under penalty of perjury that the foregoing is true and correct.  Executed this
2 25th day of January, 2013.

3
4                                                        */s/ Ramzi Abadou*
                                                       Ramzi Abadou

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 25, 2013.

KESSLER TOPAZ
MELTZER & CHECK, LLP

*/s/ Ramzi Abadou*
RAMZI ABADOU

DECLARATION OF RAMZI ABADOU                                           -3-
Case No. CV-12-05980 CRB

**MAIL NOTICE LIST**

Jeremy A Lieberman
POMERANTZ GROSSMAN HUFFORD
    DAHLSTROM & GROSS LLP
600 Third Avenue, 20th Floor
New York, NY 10016

Avraham Noam Wagner
THE WAGNER FIRM
1925 Century Park East
Suite 2100
Los Angeles, CA 90067

Jon Charles Furgison
LAW OFFICES OF JON C. FURGISON
444 Longfellow Avenue
Hermosa Beach, CA 90254

DECLARATION OF RAMZI ABADOU -4-
Case No. CV-12-05980 CRB

# Mailing Information for a Case 3:12-cv-05980-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Marie Caroline Bafus**
  mbafus@fenwick.com,cprocida@fenwick.com

- **Andrea Bascheri**
  sammirati@bottinilaw.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,jhamilton@cpmlegal.com,obacigalupi@cpmlegal.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Tahir Ikeem Golden**
  tgolden@fenwick.com,vpieretti@fenwick.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Kimberly Alexander Kane**
  kkane@morganlewis.com,rluke@morganlewis.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Stephen Cassidy Neal**

- nealsc@cooley.com,wilsonla@cooley.com

- **Karen A. Pieslak Pohlmann**
  kpohlmann@morganlewis.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Steven Mark Schatz**
  sschatz@wsgr.com

- **Marc J. Sonnenfeld**
  msonnenfeld@morganlewis.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com,eyemoto@morganlewis.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)