# EXHIBIT C

# CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

Central States, Southeast and Southwest Areas Pension Fund ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint filed and adopts its allegations.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*In re Toyota Motor Corporation Sec Litig.*, No. 10-cv-0922 (C.D. Cal.)
*City of Westland Police and Fire Ret. Sys. v. Metlife Inc., et al.*, No. 1:12-cv-00256 (S.D.N.Y.)

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

HEWLETT-PACKARD

1  except such reasonable costs and expenses (including lost wages) directly relating to
2  the representation of the class as ordered or approved by the court.
3      I declare under penalty of perjury that the foregoing is true and correct.
4  Executed this 25th day of January, 2013.

                                      Central States, Southeast and Southwest
                                      Areas Pension Fund

                                By: _____
                                       James P. Condon, Deputy Chief Legal Officer

- 2 -

HEWLETT-PACKARD

SCHEDULE A

SECURITIES TRANSACTIONS

**Common Stock**

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 03/03/2008 | 34,000 | $47.41 |
| 03/24/2008 | 33,900 | $47.70 |
| 03/25/2008 | 22,350 | $48.28 |
| 05/12/2008 | 3,564 | $46.83 |
| 05/12/2008 | 142,236 | $49.43 |
| 05/13/2008 | 49,600 | $44.02 |
| 05/22/2008 | 45,600 | $45.01 |
| 05/23/2008 | 100 | $44.91 |
| 05/28/2008 | 56,000 | $46.40 |
| 05/29/2008 | 36,300 | $46.92 |
| 07/25/2008 | 2,800 | $43.48 |
| 09/03/2008 | 31,800 | $45.09 |
| 09/05/2008 | 28,950 | $44.78 |
| 10/17/2008 | 8,200 | $39.68 |
| 10/24/2008 | 42,450 | $32.53 |
| 11/18/2008 | 40,800 | $32.82 |
| 12/29/2008 | 8,600 | $35.26 |
| 01/15/2009 | 44,100 | $35.21 |
| 01/15/2009 | 52,200 | $35.47 |
| 01/15/2009 | 75,000 | $35.34 |
| 02/19/2009 | 18,250 | $31.61 |
| 03/04/2009 | 6,500 | $28.87 |
| 04/13/2009 | 6,200 | $34.29 |
| 11/17/2009 | 5,900 | $51.03 |
| 12/15/2009 | 16,600 | $51.06 |
| 12/16/2009 | 500 | $50.94 |
| 12/17/2009 | 7,500 | $50.74 |
| 12/18/2009 | 1,100 | $51.15 |
| 03/08/2010 | 21,300 | $51.75 |
| 03/09/2010 | 1,900 | $51.97 |
| 04/27/2010 | 3,739 | $54.20 |
| 04/27/2010 | 24,261 | $54.06 |
| 05/20/2010 | 16,478 | $45.99 |
| 07/13/2010 | 12,400 | $46.25 |
| 07/20/2010 | 1,000 | $46.59 |
| 07/21/2010 | 8,050 | $45.98 |
| 07/21/2010 | 8,050 | $46.10 |
| 07/21/2010 | 48,350 | $45.94 |
| 07/23/2010 | 5,625 | $46.09 |
| 07/23/2010 | 5,650 | $46.05 |
| 07/23/2010 | 23,675 | $45.86 |
| 07/26/2010 | 5,025 | $46.05 |
| 07/26/2010 | 5,175 | $46.15 |

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 08/09/2010 | 3,152 | $42.93 |
| 08/09/2010 | 4,550 | $42.72 |
| 08/09/2010 | 4,550 | $42.77 |
| 08/09/2010 | 7,144 | $42.82 |
| 08/09/2010 | 14,578 | $42.69 |
| 08/09/2010 | 16,691 | $42.79 |
| 08/09/2010 | 27,325 | $42.77 |
| 08/09/2010 | 52,725 | $43.06 |
| 08/10/2010 | 2,573 | $42.87 |
| 08/10/2010 | 2,881 | $42.66 |
| 08/10/2010 | 3,075 | $42.61 |
| 08/10/2010 | 3,075 | $42.56 |
| 08/10/2010 | 4,675 | $42.60 |
| 08/10/2010 | 4,700 | $42.60 |
| 08/10/2010 | 6,550 | $42.80 |
| 08/10/2010 | 6,575 | $42.53 |
| 08/10/2010 | 8,225 | $42.52 |
| 08/10/2010 | 8,606 | $42.61 |
| 08/10/2010 | 18,400 | $42.58 |
| 08/10/2010 | 27,425 | $42.65 |
| 08/10/2010 | 31,150 | $42.63 |
| 09/10/2010 | 102,404 | $38.28 |
| 09/14/2010 | 19,600 | $39.76 |
| 09/14/2010 | 67,700 | $39.71 |
| 09/16/2010 | 500 | $39.91 |
| 09/16/2010 | 14,061 | $39.98 |
| 09/16/2010 | 14,100 | $39.98 |
| 09/16/2010 | 15,200 | $40.07 |
| 09/16/2010 | 91,788 | $40.05 |
| 09/22/2010 | 2,075 | $39.12 |
| 10/01/2010 | 14,600 | $40.91 |
| 10/01/2010 | 19,525 | $40.92 |
| 10/01/2010 | 24,400 | $40.87 |
| 10/08/2010 | 18,000 | $41.17 |
| 10/08/2010 | 18,000 | $41.18 |
| 10/08/2010 | 73,775 | $41.10 |
| 10/26/2010 | 5,425 | $42.63 |
| 10/26/2010 | 10,100 | $42.75 |
| 10/26/2010 | 21,950 | $42.73 |
| 10/27/2010 | 22,175 | $42.49 |
| 11/22/2010 | 7,841 | $43.10 |
| 11/22/2010 | 15,682 | $43.01 |
| 01/19/2011 | 4,872 | $46.29 |
| 01/19/2011 | 8,213 | $46.25 |
| 01/19/2011 | 37,889 | $46.31 |
| 02/08/2011 | 229 | $47.96 |
| 02/09/2011 | 554 | $48.48 |
| 02/23/2011 | 18,925 | $43.19 |
| 03/03/2011 | 83,650 | $43.71 |

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 03/04/2011 | 9,075 | $42.85 |
| 03/04/2011 | 9,075 | $42.88 |
| 03/04/2011 | 54,450 | $43.03 |
| 04/18/2011 | 2,425 | $39.32 |
| 04/18/2011 | 2,450 | $39.45 |
| 04/18/2011 | 14,625 | $39.33 |
| 05/17/2011 | 2,375 | $36.55 |
| 05/17/2011 | 3,275 | $36.55 |
| 05/17/2011 | 4,350 | $36.55 |
| 05/17/2011 | 4,525 | $36.51 |
| 05/17/2011 | 5,950 | $36.93 |
| 05/17/2011 | 5,975 | $36.83 |
| 05/17/2011 | 5,975 | $36.89 |
| 05/17/2011 | 6,000 | $36.99 |
| 05/17/2011 | 13,225 | $36.46 |
| 05/17/2011 | 13,250 | $36.29 |
| 05/17/2011 | 22,100 | $36.48 |
| 08/25/2011 | 9,000 | $24.88 |
| 08/25/2011 | 9,000 | $24.85 |
| 08/25/2011 | 10,925 | $25.01 |
| 08/25/2011 | 10,950 | $24.95 |
| 08/25/2011 | 16,850 | $25.10 |
| 08/25/2011 | 16,850 | $25.09 |
| 08/25/2011 | 20,350 | $24.86 |
| 08/25/2011 | 31,425 | $25.03 |
| 08/25/2011 | 34,175 | $25.04 |
| 08/26/2011 | 3,275 | $24.70 |
| 08/26/2011 | 3,275 | $24.70 |
| 08/26/2011 | 4,800 | $24.70 |
| 08/26/2011 | 7,025 | $24.67 |
| 08/26/2011 | 7,800 | $24.68 |
| 09/06/2011 | 5,075 | $23.60 |
| 09/06/2011 | 28,875 | $23.16 |
| 09/07/2011 | 2,050 | $23.78 |
| 09/08/2011 | 3,025 | $24.49 |
| 09/27/2011 | 4,800 | $23.50 |
| 09/27/2011 | 6,850 | $23.60 |
| 09/27/2011 | 6,875 | $23.50 |

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 03/17/2008 | 2,800 | $46.65 |
| 04/23/2008 | 102,400 | $48.27 |
| 05/12/2008 | 7,000 | $46.38 |
| 05/12/2008 | 12,100 | $46.53 |
| 05/13/2008 | 6,900 | $44.36 |
| 05/14/2008 | 7,200 | $45.70 |
| 05/14/2008 | 14,100 | $45.70 |

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---:|---:|
| 05/16/2008 | 150 | $46.77 |
| 08/15/2008 | 60,994 | $45.55 |
| 08/18/2008 | 37,700 | $44.28 |
| 10/02/2008 | 4,500 | $42.80 |
| 10/15/2008 | 29,950 | $40.09 |
| 10/16/2008 | 31,000 | $38.11 |
| 10/17/2008 | 19,100 | $40.17 |
| 10/27/2008 | 16,875 | $31.95 |
| 10/27/2008 | 24,425 | $31.95 |
| 11/03/2008 | 24,300 | $38.82 |
| 11/04/2008 | 18,300 | $38.20 |
| 01/08/2009 | 11,000 | $37.18 |
| 02/24/2009 | 6,154 | $29.15 |
| 02/24/2009 | 6,200 | $29.00 |
| 02/24/2009 | 12,204 | $29.15 |
| 02/24/2009 | 21,642 | $29.15 |
| 02/27/2009 | 11,050 | $29.37 |
| 03/02/2009 | 29,300 | $28.38 |
| 03/03/2009 | 7,300 | $28.14 |
| 03/04/2009 | 27,000 | $28.57 |
| 03/06/2009 | 13,266 | $26.07 |
| 03/06/2009 | 13,268 | $27.10 |
| 03/06/2009 | 50,466 | $26.33 |
| 03/10/2009 | 31,000 | $26.79 |
| 06/17/2009 | 29,700 | $37.15 |
| 06/18/2009 | 29,600 | $37.29 |
| 07/10/2009 | 20,000 | $37.26 |
| 07/10/2009 | 33,700 | $37.23 |
| 07/10/2009 | 42,100 | $37.20 |
| 08/11/2009 | 32,650 | $43.42 |
| 08/18/2009 | 58,250 | $43.40 |
| 10/09/2009 | 6,900 | $47.09 |
| 10/12/2009 | 5,000 | $47.40 |
| 10/13/2009 | 11,100 | $46.80 |
| 01/11/2010 | 15,250 | $52.14 |
| 03/30/2010 | 24,550 | $53.15 |
| 04/09/2010 | 26,900 | $53.61 |
| 04/12/2010 | 17,000 | $53.91 |
| 04/12/2010 | 29,800 | $53.93 |
| 05/18/2010 | 6,500 | $47.21 |
| 05/18/2010 | 7,900 | $47.58 |
| 05/18/2010 | 10,000 | $47.06 |
| 07/22/2010 | 400 | $45.98 |
| 07/22/2010 | 59,700 | $45.94 |
| 07/23/2010 | 19,550 | $46.10 |
| 08/04/2010 | 34,450 | $47.03 |
| 08/05/2010 | 9,567 | $46.35 |
| 08/05/2010 | 13,668 | $46.31 |
| 08/06/2010 | 6,097 | $41.70 |

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 08/06/2010 | 6,952 | $45.78 |
| 08/06/2010 | 19,657 | $41.70 |
| 08/09/2010 | 8,862 | $43.04 |
| 08/09/2010 | 10,914 | $43.15 |
| 08/09/2010 | 12,966 | $43.04 |
| 08/09/2010 | 31,411 | $43.04 |
| 08/09/2010 | 69,150 | $42.78 |
| 08/10/2010 | 108,250 | $42.64 |
| 08/11/2010 | 17,250 | $40.98 |
| 08/11/2010 | 34,190 | $41.05 |
| 08/11/2010 | 52,302 | $41.55 |
| 08/11/2010 | 90,914 | $41.52 |
| 08/11/2010 | 120,850 | $41.08 |
| 09/10/2010 | 35,088 | $38.32 |
| 09/10/2010 | 35,859 | $38.25 |
| 09/24/2010 | 54,286 | $41.02 |
| 09/24/2010 | 102,404 | $41.02 |
| 01/11/2011 | 1,646 | $45.79 |
| 02/24/2011 | 15,522 | $42.45 |
| 02/24/2011 | 23,800 | $42.81 |
| 02/25/2011 | 34,312 | $42.62 |
| 05/02/2011 | 59,320 | $40.15 |
| 05/03/2011 | 28,280 | $40.05 |
| 05/03/2011 | 29,500 | $40.16 |

*Opening position of 1,059,750 shares for common stock.

**Bonds**

| Date Acquired | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 05/26/2011 | 4.3% due 06/01/2021 | 1,000,000 | $100.48 |
| 07/10/2009 | 4.75% due 06/02/2014 | 690,000 | $106.47 |
| 01/19/2010 | 4.75% due 06/02/2014 | 9,250,000 | $108.26 |
| 01/17/2012 | 6.00% due 09/15/2041 | 1,000,000 | $112.91 |
| 01/17/2012 | 6.00% due 09/15/2041 | 1,000,000 | $112.91 |
| 04/28/2009 | 6.125% due 03/01/2014 | 1,200,000 | $110.27 |
| 05/25/2011 | FLT% due 05/24/2013 | 3,495,000 | $100.00 |
| 06/16/2011 | FLT% due 05/24/2013 | 1,215,000 | $100.22 |

| Date Sold | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 01/29/2010 | 4.75% due 06/02/2014 | 5,725,000 | $108.35 |

## SWORN CERTIFICATION OF RICHARD KEERY

I, Richard Keery, hereby certify and swear as follows:

1. I am the Investment Manager for Glasgow City Council as administering authority for the Strathclyde Pension Fund ("Strathclyde") and am authorized to act on its behalf.

2. I have reviewed a complaint filed alleging violations of the United States federal securities laws against Hewlett-Packard Company and others, and Strathclyde adopts the allegations therein.

3. Strathclyde did not purchase the securities that are the subject of this action at the direction of its counsel, or to participate in any private action under the United States federal securities laws.

4. Strathclyde is willing to serve as a lead plaintiff and representative party on behalf of the class in this action, including providing testimony at deposition and trial, if necessary.

5. Strathclyde has made no transactions in the securities that are the subject of the class in this action, except those set forth on Exhibit A.

6. During the three years prior to the date of this certification, Strathclyde has not sought to serve or served as a representative party on behalf of a class under the United States federal securities laws.

7. Strathclyde will not accept any payment for serving as a representative party on behalf of a class beyond its pro rata share of any recovery, except such reasonable costs and expenses relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __25th__ day of January, 2013

_____
Richard Keery

# EXHIBIT A

**Strathclyde Pension Fund**
**Hewlett-Packard Co.**
Class Period: 02/20/2008 through 11/20/2012

| PURCHASES/ACQUISITIONS | | | | SALES | | | |
|---|---|---|---|---|---|---|---|
| **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** |
| **Account 1** | | | | | | | |
| Beg Bal | 0 | | | | | | |
| 8/28/2008 | 53,900 | 47.2554 | 2,547,066 | 5/13/2009 | 26,300 | 34.1476 | 898,082 |
| 11/10/2008 | 24,500 | 34.5853 | 847,340 | 5/13/2009 | 40,600 | 34.2291 | 1,389,701 |
| | | | | 5/14/2009 | 11,500 | 34.4115 | 395,732 |
| **Account 2** | | | | | | | |
| Beg Bal | 0 | | | | | | |
| 6/15/2010 | 29,600 | 47.7529 | 1,413,486 | | | | |
| 6/15/2010 | 24,900 | 47.6654 | 1,186,868 | | | | |
| 6/15/2010 | 8,400 | 47.8481 | 401,924 | | | | |
| 6/15/2010 | 5,600 | 47.8829 | 268,144 | | | | |
| 6/15/2010 | 2,800 | 47.3706 | 132,638 | | | | |
| 6/25/2010 | 24,900 | 46.2529 | 1,151,697 | | | | |
| 6/25/2010 | 500 | 45.8700 | 22,935 | | | | |
| 7/2/2010 | 50,200 | 42.6050 | 2,138,771 | | | | |
| 7/2/2010 | 1,000 | 42.9075 | 42,908 | | | | |
| 2/24/2011 | 18,082 | 42.5771 | 769,879 | | | | |
| 2/24/2011 | 16,275 | 42.5824 | 693,029 | | | | |
| 2/24/2011 | 6,516 | 42.5417 | 277,202 | | | | |
| 2/24/2011 | 3,027 | 43.1742 | 130,688 | | | | |
| 2/25/2011 | 24,845 | 42.6417 | 1,059,433 | | | | |
| 2/25/2011 | 955 | 42.4891 | 40,577 | | | | |
| 9/8/2011 | 21,410 | 24.1800 | 517,694 | | | | |
| 9/8/2011 | 7,760 | 24.4287 | 189,567 | | | | |
| 9/8/2011 | 2,130 | 24.2047 | 51,556 | | | | |
| 11/15/2011 | 42,038 | 28.1506 | 1,183,395 | | | | |
| 11/15/2011 | 16,212 | 28.3154 | 459,049 | | | | |
| 11/22/2011 | 66,591 | 26.3964 | 1,757,763 | | | | |
| 11/22/2011 | 5,920 | 26.5300 | 157,058 | | | | |
| 11/23/2011 | 17,758 | 25.7300 | 456,913 | | | | |
| 11/23/2011 | 11,189 | 25.8185 | 288,883 | | | | |
| 11/23/2011 | 11,188 | 26.0994 | 292,000 | | | | |
| 11/23/2011 | 5,594 | 26.2348 | 146,757 | | | | |
| 11/28/2011 | 53,886 | 26.0034 | 1,401,219 | | | | |
| 11/28/2011 | 4,724 | 26.4616 | 125,005 | | | | |
| 11/28/2011 | 1,603 | 26.4466 | 42,394 | | | | |
| 11/28/2011 | 978 | 26.4534 | 25,871 | | | | |
| 11/28/2011 | 534 | 26.4495 | 14,124 | | | | |
| 11/28/2011 | 509 | 26.4512 | 13,464 | | | | |
| 11/28/2011 | 352 | 26.4550 | 9,312 | | | | |
| 11/28/2011 | 274 | 26.4527 | 7,248 | | | | |
| 11/28/2011 | 100 | 26.4700 | 2,647 | | | | |
| 12/22/2011 | 16,568 | 25.7557 | 426,720 | | | | |
| 12/22/2011 | 8,308 | 25.8293 | 214,590 | | | | |
| 12/22/2011 | 1,913 | 25.8595 | 49,469 | | | | |
| 12/22/2011 | 411 | 25.8688 | 10,632 | | | | |
| 12/22/2011 | 228 | 25.8753 | 5,900 | | | | |
| 12/22/2011 | 102 | 25.8883 | 2,641 | | | | |
| 3/30/2012 | 62,968 | 23.6100 | 1,486,674 | | | | |

| Strathclyde Pension Fund | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hewlett-Packard Co. | | | | | | | |
| Class Period: 02/20/2008 through 11/20/2012 | | | | | | | |
| | | | | | | | |
| **PURCHASES/ACQUISITIONS** | | | | **SALES** | | | |
| **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** |
| 3/30/2012 | 815 | 23.7732 | 19,375 | | | | |
| 3/30/2012 | 492 | 23.7758 | 11,698 | | | | |
| 3/30/2012 | 390 | 23.7759 | 9,273 | | | | |
| 3/30/2012 | 329 | 23.7731 | 7,821 | | | | |
| 3/30/2012 | 296 | 23.7732 | 7,037 | | | | |
| 7/2/2012 | 142,874 | 20.1600 | 2,880,340 | | | | |
| 7/5/2012 | 615,098 | 20.3256 | 12,502,236 | | | | |
| 10/18/2012 | 83,000 | 14.7895 | 1,227,529 | | | | |
| 10/19/2012 | 71,300 | 14.5538 | 1,037,686 | | | | |
| 10/22/2012 | 177,900 | 14.5538 | 2,589,121 | | | | |