BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (Cal. Bar No. 077785)
aplutzik@bramsonplutzik.com
Michael S. Strimling (Cal. Bar No. 96135)
mstrimling@bramsonplutzik.com
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200

Attorneys for Plaintiff

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLAN J. NICOLOW, | Case No.: 12-cv-05980-CRB |
| Plaintiff, | |
| vs. | **ADMINISTRATIVE MOTION TO RELATE CASES** |
| HEWLETT-PACKARD COMPANY, et al., | |
| Defendants. | |

**ADMINISTRATIVE MOTION TO RELATE CASES**

Plaintiff in the case of *Kenneth A. Kotyuk v. Hewlett-Packard Company, et al.*, Civil Action No. 13-0301-EJD (filed on January 22, 2013) (the "*Kotyuk* Action") hereby moves for consideration of whether the Kotyuk Action is related to this case.

Pursuant to Local Rule 3-12(a), the *Kotyuk* Action is related to this case. A copy of the Complaint in the *Kotyuk* Action is attached as Exhibit A to the Declaration of Alan R. Plutzik in Support of Administrative Motion to Relate Cases, filed herewith. The *Kotyuk* Action is a class action brought under ERISA that arises from many of the same events, and involves many of the same parties, as this action. The ERISA claims asserted in the *Kotyuk* Action are very similar to the allegations asserted in two other actions, *Laffen v. Hewlett-Packard Company, Plan Committee Investment Review Committee et al.*, No. 12-6199-CRB (the "*Laffen* Action"), and *Lustig v. Whitman et al.*, No. 12-6410-CRB (the "*Lustig* Action"), which have already been related to this case and are before this Court, and involve many of the same parties as those cases.

It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if this case is conducted before a different judge than the *Laffen* Action, the *Lustig* Action and this action. Therefore, assignment of a single judge is likely to conserve judicial resources and promote an effective determination of the actions.

Dated: January 31, 2013

Respectfully submitted,

BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
aplutzik@bramsonplutzik.com
Michael S. Strimling (State Bar No. 96135)
mstrimling@bramsonplutzik.com
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200

_____
Alan R. Plutzik

**ADMINISTRATIVE MOTION TO RELATE CASES**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HARWOOD FEFFER LLP
Robert I. Harwood
rharwood@hfesq.com
Peter W. Overs, Jr.
povers@hfesq.com
488 Madison Avenue, 8th Floor
New York, NY 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

Attorneys for Plaintiff

2
**ADMINISTRATIVE MOTION TO RELATE CASES**