Joseph J. Tabacco, Jr. (SBN 75484)
Nicole Lavallee (SBN 165755)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email: jtabacco@bermandevalerio.com
nlavallee@bermandevalerio.com

*Proposed Liaison Counsel and*
*Attorneys for Proposed Lead Plaintiff David Wagner*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN J. NICOLOW, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> HEWLETT-PACKARD COMPANY, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, and JAMES T. MURRIN, <br><br> Defendants. | CASE NO.: 12-cv-05980-CRB <br><br> CLASS ACTION <br><br> **NOTICE OF WITHDRAWAL OF DAVID WAGNER'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF COUNSEL** <br><br> Date: March 1, 2013 <br> Time: 10:00 a.m. <br> Judge: Hon. Charles R. Breyer <br> Dept.: Courtroom 6, 17th Floor |

| | |
|---|---|
| DAVIN POKOIK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, AUTONOMY CORPORATION PLC, DELOITTE LLP, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, JAMES T. MURRIN, MICHAEL R. LYNCH, and SUSHOVAN HUSSAIN,<br><br>Defendants. | CASE NO.: 12-cv-06074-CRB<br><br>CLASS ACTION |
| PAUL NEUMANN,<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, MARGARET C. WHITMAN, LEO APOTHEKER, JAMES T. MURRIN, CATHERINE LESJAK, and MARK HURD,<br><br>Defendants. | CASE NO.: 13-cv-0284-EJD<br><br>CLASS ACTION<br><br>Date: May 10, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Edward J. Davila<br>Dept.: Courtroom 4, 5th Floor (San Jose) |

1   David Wagner hereby withdraws his January 25, 2013 Motion For Consolidation of
2   Related Actions, Appointment As Lead Plaintiff, and Approval of His Selection of Counsel.
3   (*Nicolow* ECF Nos. 28-35; *Pokoik* ECF Nos. 16-23; *Newman* ECF Nos. 3-11.)
4   The Private Securities Litigation Reform Act of 1995 requires the Court to appoint as
5   Lead Plaintiff the person or group of persons with the largest financial interest in the litigation
6   that otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure.
7   15 U.S.C. § 78u-4(a)(3)(B)(iii).  David Wagner, through his undersigned counsel, has reviewed
8   the submissions of the other movants seeking appointment as Lead Plaintiff.  Based upon the
9   submissions to date, it appears that David Wagner has the largest financial interest among
10  individual shareholders, but there are several institutional movants that assert larger financial
11  interests in the relief being sought by the class.  Accordingly, in the interest of efficiency,
12  David Wagner hereby withdraws his motion.
13  In the event that the Court declines to appoint or solely appoint these institutional
14  movants for any reason, or if they become unable to serve or if they withdraw at any time
15  during the litigation, David Wagner remains ready, willing and able to serve as Lead Plaintiff or
16  Co-Lead Plaintiff and/or as class representative and to prosecute this case in the best interests of
17  the class.
18  ///
19  ///
20  ///
21
22
23
24
25
26
27
28

[12-CV-05980-CRB] NOTICE OF WITHDRAWAL OF DAVID WAGNER'S MOTION FOR CONSOLIDATION
OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF COUNSEL       1

1   This withdrawal shall have no effect upon David Wagner's rights as a member of the
2   proposed class, including but not limited to the right to share in any recovery from the
3   resolution of this action through settlement, judgment, or otherwise.

4   Dated: February 4, 2013                    Respectfully submitted,

5                                              **BERMAN DeVALERIO**

6
7                                              By:   /s/ Nicole Lavallee
                                                     Nicole Lavallee

8                                              Joseph J. Tabacco, Jr.
9                                              One California Street, Suite 900
                                               San Francisco, CA 94111
10                                             Telephone: (415) 433-3200
                                               Facsimile: (415) 433-6282
11                                             Email: jtabacco@bermandevalerio.com
                                                      nlavallee@bermandevalerio.com
12                                                    velias@bermandevalerio.com

13                                             *Proposed Liaison Counsel and*
                                               *Attorneys for Proposed Lead Plaintiff*
14                                             *David Wagner*

15                                             Jeffrey M. Norton
16                                             Roy Shimon
                                               **NEWMAN FERRARA LLP**
17                                             1250 Broadway, 27th Floor
                                               New York, NY 10001
18                                             Telephone: (212) 619-5400
                                               Facsimile: (212) 619-3090
19                                             Email: jnorton@nfllp.com
                                                      rshimon@nfllp.com
20
21                                             *Proposed Lead Counsel and*
                                               *Attorneys for Proposed Lead Plaintiff David*
22                                             *Wagner*

23
24
25
26
27
28