Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

*Attorneys for Plaintiffs*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLAN J. NICOLOW, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK and JAMES T. MURRIN,<br><br>Defendants. | No. 12-cv-5980 CRB<br><br>NOTICE OF WITHDRAWAL OF MOTION TO CONSOLIDATE, TO APPOINT ELECTRICAL WORKERS AS LEAD PLAINTIFFS AND TO APPROVE PROPOSED LEAD PLAINTIFFS' SELECTION OF COUNSEL<br><br>Date: March 1, 2013<br>Time: 10:00 a.m.<br>Dept: Courtroom 6, 17th Floor<br>Judge: Hon. Charles R. Breyer |
| DAVIN POKOIK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, AUTONOMY CORPORATION PLC, DELOITTE LLP, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, JAMES T. MURIN, MICHAEL R. LYNCH and SUCHOVAN HUSSAIN,<br><br>Defendants. | No. 12-cv-6074 CRB |

010352-11 584109 V1

| | |
|---|---|
| PAUL NEUMANN, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>   v.<br><br>HEWLETT-PACKARD COMPANY, MARGARET C. WHITMAN, LEO APOTHEKER, JAMES T. MURIN, CATHERINE A. LESJAK, and MARK HURD,<br><br>                    Defendants. | No. 13-cv-0284 CRB |

1    IBEW Local 640/Arizona Chapter NECA Pension Trust Fund and IBEW Local Union Nos. 570 and 518 and Southern Arizona NECA Pension Trust Fund (referred to collectively as "Electrical Workers" or "Movants") will and hereby do withdraw their January 25, 2013 Motion to Consolidate, to Appoint Electrical Workers as Lead Plaintiffs and to Approve Proposed Lead Plaintiffs' Selection of Counsel, and supporting documents thereto. *See* ECF Nos. 42, 45 and 47.

The Private Securities Litigation Reform Act of 1995 ("PSLRA"), codified as section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3) (2007), and/or section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3) (2007), mandates that the Court appoint the movant or group of movants with the largest financial interests in the outcome of the litigation who also otherwise satisfies the requirements of Federal Rule of Civil Procedure 23. 15 U.S.C. § 78u-4(a)(3)(B)(iii). The Electrical Workers, through their proposed lead counsel, have reviewed the competing motions before this Court and it appears that they do not have the largest financial interest in the outcome of the litigation. Indeed, there are several other institutional investors who appear to have greater losses caused by the fraud alleged in these related securities class action cases. Accordingly, the Electrical Workers withdraw their motion.

In the event that the Court finds reason not to appoint any of the larger movants, or if those movants decline to serve as lead plaintiff, the Electrical Workers stand ready and able to fulfill the role as contemplated under the PSLRA.

This withdrawal shall have no effect upon the Electrical Workers' rights as a member of the class, including but not limited to the right to share in any recovery from the resolution of this action through settlement, judgment or otherwise or to object to any settlement or to opt-out of the recovery.

Dated: February 5, 2013                HAGENS BERMAN SOBOL SHAPIRO LLP

By: _____/s/ Reed R. Kathrein_____
                REED R. KATHREIN

Peter E. Borkon
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

NOT. OF WITHDRAWAL OF MOT. TO CONSOL., TO APPOINT ELECTRICAL WORKERS AS LEAD PLS. AND TO APPROVE PROP. LEAD PLS.' SELECTION OF COUNSEL– No. 12-cv-5980 CRB     - 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve Berman
HAGENS BERMAN SOBOL SHAPIRO, LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Attorneys for Proposed Lead Plaintiff
Electrical Workers*

NOT. OF WITHDRAWAL OF MOT. TO CONSOL., TO APPOINT
ELECTRICAL WORKERS AS LEAD PLS. AND TO APPROVE
PROP. LEAD PLS.' SELECTION OF COUNSEL– No. 12-cv-5980
CRB

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2013, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

          /s/ Reed R. Kathrein
          REED R. KATHREIN