AVI WAGNER (226688)
WAGNER LAW FIRM
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 491-7949
Email: avi@thewagnerfirm.com

Marc I. Gross
Jeremy A. Lieberman
POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile:  (212) 661-8665

Patrick V. Dahlstrom
POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile:  (312) 377-1184

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLAN J. NICOLOW, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>         v.<br><br>HEWLETT-PACKARD COMPANY, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, and JAMES T. MURRIN,<br><br>                        Defendants. | Civil No. 3:12-cv-05980-CRB<br><br>NOTICE OF NON-OPPOSITION OF THE HP INVESTOR GROUP TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF LEAD COUNSEL, AND CONSOLIDATION<br><br>DATE: March 1, 2013<br>TIME:   10:00 a.m.<br>JUDGE: Honorable Charles R. Breyer<br>CTRM:  6 – 17th Floor |
| DAVIN POKOIK, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff, | Civil No. 3:12-cv-06074-CRB |

NOTICE OF NON-OPPOSITION OF THE HP INVESTOR GROUP TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF LEAD COUNSEL, AND CONSOLIDATION

v.

HEWLETT-PACKARD COMPANY,
AUTONOMY CORPORATION PLC,
DELOITTE LLP, LEO APOTHEKER,
MARGARET C. WHITMAN, CATHERINE A.
LESJAK, JAMES T. MURRIN, MICHAEL R.
LYNCH, and SUSHOVAN HUSSAIN,

          Defendants.

PAUL NEUMANN, Individually and on Behalf of
All Others Similarly Situated,

          Plaintiff,

v.

HEWLETT-PACKARD COMPANY,
MARGARET C. WHITMAN, LEO
APOTHEKER, JAMES T. MURRIN,
CATHERINE A. LESJAK, and MARK HURD,

          Defendants.

Civil No. 5:13-cv-0284-EJD

NOTICE OF NON-OPPOSITION OF THE HP INVESTOR GROUP TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF LEAD COUNSEL, AND CONSOLIDATION

Peng Cheng Wang, Lloyd G. Smiley and Galen A. Etemad (collectively, the "HP Investor Group"), respectfully submit this Notice of Non-Opposition to competing movants PGGM Vermogensbeheer B.V. ("PGGM"), the State of Oregon by and through the Oregon State Treasurer on behalf of the Common School Fund and, together with the Oregon Public Employees Retirement Board, on behalf of the Oregon Public Employees Retirement Fund ("Oregon") and Oklahoma Teachers Retirement System's ("Oklahoma") (collectively, the "Funds") motion for appointment as Lead Plaintiff, approval of Co-Lead Counsel, and consolidation of all related actions.

The HP Investor Group has reviewed the Lead Plaintiff motions pending before the Court and it has determined that the Funds have the largest financial interest in this case, and otherwise appears to satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure. Accordingly, the HP Investor Group does not oppose the Funds' appointment as Lead Plaintiff.

However, should the need arise, the HP Investor Group remains ready, willing and able to assume the duties as lead or co-lead plaintiff and/or as a class representative on behalf of the Class.

Dated: February 8, 2013

    Respectfully submitted,

    **THE WAGNER FIRM**

    By: *s/ Avi Wagner*
    Avi Wagner
    1925 Century Park East, Suite 2100
    Los Angeles, California 90067
    Telephone: (310) 491-7949
    Email: avi@thewagnerfirm.com

NOTICE OF NON-OPPOSITION OF THE HP INVESTOR GROUP TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF LEAD COUNSEL, AND CONSOLIDATION

1
2
3
4
5

**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
Marc I. Gross
Jeremy A. Lieberman
600 Park Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

6
7
8
9
10

**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
Patrick V. Dahlstrom
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

11

Counsel for the HP Investor Group

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF NON-OPPOSITION OF THE HP INVESTOR GROUP TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF LEAD COUNSEL, AND CONSOLIDATION

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHEN DISTRICT OF CALIFORNIA LOCAL RULES AND LOCAL CIVIL RULE 5-1**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On February 8, 2013, I caused to be served the following document:

**NOTICE OF NON-OPPOSITION OF THE HP INVESTOR GROUP TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF LEAD COUNSEL, AND CONSOLIDATION**

By posting the document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as reflected on the attached Court's Service List.

And on any non-ECF registered party:

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 8, 2013, at Los Angeles, California.


       *s/ Avi Wagner*
       Avi Wagner

# Mailing Information for a Case 3:12-cv-05980-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@ktmc.com,knguyen@ktmc.com,arobles@ktmc.com

- **Marie Caroline Bafus**
  mbafus@fenwick.com,cprocida@fenwick.com

- **Andrea Bascheri**
  sammirati@bottinilaw.com

- **Stephen R. Basser**
  sbasser@barrack.com,lnapoleon@barrack.com,cfessia@barrack.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,jhamilton@cpmlegal.com,obacigalupi@cpmlegal.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Tahir Ikeem Golden**
  tgolden@fenwick.com,vpieretti@fenwick.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Kimberly Alexander Kane**
  kkane@morganlewis.com,rluke@morganlewis.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Laurence D. King**
  lking@kaplanfox.com,amcandrew@kaplanfox.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com,ptoovey@bramsonplutzik.com

- **Karen A. Pieslak Pohlmann**
  kpohlmann@morganlewis.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Steven Mark Schatz**
  sschatz@wsgr.com,cfoung@wsgr.com

- **Marc J. Sonnenfeld**
  msonnenfeld@morganlewis.com

- **Avraham Noam Wagner**
  avi@thewagnerfirm.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Samuel M. Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com,eyemoto@morganlewis.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)