| | |
|---|---|
| 1 | KEVIN P. MUCK (CSB No. 120918) |
| | kmuck@fenwick.com |
| 2 | MARIE C. BAFUS (CSB No. 258417) |
| | mbafus@fenwick.com |
| 3 | TAHIR I. GOLDEN (CSB No. 282948) |
| | tgolden@fenwick.com |
| 4 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 5 | San Francisco, California 94104 |
| | Telephone: (415) 875-2300 |
| 6 | Facsimile: (415) 281-1350 |
| 7 | Attorneys for Defendant James T. Murrin |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLAN J. NICOLOW, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>Defendants. | Case No. 12-cv-05980-CRB<br><br>**DEFENDANT JAMES T. MURRIN'S JOINDER IN DEFENDANT HEWLETT-PACKARD COMPANY'S RESPONSE TO MOTIONS SEEKING CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT OF LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL**<br><br>Date: March 1, 2013<br>Time: 10:00 a.m.<br>Dept: Courtroom 6, 17th Floor<br>Judge: Hon. Charles R. Breyer<br><br>Complaint filed: Nov. 26, 2012<br>Trial date: None set |
| DAVIN POKOIK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>Defendants. | Case No. 12-cv-06074-CRB<br><br>Complaint filed: Nov. 30, 2012<br>Trial date: None set |

Defendant James T. Murrin hereby joins in Defendant Hewlett-Packard Company's Response to Motions Seeking Consolidation of All Related Actions, Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel ("Response"), filed February 8, 2013. Mr. Murrin adopts by reference the arguments and authorities set forth in that Response.

Dated: February 8, 2013              FENWICK & WEST LLP

                                     By:      /s/ *Marie C. Bafus*
                                              Marie C. Bafus
                                     Attorneys for Defendant James T. Murrin