
1  BERNSTEIN LITOWITZ BERGER
      & GROSSMANN LLP
2  BLAIR A. NICHOLAS (Bar No. 178428)
   NIKI L. MENDOZA (Bar No. 214646)
3  JONATHAN D. USLANER (Bar No. 256898)
   12481 High Bluff Drive, Suite 300
4  San Diego, CA 92130
   Tel:  (858) 793-0070
5  Fax:  (858) 793-0323
   blairn@blbglaw.com
6  nikim@blbglaw.com
   jonathanu@blbglaw.com
7

8  KESSLER TOPAZ MELTZER
      & CHECK, LLP
   RAMZI ABADOU (Bar No. 222567)
9  ELI R. GREENSTEIN (Bar No. 217945)
   STACEY M. KAPLAN (Bar No. 241989)
10 One Sansome Street, Suite 1850
   San Francisco, CA 94104
11 Tel:  (415) 400-3000
   Fax:  (415) 400-3001
12 rabadou@ktmc.com
   egreenstein@ktmc.com
13 skaplan@ktmc.com

14 *Counsel for PGGM Vermogensbeheer B.V., the State of Oregon by
   and through the Oregon State Treasurer on behalf of the Common*
15 *School Fund and, together with the Oregon Public Employees
   Retirement Board, on behalf of the Oregon Public Employees*
16 *Retirement Fund and Oklahoma Teachers Retirement System and
   Proposed Co-Lead Counsel for the Class*

17 [*Add'l counsel listed following signature page*]

18                    UNITED STATES DISTRICT COURT
19                    NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
20

| | |
|---|---|
| ALLAN J. NICOLOW, Individually and on Behalf of All Others Similarly Situated, | Case No. CV-12-05980 CRB |
| Plaintiff, | **DECLARATION OF BLAIR A. NICHOLAS IN SUPPORT OF THE MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF THE MOTION OF PGGM, OREGON AND OKLAHOMA FOR APPOINTMENT AS LEAD PLAINTIFF AND IN OPPOSITION TO THE COMPETING MOTIONS** |
| v. | |
| HEWLETT-PACKARD COMPANY, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, and JAMES T. MURRIN, | |
| Defendants. | Date: March 1, 2013<br>Time: 10:00 a.m.<br>Room: 6 – 17th Floor<br>Judge: Charles R. Breyer |

28 *(Additional captions on following pages)*

---

DECL. B. NICHOLAS IN SUPPORT OF THE MEMO P&AS IN FURTHER SUPPORT
OF MOT. OF PGGM, OREGON AND OKLAHOMA FOR APP'T AS LP. AND IN OPP.
TO COMPETING MOTS. Case No. CV-12-05980 CRB

| | |
|---|---|
| DAVIN POKOIK, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HEWLETT-PACKARD COMPANY, AUTONOMY CORPORATION PLC, DELOITTE LLP, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, JAMES T. MURRIN, MICHAEL R. LYNCH, and SUSHOVAN HUSSAIN,<br><br>　　　　　　Defendants. | Case No. CV-12-06074 CRB |
| PAUL NEUMANN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HEWLETT-PACKARD COMPANY, MARGARET C. WHITMAN, LEO APOTHEKER, JAMES T. MURRIN, CATHERINE A. LESJAK, and MARK HURD,<br><br>　　　　　　Defendants. | Case No. CV-13-00284 CRB |

DECL. B. NICHOLAS IN SUPPORT OF THE MEMO P&AS IN FURTHER SUPPORT OF MOT. OF PGGM, OREGON AND OKLAHOMA FOR APP'T AS LP. AND IN OPP. TO COMPETING MOTS.
Case No. CV-12-05980 CRB

I, Blair A. Nicholas, declare as follows:

1. I am a partner with the law firm of Bernstein Litowitz Berger & Grossmann LLP. I submit this Declaration in support of the Memorandum of Points and Authorities in Further Support of the Motion of PGGM Vermogensbeheer B.V. ("PGGM"), the State of Oregon by and through the Oregon State Treasurer on behalf of the Common School Fund and, together with the Oregon Public Employees Retirement Board, on behalf of the Oregon Public Employees Retirement Fund ("Oregon") and Oklahoma Teachers Retirement System ("Oklahoma") and in Opposition to the Competing Motions. I have knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Order Appointing The Virginia Retirement System And Her Majesty The Queen In Right Of Alberta As Lead Plaintiff And Approving Their Selection Of Co-Lead Counsel in *Deangelis v. Corzine, et al.*, No. 11-cv-07866-VM, ECF No. 140 (S.D.N.Y. Jan. 20, 2012).

3. Attached hereto as Exhibit B is a true and correct copy of the Order appointing lead plaintiff in *Watkins v. Shoretel Inc.*, No. 08-cv-00271-CRB, ECF No. 27 (N.D. Cal. Apr. 25, 2008).

4. Attached hereto as Exhibit C is a true and correct copy of the Order Appointing The LE Group As Lead Plaintiff And Appointing Lead Counsel in *In re Leadis Tech., Inc. Sec. Litig.*, No. 05-cv-00882-CRB, ECF No. 19 (N.D. Cal. June 10, 2005).

5. Attached hereto as Exhibit D is a true and correct copy of the Joint Stipulation And Order Of Lead Plaintiff Applicants To Appoint Lead Plaintiffs And To Approve Lead Plaintiffs' Selection Of Lead Counsel, Executive Committee And Liaison in *In re Solectron Corp. Sec. Litig.*, No. 03-cv-00986-CRB, ECF No. 53 (N.D. Cal. June 2, 2003).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of February, 2013.

*/s/ Blair A. Nicholas*
BLAIR A. NICHOLAS

# ADDITIONAL COUNSEL

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
GERALD H. SILK
AVI JOSEFSON
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com

KESSLER TOPAZ MELTZER
   & CHECK, LLP
DARREN J. CHECK
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
dcheck@ktmc.com

*Counsel for PGGM Vermogensbeheer B.V., the State of Oregon by and through the Oregon State Treasurer on behalf of the Common School Fund and, together with the Oregon Public Employees Retirement Board, on behalf of the Oregon Public Employees Retirement Fund and Oklahoma Teachers Retirement System and Proposed Co-Lead Counsel for the Class*

STOLL STOLL BERNE LOKTING &
   SHLACHTER P.C.
KEITH S. DUBANEVICH
SCOTT SHORR
209 Southwest Oak Street
Portland, OR 97204
Tel: (503) 227-1600
Fax:(503) 227-6840

*Special Assistant Attorneys General and Counsel for Proposed Lead Plaintiff the State of Oregon by and through the Oregon State Treasurer on behalf of the Common School Fund and, together with the Oregon Public Employees Retirement Board, on behalf of the Oregon Public Employees Retirement Fund*

---

DECL. B. NICHOLAS IN SUPPORT OF THE MEMO P&AS IN FURTHER SUPPORT OF MOT. OF PGGM, OREGON AND OKLAHOMA FOR APP'T AS LP. AND IN OPP. TO COMPETING MOTS.
Case No. CV-12-05980 CRB

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 8, 2013.

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

*/s/ Blair A. Nicholas*
BLAIR A. NICHOLAS

DECL. B. NICHOLAS IN SUPPORT OF THE MEMO P&AS IN FURTHER SUPPORT OF MOT. OF PGGM, OREGON AND OKLAHOMA FOR APP'T AS LP. AND IN OPP. TO COMPETING MOTS.
Case No. CV-12-05980 CRB

-3-

## MAIL NOTICE LIST

Jeremy A Lieberman
POMERANTZ GROSSMAN HUFFORD
   DAHLSTROM & GROSS LLP
600 Third Avenue, 20th Floor
New York, NY 10016

Jon Charles Furgison
LAW OFFICES OF JON C. FURGISON
444 Longfellow Avenue
Hermosa Beach, CA 90254

DECL. B. NICHOLAS IN SUPPORT OF THE MEMO P&AS IN FURTHER SUPPORT OF MOT. OF PGGM, OREGON AND OKLAHOMA FOR APP'T AS LP. AND IN OPP. TO COMPETING MOTS.
Case No. CV-12-05980 CRB

-4-