# EXHIBIT A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH DEANGELIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JON S. CORZINE, et al.<br><br>Defendants. | Civil Action No. 1:11-cv-07866-VM<br><br>ECF CASE |

## - ORDER APPOINTING THE VIRGINIA RETIREMENT SYSTEM AND HER MAJESTY THE QUEEN IN RIGHT OF ALBERTA AS LEAD PLAINTIFF AND APPROVING THEIR SELECTION OF CO-LEAD COUNSEL

**WHEREAS**, on November 3, 2011, Plaintiff Joseph Deangelis filed the first securities complaint subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA") in the above-captioned MF Global litigation (the "Securities Action") and, pursuant to the PSLRA, published notice of the filing of the Securities Action.[1]

**WHEREAS**, pursuant to the PSLRA, the deadline to move for appointment as Lead Plaintiff in the Securities Action expired on January 3, 2012.

**WHEREAS**, eight motions for appointment as Lead Plaintiff in the Securities Action were timely filed prior to the expiration of that deadline. *See* ECF Nos. 25, 27, 30, 32, 35, 38, 39, and 42.

**WHEREAS**, the Virginia Retirement System ("VRS") and Her Majesty the Queen in Right of Alberta ("Alberta") timely filed a joint motion for appointment as Lead Plaintiff in the Securities Action.

**WHEREAS**, VRS and Alberta incurred a $19 million loss on their transactions in MF Global securities during the relevant period.

**WHEREAS**, VRS and Alberta made a *prima facie* showing that they otherwise satisfy the adequacy and typicality requirements of Rule 23 of the Federal Rules of Civil Procedure.

**WHEREAS**, upon consideration of the competing motions for appointment as Lead Plaintiff, VRS and Alberta have the largest financial interest of any qualified Lead Plaintiff movant in the Securities Action.

**WHEREAS**, no other movant or party opposes the Court's appointment of VRS and

---

[1] The PSLRA securities actions that currently comprise the Securities Action are as follows: *DeAngelis v. Corzine*, No. 11 Civ. 07866 (S.D.N.Y.); *Espinoza v. Corzine*, No. 11 Civ. 7960 (S.D.N.Y.) (consolidated Nov. 16, 2011) (ECF No. 3); *IBEW Local 90 Pension Fund v. Corzine*, No. 11 Civ. 8401 (S.D.N.Y.) (consolidated Nov. 28, 2011) (ECF No. 4); and *Double D Trading, LLC v. Corzine*, No. 11 Civ. 8271 (S.D.N.Y.) (consolidated Nov. 30, 2011) (ECF No. 5); *Daly v. Corzine*, No. 11 Civ. 8823 (S.D.N.Y.) (consolidated Dec. 8, 2011) (ECF No. 10); *Context Partners Fund L.P. v. Corzine*, No. 11 Civ. 8888 (S.D.N.Y.) (consolidated Dec. 9, 2011) (ECF No. 11); *Rodriguez v. Corzine*, No. 11 Civ. 8815 (S.D.N.Y.) (consolidated Dec. 14, 2011) (ECF No. 13).

Alberta to serve as Lead Plaintiff in the Securities Action.

**IT IS HEREBY ORDERED THAT:**

1. The motion of VRS and Alberta is **GRANTED**.

2. VRS and Alberta are **APPOINTED** to serve as Lead Plaintiff in the Securities Action pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), and Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), as amended by the PSLRA.

3. VRS's and Alberta's selection of Co-Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP and Labaton Sucharow LLP are **APPOINTED** as Co-Lead Counsel for the Class in the Securities Action. Co-Lead Counsel, under the direction of Lead Plaintiff VRS and Alberta, will conduct all phases of the litigation and may delegate work responsibilities to additional counsel as may be required.

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed, or transferred PSLRA securities actions that are related to the securities law claims asserted in the Securities Action will be **CONSOLIDATED** for all purposes.

5. The Securities Action shall be captioned "*In re MF Global Holdings Limited Securities Litigation*" and the file shall be maintained under Master File No. 11-cv-7866-VM.

**IT IS SO ORDERED.**

Dated: 20 January, 2012

VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Tel: (212) 554-1400 Fax: (212) 554-1400

LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Tel: (212) 907-0700 Fax: (212) 818-0477

GERALD H. SILK
jerry@blbglaw.com
(212) 554-1282

CHRISTOPHER J. KELLER
ckeller@labaton.com
(212) 907-0853

RECEIVED
JAN 20 2012
CHAMBERS OF
JUDGE MARRERO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/12

January 19, 2012

**VIA FACSIMILE**

Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *DeAngelis v. Corzine*, No. 1:11-cv-07866-VM

Dear Judge Marrero:

    We represent the Virginia Retirement System ("VRS") and Her Majesty the Queen in Right of Alberta ("Alberta") which, on January 3, 2012, timely filed a motion seeking appointment as Lead Plaintiff in the above-referenced action. *See* ECF No. 39. As we discussed during the teleconference held with all parties and the Court on January 18, 2012, the motion filed by VRS and Alberta is unopposed.

    Pursuant to the Court's request, we respectfully submit along with this letter a Proposed Order appointing VRS and Alberta as Lead Plaintiff and approving their selection of the law firms of Bernstein Litowitz Berger & Grossmann LLP and Labaton Sucharow LLP as Co-Lead Counsel for the Class. *See* Exhibit A. Among other things, the proposed order contemplates that Lead Plaintiff will represent the class of bond and stockholders in the Securities Action, and that Co-Lead Counsel, under the direction of Lead Plaintiff, will conduct all phases of litigation, including pretrial discovery, motion practice and trial, as well as oversee any allocation of work to additional law firms as may be required.

    As the Court also instructed during the January 18 teleconference, counsel for VRS and Alberta will commence discussions with defense counsel in an effort to streamline this litigation and reach a mutually agreeable schedule for the conduct of this action, including by establishing major pre-trial deadlines for the filing of a consolidated complaint and defendants' responses thereto.

Honorable Victor Marrero
January 19, 2012
Page 2

We thank you for your attention to this matter.

Respectfully submitted,

Gerald H. Silk /LH

Christopher J. Keller /LH

Enclosure

cc: All counsel of record (via facsimile)

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019

LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH DEANGELIS, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br>v.<br>JON S. CORZINE, et al.<br><br>                Defendants. | Civil Action No. 1:11-cv-07866-VM<br><br>ECF CASE |

- ORDER APPOINTING THE VIRGINIA RETIREMENT SYSTEM AND HER MAJESTY THE QUEEN IN RIGHT OF ALBERTA AS LEAD PLAINTIFF AND APPROVING THEIR SELECTION OF CO-LEAD COUNSEL

**WHEREAS**, on November 3, 2011, Plaintiff Joseph Deangelis filed the first securities complaint subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA") in the above-captioned MF Global litigation (the "Securities Action") and, pursuant to the PSLRA, published notice of the filing of the Securities Action.[1]

**WHEREAS**, pursuant to the PSLRA, the deadline to move for appointment as Lead Plaintiff in the Securities Action expired on January 3, 2012.

**WHEREAS**, eight motions for appointment as Lead Plaintiff in the Securities Action were timely filed prior to the expiration of that deadline. *See* ECF Nos. 25, 27, 30, 32, 35, 38, 39, and 42.

**WHEREAS**, the Virginia Retirement System ("VRS") and Her Majesty the Queen in Right of Alberta ("Alberta") timely filed a joint motion for appointment as Lead Plaintiff in the Securities Action.

**WHEREAS**, VRS and Alberta incurred a $19 million loss on their transactions in MF Global securities during the relevant period.

**WHEREAS**, VRS and Alberta made a *prima facie* showing that they otherwise satisfy the adequacy and typicality requirements of Rule 23 of the Federal Rules of Civil Procedure.

**WHEREAS**, upon consideration of the competing motions for appointment as Lead Plaintiff, VRS and Alberta have the largest financial interest of any qualified Lead Plaintiff movant in the Securities Action.

**WHEREAS**, no other movant or party opposes the Court's appointment of VRS and

---

[1] The PSLRA securities actions that currently comprise the Securities Action are as follows: *DeAngelis v. Corzine*, No. 11 Civ. 07866 (S.D.N.Y.); *Espinoza v. Corzine*, No. 11 Civ. 7960 (S.D.N.Y.) (consolidated Nov. 16, 2011) (ECF No. 3); *IBEW Local 90 Pension Fund v. Corzine*, No. 11 Civ. 8401 (S.D.N.Y.) (consolidated Nov. 28, 2011) (ECF No. 4); and *Double D Trading, LLC v. Corzine*, No. 11 Civ. 8271 (S.D.N.Y.) (consolidated Nov. 30, 2011) (ECF No. 5); *Daly v. Corzine*, No. 11 Civ. 8823 (S.D.N.Y.) (consolidated Dec. 8, 2011) (ECF No. 10); *Context Partners Fund L.P. v. Corzine*, No. 11 Civ. 8888 (S.D.N.Y.) (consolidated Dec. 9, 2011) (ECF No. 11); *Rodriguez v. Corzine*, No. 11 Civ. 8815 (S.D.N.Y.) (consolidated Dec. 14, 2011) (ECF No. 13).

Alberta to serve as Lead Plaintiff in the Securities Action.

**IT IS HEREBY ORDERED THAT:**

1. The motion of VRS and Alberta is **GRANTED**.

2. VRS and Alberta are **APPOINTED** to serve as Lead Plaintiff in the Securities Action pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), and Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), as amended by the PSLRA.

3. VRS's and Alberta's selection of Co-Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP and Labaton Sucharow LLP are **APPOINTED** as Co-Lead Counsel for the Class in the Securities Action. Co-Lead Counsel, under the direction of Lead Plaintiff VRS and Alberta, will conduct all phases of the litigation and may delegate work responsibilities to additional counsel as may be required.

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed, or transferred PSLRA securities actions that are related to the securities law claims asserted in the Securities Action will be **CONSOLIDATED** for all purposes.

5. The Securities Action shall be captioned "*In re MF Global Holdings Limited Securities Litigation*" and the file shall be maintained under Master File No. 11-cv-7866-VM.

**IT IS SO ORDERED.**

Dated: 20 January, 2012

VICTOR MARRERO
UNITED STATES DISTRICT JUDGE