EXHIBIT C

1
2
3
4
5
6
7
8
9
10
11
12           **UNITED STATES DISTRICT COURT**
13       **NORTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| In re LEADIS TECHNOLOGY, INC. SECURITIES LITIGATION | ) Master File No. C–5-0882-CRB |
| | ) |
| | ) CLASS ACTION |
| | ) |
| This Document Relates To: All Actions | ) [PROPOSED] ORDER APPOINTING |
| | ) THE LE GROUP AS LEAD |
| | ) PLAINTIFF AND APPOINTING LEAD |
| | ) COUNSEL |
| | ) |

19
20
21
22
23
24
25
26
27
28

1   **WHEREAS,** the above-captioned consolidated action is pending before this Court:

2   **WHEREAS,** the plaintiff in the action above allegedly purchased or otherwise acquired

3   Leadis Technology, Inc. (the "Company") securities pursuant and/or traceable to the Company's

4   Initial Public Offering ("IPO") on or about June 16, 2004 (the "Class Period"), and has alleged,

5   among other things, violations of Sections 11 and 15 of the Securities Act of 1933 (the

6   "Securities Act") against defendants Leadis Technoloogy, Inc. and certain officers and directors;

7   **WHEREAS,** on March 2, 2005, pursuant to Section 27 (a)(3)(A)(i) of the Securities Act,

8   15 U.S.C. § 77z-1(a)(3)(A)(i), plaintiff in the action entitled *Safron Capital Corp. v. Leadis*

9   *Technology, Inc., et al.,* Case No. C-05-882 (N.D. Cal.) (filed on March 2, 2005) published a

10  notice of pendency of action on *Business Wire* as required by Section 27 (a)(3)(A) of the

11  Securities Act;

12  **WHEREAS,** pursuant to Section 27 (a)(3) of the Securities Act, any purported class

13  member desiring to be appointed lead plaintiff was required to have filed such a motion by May

14  2, 2005; and

15  **WHEREAS,** putative class members Ngoan Van Le, Richard Beedenbender and Scott

16  Strouse ( the "Le Group" or "Movant") have moved, pursuant to Section 27 (a)(3) of the

17  Securities Act for appointment as Lead Plaintiff for the Class, for approval of Schiffrin &

18  Barroway, LLP as Lead Counsel for lead plaintiff and the Class, and Green Welling LLP as

19  Liaison Counsel for lead plaintiff and the Class.

20      **WHEREFORE, IT IS HEREBY ORDERED as follows:**

21      1.      The Le Group is the most adequate plaintiff and is appointed Lead Plaintiff for the

22  Class in this action and any subsequently consolidated or related actions to represent the Class.

23      2.      Lead Plaintiff's selection of lead counsel and liaison counsel for lead plaintiff and

24  the Class is hereby approved.  The law firm of Schiffrin & Barroway, LLP is appointed as Lead

25  Counsel and the law firm of Green Welling LLP is appointed as Liaison Counsel pursuant to

26  Section 27 (a)(3)(B)(v) of the Securities Act.

27      3.      Lead Counsel shall have the authority to speak for all plaintiffs and class members

28  in all matters regarding the litigation including, but not limited to, pre-trial proceedings, motion

1  practice, trial and settlement, and shall make all work assignments in such a manner as to

2  facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or

3  unproductive effort. Additionally, lead counsel shall have the following responsibilities:

4          a.    to brief and argue motions;

5          b.    to initiate and conduct discovery, including, without limitation,

6  coordination of discovery with defendants' counsel, the preparation of written interrogatories,

7  requests for admissions, and requests for production of documents;

8          c.    to direct and coordinate the examination of witnesses in depositions;

9          d.    to act as spokesperson at pretrial conferences;

10          e.    to call and chair meetings of plaintiffs' counsel as appropriate or necessary

11  from time to time;

12          f.    to initiate and conduct any settlement negotiations with counsel for

13  defendants;

14          g.    to provide general coordination of the activities of plaintiffs' counsel and

15  to delegate work responsibilities to selected counsel as may be required in such a manner as to

16  lead to the orderly and efficient prosecution of this litigation and to avoid duplication or

17  unproductive effort;

18          h.    to consult with and employ experts;

19          i.    to receive and review periodic time reports of all attorneys on behalf of

20  plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs,

21  and to determine and distribute plaintiffs' attorneys' fees; and

22          j.    to perform such other duties as may be expressly authorized by further

23  order of this Court.

24      4.    Lead Counsel shall be responsible for coordinating all activities and appearances

25  on behalf of the Class and for disseminating notices and orders of this Court.

26      5.    No motion, application or request for discovery shall be served or filed, or other

27  pretrial proceedings initiated, on behalf of lead plaintiff, except through lead counsel.

28

6. All notices, proposed orders, pleadings, motions, discovery, and memoranda requiring a response in less than 30 days shall be served upon lead counsel and defense counsel in PDF format and emailed the day of filing with exhibits to follow by overnight mail service, telecopy, or hand delivery.

7. All other service shall take place by regular mail.

8. Lead counsel for the Class shall be available and responsible for communications to and from the Court.

9. Defendants' counsel may rely upon all agreements made with lead counsel, or other duly authorized representatives of lead plaintiff.

10. This Order shall apply to each case subsequently filed in this Court or transferred to this Court, unless a party objecting to the consolidation of such case or to any other provision of this Order files within ten (10) days after the date upon which a copy of this Order is mailed to counsel for such party, an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

IT IS SO ORDERED.

DATED: June 10, 2005

_____
Honorable Charles R. Breyer

APPROVED
Charles R. Breyer

Submitted by:

Robert S. Green (State Bar No. 136183)
**GREEN WELLING LLP**
235 Pine Street, 15th Floor
San Francisco, CA 94104
Telephone:    (415) 477-6700
Facsimile:    (415) 477-6710

[Proposed] Liaison Counsel