# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLAN J. NICOLOW, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, and JAMES T. MURRIN,<br><br>Defendants. | Case No. CV-12-05980 CRB<br><br>**[PROPOSED] ORDER FOR CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**<br><br>Date: March 1, 2013<br>Time: 10:00 a.m.<br>Room: 6 – 17th Floor<br>Judge: Charles R. Breyer |
| DAVIN POKOIK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, AUTONOMY CORPORATION PLC, DELOITTE LLP, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, JAMES T. MURRIN, MICHAEL R. LYNCH, and SUSHOVAN HUSSAIN,<br><br>Defendants. | Case No. CV-12-06074 CRB |

*(Additional captions on following pages)*

[PROPOSED] ORDER FOR CONSOLIDATION, APPOINTMENT OF LEAD
PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL
Case No. CV-12-05980 CRB

| | |
|---|---|
| PAUL NEUMANN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEWLETT-PACKARD COMPANY, MARGARET C. WHITMAN, LEO APOTHEKER, JAMES T. MURRIN, CATHERINE A. LESJAK, and MARK HURD,<br><br>　　　　　Defendants. | Case No. CV-13-00284 CRB |

Having considered the Motion of PGGM Vermogensbeheer B.V. ("PGGM"), the State of Oregon by and through the Oregon State Treasurer on behalf of the Common School Fund and, together with the Oregon Public Employees Retirement Board, on behalf of the Oregon Public Employees Retirement Fund ("Oregon") and Oklahoma Teachers Retirement System ("Oklahoma") for Appointment as Lead Plaintiff, Approval of Their Selection of Co-Lead Counsel, and Consolidation of All Related Actions, the memorandum of law in support thereof, and other documents submitted herewith,

**IT IS HEREBY ORDERED THAT:**

A.   The Motion is granted.

B.   All related actions are consolidated for all purposes (the "Consolidated Action"). This Order (the "Order") shall apply to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court, and is consolidated with the Consolidated Action.

C.   A Master File is established for this proceeding. The Master File shall be Case No. CV-12-05988 CRB. The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

D.   An original of this Order shall be filed by the Clerk in the Master File.

E.   The Clerk shall mail a copy of this Order to counsel of record in the Consolidated Action.

F.   Every pleading in the Consolidated Action shall have the following caption:

| IN RE HP SECURITIES LITIGATION | Case No. CV-12-05980 CRB |
| --- | --- |

G.   The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that may properly be consolidated as part of the Consolidated Action.

H.   When a case that arises out of the same subject matter as the Consolidated Action is hereinafter filed in this Court or transferred from another court, the Clerk of this Court shall:

[PROPOSED] ORDER FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL
Case No. CV-12-05980 CRB
-1-

        a)      File a copy of this Order in the separate file for such action; and

        b)      Make the appropriate entry in the Master Docket for the Consolidated Action.

I.      Each new case that arises out of the subject matter of the Consolidated Action shall be consolidated with the Consolidated Action. This Order shall apply thereto, unless a party objects to consolidation (as provided for herein), or to any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party by filing an application for relief, and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of Defendants' right to object to consolidation of any subsequently-filed or transferred related action.

J.      PGGM, Oregon and Oklahoma are appointed to serve as Lead Plaintiff in the Consolidated Action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

K.      PGGM, Oregon and Oklahoma's selection of Bernstein Litowitz Berger & Grossmann LLP and Kessler Topaz Meltzer & Check, LLP as Co-Lead Counsel for the Class is approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v). Co-Lead Counsel shall have the authority to speak for all Plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, and settlement. Co-Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort. Additionally, Co-Lead Counsel shall have the following responsibilities:

        a)      To brief and argue motions;

        b)      To initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

        c)      To direct and coordinate the examination of witnesses in depositions;

        d)      To act as spokeperson at pretrial conferences;

        e)      To initiate and conduct any settlement negotiations with Defendants' counsel;

[PROPOSED] ORDER FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL
Case No. CV-12-05980 CRB

-2-

1  f) To consult with and employ experts; and

2  g) To perform such other duties as may be expressly authorized by further order of this Court.

DATED: _____, 2013

_____
THE HONORABLE CHARLES R. BREYER

[PROPOSED] ORDER FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL
Case No. CV-12-05980 CRB

-3-