Laurence D. King (SBN 206423)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com

Robert N. Kaplan
Frederic S. Fox
Donald R. Hall
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
rkaplan@kaplanfox.com
ffox@kaplanfox.com
dhall@kaplanfox.com

Counsel for Lead Plaintiff Movant
The Virginia Retirement System

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLAN J. NICOLOW, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK and JAMES T. MURRIN,<br><br>Defendants. | Case No. 3:12-cv-05980-CRB<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LAURENCE D. KING IN FURTHER SUPPORT OF THE VIRGINIA RETIREMENT SYSTEM'S ("VRS") MOTION TO: (1) CONSOLIDATE THE RELATED ACTIONS; (2) APPOINT VRS AS LEAD PLAINTIFF; AND (3) APPROVE VRS' CHOICE OF LEAD COUNSEL; AND OPPOSITION TO ALL COMPETING MOTIONS**<br><br>Judge: Honorable Charles R. Breyer<br>Courtroom: 6, 17th Floor<br>Date: March 1, 2013<br>Time: 10:00 AM |

[Captions Continued on Following Page]

---

DECLARATION OF KING IN FURTHER SUPPORT OF VRS'
MTN TO CONSOLIDATE, APPT LEAD PLTF & APPROVE COUNSEL
AND OPP TO ALL COMPETING MTNS                                            12-cv-05980-CRB

| | |
|---|---|
| DAVIN POKOIK, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:12-cv-06074-CRB |
| Plaintiffs, | |
| v. | |
| HEWLETT-PACKARD COMPANY, AUTONOMY CORPORATION PLC, DELOITTE LLP, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, JAMES T. MURRIN, MICHAEL R. LYNCH, and SUSHOVAN HUSSAIN, | |
| Defendants. | |
| PAUL NEUMANN, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:13-cv-00284-EJD |
| Plaintiffs, | |
| v. | |
| HEWLETT-PACKARD COMPANY, MARGARET C. WHITMAN, LEO APOTHEKER, JAMES T. MURRIN, CATHERINE LESJAK, and MARK HURD, | |
| Defendants. | |

DECLARATION OF KING IN FURTHER SUPPORT OF VRS' MTN TO CONSOLIDATE, APPT LEAD PLTF & APPROVE COUNSEL AND OPP TO ALL COMPETING MTNS

12-cv-05980-CRB

I, Laurence D. King, declare as follows:

1. I am a partner at the law firm of Kaplan Fox & Kilsheimer LLP. I respectfully submit this Declaration in Further Support of the Virginia Retirement System's ("VRS") Motion to: (1) Consolidate the Related Actions; (2) Appoint VRS as Lead Plaintiff; and (3) Approve VRS' Choice of Lead Counsel, and in opposition to all competing motions.

2. Attached hereto are true and correct copies of the following documents:

Exhibit A: Charts prepared by VRS' counsel setting forth VRS' shares purchased, net shares purchased, net expenditures and estimated loss in Hewlett-Packard Company ("Hewlett-Packard") common stock under LIFO during the Class Period.

Exhibit B: Charts prepared by VRS' counsel calculating the PGGM Group's,[1] and the individual members of the PGGM Group's, shares purchased, net shares purchased and net funds expended for Hewlett-Packard common stock based entirely on the Class Period transactional data that the PGGM Group provided in its moving papers.

Exhibit C: Charts prepared by VRS' counsel calculating the Central States Group's[2] shares purchased, net shares purchased, and net expenditures for Hewlett Packard common stock based entirely on the Class Period transactional data that the Central States Group provided in its moving papers.

Exhibit D: Charts prepared by VRS' counsel calculating the Smiley Group's[3] shares purchased, net shares purchased and net funds expended for Hewlett-

---

[1] PGGM Group is comprised of PGGM Vermogensbeheer B.V., the State of Oregon by and through the Oregon State Treasurer on behalf of the Common School Fund, Oregon Public Employees Retirement Fund, and Oklahoma Teachers Retirement System.

[2] Central States Group is comprised of Central States, Southeast and Southwest Areas Pension Fund and Strathclyde Pension Fund.

[3] The Smiley Group is comprised of Lloyd G. Smiley, Peter Cheng Wang, and Galen A. Etemad.

- 1 -

DECLARATION OF KING IN FURTHER SUPPORT OF VRS'     12-cv-05980-CRB
MTN TO CONSOLIDATE, APPT LEAD PLTF & APPROVE COUNSEL
AND OPP TO ALL COMPETING MTNS

Packard common stock based entirely on the Class Period transactional data that the Smiley Group provided in its moving papers.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on this 8th day of February, 2013 in San Francisco, California.

>   /s/ Laurence D. King
>   Laurence D. King

**CERTIFICATE OF SERVICE**

I, Laurence D. King, hereby certify that on February 8, 2013, I caused the foregoing to be filed with the Court using the CM/ECF system, which will send electronic notices of the filing to all counsel of record.

                                           /s/ Laurence D. King
                                           Laurence D. King