# Exhibit C

# CENTRAL STATES GROUP

**Estimated Net Shares Purchased and Net Amount Expended in Hewlett-Packard Company**
**Class period: 2/20/2008-11/20/2012**

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE | COSTS or (PROCEEDS) |
|---|---|---|---|---|---|---|
| **Central States, Southeast and Southwest Areas Pension Fund ("Central States")** | | | | | | |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 3/3/2008 | 34,000 | $47.4100 | $1,611,940.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 3/24/2008 | 33,900 | $47.7000 | $1,617,030.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 3/25/2008 | 22,350 | $48.2800 | $1,079,058.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 5/12/2008 | 3,564 | $46.8300 | $166,902.12 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 5/12/2008 | 142,236 | $49.4300 | $7,030,725.48 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 5/13/2008 | 49,600 | $44.0200 | $2,183,392.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 5/22/2008 | 45,600 | $45.0100 | $2,052,456.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 5/23/2008 | 100 | $44.9100 | $4,491.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 5/28/2008 | 56,000 | $46.4000 | $2,598,400.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 5/29/2008 | 36,300 | $46.9200 | $1,703,196.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 7/25/2008 | 2,800 | $43.4800 | $121,744.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/3/2008 | 31,800 | $45.0900 | $1,433,862.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/5/2008 | 28,950 | $44.7800 | $1,296,381.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 10/17/2008 | 8,200 | $39.6800 | $325,376.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 10/24/2008 | 42,450 | $32.5300 | $1,380,898.50 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/18/2008 | 40,800 | $32.8200 | $1,339,056.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 12/29/2008 | 8,600 | $35.2600 | $303,236.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 1/15/2009 | 44,100 | $35.2100 | $1,552,761.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 1/15/2009 | 52,200 | $35.4700 | $1,851,534.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 1/15/2009 | 75,000 | $35.3400 | $2,650,500.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 2/19/2009 | 18,250 | $31.6100 | $576,882.50 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 3/4/2009 | 6,500 | $28.8700 | $187,655.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 4/13/2009 | 6,200 | $34.2900 | $212,598.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/17/2009 | 5,900 | $51.0300 | $301,077.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 12/15/2009 | 16,600 | $51.0600 | $847,596.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 12/16/2009 | 500 | $50.9400 | $25,470.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 12/17/2009 | 7,500 | $50.7400 | $380,550.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 12/18/2009 | 1,100 | $51.1500 | $56,265.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 3/8/2010 | 21,300 | $51.7500 | $1,102,275.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 3/9/2010 | 1,900 | $51.9700 | $98,743.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 4/27/2010 | 3,739 | $54.2000 | $202,653.80 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 4/27/2010 | 24,261 | $54.0600 | $1,311,549.66 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 5/20/2010 | 16,478 | $45.9900 | $757,823.22 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 7/13/2010 | 12,400 | $46.2500 | $573,500.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 7/20/2010 | 1,000 | $46.5900 | $46,590.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 7/21/2010 | 8,050 | $45.9800 | $370,139.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 7/21/2010 | 8,050 | $46.1000 | $371,105.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 7/21/2010 | 48,350 | $45.9400 | $2,221,199.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 7/23/2010 | 5,625 | $46.0900 | $259,256.25 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 7/23/2010 | 5,650 | $46.0500 | $260,182.50 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 7/23/2010 | 23,675 | $45.8600 | $1,085,735.50 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 7/26/2010 | 5,025 | $46.0500 | $231,401.25 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 7/26/2010 | 5,175 | $46.1500 | $238,826.25 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/9/2010 | 3,152 | $42.9300 | $135,315.36 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/9/2010 | 4,550 | $42.7200 | $194,376.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/9/2010 | 4,550 | $42.7700 | $194,603.50 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/9/2010 | 7,144 | $42.8200 | $305,906.08 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/9/2010 | 14,578 | $42.6900 | $622,334.82 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/9/2010 | 16,691 | $42.7900 | $714,207.89 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/9/2010 | 27,325 | $42.7700 | $1,168,690.25 |

# CENTRAL STATES GROUP

## Estimated Net Shares Purchased and Net Amount Expended in Hewlett-Packard Company
## Class period: 2/20/2008-11/20/2012

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE | COSTS or (PROCEEDS) |
|---|---|---|---|---|---|---|
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/9/2010 | 52,725 | $43.0600 | $2,270,338.50 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/10/2010 | 2,573 | $42.8700 | $110,304.51 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/10/2010 | 2,881 | $42.6600 | $122,903.46 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/10/2010 | 3,075 | $42.6100 | $131,025.75 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/10/2010 | 3,075 | $42.5600 | $130,872.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/10/2010 | 4,675 | $42.6000 | $199,155.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/10/2010 | 4,700 | $42.6000 | $200,220.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/10/2010 | 6,550 | $42.8000 | $280,340.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/10/2010 | 6,575 | $42.5300 | $279,634.75 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/10/2010 | 8,225 | $42.5200 | $349,727.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/10/2010 | 8,606 | $42.6100 | $366,701.66 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/10/2010 | 18,400 | $42.5800 | $783,472.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/10/2010 | 27,425 | $42.6500 | $1,169,676.25 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/10/2010 | 31,150 | $42.6300 | $1,327,924.50 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/10/2010 | 102,404 | $38.2800 | $3,920,025.12 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/14/2010 | 19,600 | $39.7600 | $779,296.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/14/2010 | 67,700 | $39.7100 | $2,688,367.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/16/2010 | 500 | $39.9100 | $19,955.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/16/2010 | 14,061 | $39.9800 | $562,158.78 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/16/2010 | 14,100 | $39.9800 | $563,718.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/16/2010 | 15,200 | $40.0700 | $609,064.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/16/2010 | 91,788 | $40.0500 | $3,676,109.40 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/22/2010 | 2,075 | $39.1200 | $81,174.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 10/1/2010 | 14,600 | $40.9100 | $597,286.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 10/1/2010 | 19,525 | $40.9200 | $798,963.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 10/1/2010 | 24,400 | $40.8700 | $997,228.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 10/8/2010 | 18,000 | $41.1700 | $741,060.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 10/8/2010 | 18,000 | $41.1800 | $741,240.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 10/8/2010 | 73,775 | $41.1000 | $3,032,152.50 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 10/26/2010 | 5,425 | $42.6300 | $231,267.75 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 10/26/2010 | 10,100 | $42.7500 | $431,775.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 10/26/2010 | 21,950 | $42.7300 | $937,923.50 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 10/27/2010 | 22,175 | $42.4900 | $942,215.75 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/22/2010 | 7,841 | $43.1000 | $337,947.10 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/22/2010 | 15,682 | $43.0100 | $674,482.82 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 1/19/2011 | 4,872 | $46.2900 | $225,524.88 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 1/19/2011 | 8,213 | $46.2500 | $379,851.25 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 1/19/2011 | 37,889 | $46.3100 | $1,754,639.59 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 2/8/2011 | 229 | $47.9600 | $10,982.84 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 2/9/2011 | 554 | $48.4800 | $26,857.92 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 2/23/2011 | 18,925 | $43.1900 | $817,370.75 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 3/3/2011 | 83,650 | $43.7100 | $3,656,341.50 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 3/4/2011 | 9,075 | $42.8500 | $388,863.75 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 3/4/2011 | 9,075 | $42.8800 | $389,136.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 3/4/2011 | 54,450 | $43.0300 | $2,342,983.50 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 4/18/2011 | 2,425 | $39.3200 | $95,351.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 4/18/2011 | 2,450 | $39.4500 | $96,652.50 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 4/18/2011 | 14,625 | $39.3300 | $575,201.25 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 5/17/2011 | 2,375 | $36.5500 | $86,806.25 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 5/17/2011 | 3,275 | $36.5500 | $119,701.25 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 5/17/2011 | 4,350 | $36.5500 | $158,992.50 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 5/17/2011 | 4,525 | $36.5100 | $165,207.75 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 5/17/2011 | 5,950 | $36.9300 | $219,733.50 |

# CENTRAL STATES GROUP

## Estimated Net Shares Purchased and Net Amount Expended in Hewlett-Packard Company
## Class period: 2/20/2008-11/20/2012

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE | COSTS or (PROCEEDS) |
|---|---|---|---|---|---|---|
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 5/17/2011 | 5,975 | $36.8300 | $220,059.25 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 5/17/2011 | 5,975 | $36.8900 | $220,417.75 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 5/17/2011 | 6,000 | $36.9900 | $221,940.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 5/17/2011 | 13,225 | $36.4600 | $482,183.50 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 5/17/2011 | 13,250 | $36.2900 | $480,842.50 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 5/17/2011 | 22,100 | $36.4800 | $806,208.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/25/2011 | 9,000 | $24.8800 | $223,920.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/25/2011 | 9,000 | $24.8500 | $223,650.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/25/2011 | 10,925 | $25.0100 | $273,234.25 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/25/2011 | 10,950 | $24.9500 | $273,202.50 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/25/2011 | 16,850 | $25.1000 | $422,935.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/25/2011 | 16,850 | $25.0900 | $422,766.50 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/25/2011 | 20,350 | $24.8600 | $505,901.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/25/2011 | 31,425 | $25.0300 | $786,567.75 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/25/2011 | 34,175 | $25.0400 | $855,742.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/26/2011 | 3,275 | $24.7000 | $80,892.50 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/26/2011 | 3,275 | $24.7000 | $80,892.50 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/26/2011 | 4,800 | $24.7000 | $118,560.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/26/2011 | 7,025 | $24.6700 | $173,306.75 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/26/2011 | 7,800 | $24.6800 | $192,504.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/6/2011 | 5,075 | $23.6000 | $119,770.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/6/2011 | 28,875 | $23.1600 | $668,745.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/7/2011 | 2,050 | $23.7800 | $48,749.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/8/2011 | 3,025 | $24.4900 | $74,082.25 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/27/2011 | 4,800 | $23.5000 | $112,800.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/27/2011 | 6,850 | $23.6000 | $161,660.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/27/2011 | 6,875 | $23.5000 | $161,562.50 |
| | | | | 2,425,986 | | $98,366,442.51 |
| | | | | | | |
| HEWLETT-PACKARD CO | 428236103 | SALE | 3/17/2008 | (2,800) | $46.6500 | ($130,620.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 4/23/2008 | (102,400) | $48.2700 | ($4,942,848.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/12/2008 | (7,000) | $46.3800 | ($324,660.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/12/2008 | (12,100) | $46.5300 | ($563,013.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/13/2008 | (6,900) | $44.3600 | ($306,084.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/14/2008 | (7,200) | $45.7000 | ($329,040.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/14/2008 | (14,100) | $45.7000 | ($644,370.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/16/2008 | (150) | $46.7700 | ($7,015.50) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/15/2008 | (60,994) | $45.5500 | ($2,778,276.70) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/18/2008 | (37,700) | $44.2800 | ($1,669,356.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 10/2/2008 | (4,500) | $42.8000 | ($192,600.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 10/15/2008 | (29,950) | $40.0900 | ($1,200,695.50) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 10/16/2008 | (31,000) | $38.1100 | ($1,181,410.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 10/17/2008 | (19,100) | $40.1700 | ($767,247.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 10/27/2008 | (16,875) | $31.9500 | ($539,156.25) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 10/27/2008 | (24,425) | $31.9500 | ($780,378.75) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 11/3/2008 | (24,300) | $38.8200 | ($943,326.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 11/4/2008 | (18,300) | $38.2000 | ($699,060.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 1/8/2009 | (11,000) | $37.1800 | ($408,980.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 2/24/2009 | (6,154) | $29.1500 | ($179,389.10) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 2/24/2009 | (6,200) | $29.0000 | ($179,800.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 2/24/2009 | (12,204) | $29.1500 | ($355,746.60) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 2/24/2009 | (21,642) | $29.1500 | ($630,864.30) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 2/27/2009 | (11,050) | $29.3700 | ($324,538.50) |

# CENTRAL STATES GROUP

## Estimated Net Shares Purchased and Net Amount Expended in Hewlett-Packard Company
## Class period: 2/20/2008-11/20/2012

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE | COSTS or (PROCEEDS) |
|---|---|---|---|---|---|---|
| HEWLETT-PACKARD CO | 428236103 | SALE | 3/2/2009 | (29,300) | $28.3800 | ($831,534.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 3/3/2009 | (7,300) | $28.1400 | ($205,422.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 3/4/2009 | (27,000) | $28.5700 | ($771,390.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 3/6/2009 | (13,266) | $26.0700 | ($345,844.62) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 3/6/2009 | (13,268) | $27.1000 | ($359,562.80) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 3/6/2009 | (50,466) | $26.3300 | ($1,328,769.78) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 3/10/2009 | (31,000) | $26.7900 | ($830,490.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 6/17/2009 | (29,700) | $37.1500 | ($1,103,355.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 6/18/2009 | (29,600) | $37.2900 | ($1,103,784.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 7/10/2009 | (20,000) | $37.2600 | ($745,200.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 7/10/2009 | (33,700) | $37.2300 | ($1,254,651.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 7/10/2009 | (42,100) | $37.2000 | ($1,566,120.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/11/2009 | (32,650) | $43.4200 | ($1,417,663.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/18/2009 | (58,250) | $43.4000 | ($2,528,050.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 10/9/2009 | (6,900) | $47.0900 | ($324,921.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 10/12/2009 | (5,000) | $47.4000 | ($237,000.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 10/13/2009 | (11,100) | $46.8000 | ($519,480.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 1/11/2010 | (15,250) | $52.1400 | ($795,135.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 3/30/2010 | (24,550) | $53.1500 | ($1,304,832.50) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 4/9/2010 | (26,900) | $53.6100 | ($1,442,109.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 4/12/2010 | (17,000) | $53.9100 | ($916,470.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 4/12/2010 | (29,800) | $53.9300 | ($1,607,114.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/18/2010 | (7,900) | $47.5800 | ($375,882.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/18/2010 | (10,000) | $47.0600 | ($470,600.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/18/2010 | (6,500) | $47.2100 | ($306,865.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 7/22/2010 | (400) | $45.9800 | ($18,392.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 7/22/2010 | (59,700) | $45.9400 | ($2,742,618.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 7/23/2010 | (19,550) | $46.1000 | ($901,255.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/4/2010 | (34,450) | $47.0300 | ($1,620,183.50) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/5/2010 | (9,567) | $46.3500 | ($443,430.45) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/5/2010 | (13,668) | $46.3100 | ($632,965.08) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/6/2010 | (6,097) | $41.7000 | ($254,244.90) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/6/2010 | (6,952) | $45.7800 | ($318,262.56) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/6/2010 | (19,657) | $41.7000 | ($819,696.90) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/9/2010 | (8,862) | $43.0400 | ($381,420.48) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/9/2010 | (10,914) | $43.1500 | ($470,939.10) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/9/2010 | (12,966) | $43.0400 | ($558,056.64) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/9/2010 | (31,411) | $43.0400 | ($1,351,929.44) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/9/2010 | (69,150) | $42.7800 | ($2,958,237.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/10/2010 | (108,250) | $42.6400 | ($4,615,780.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/11/2010 | (17,250) | $40.9800 | ($706,905.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/11/2010 | (34,190) | $41.0500 | ($1,403,499.50) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/11/2010 | (52,302) | $41.5500 | ($2,173,148.10) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/11/2010 | (90,914) | $41.5200 | ($3,774,749.28) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/11/2010 | (120,850) | $41.0800 | ($4,964,518.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 9/10/2010 | (35,088) | $38.3200 | ($1,344,572.16) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 9/10/2010 | (35,859) | $38.2500 | ($1,371,606.75) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 9/24/2010 | (54,286) | $41.0200 | ($2,226,811.72) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 9/24/2010 | (102,404) | $41.0200 | ($4,200,612.08) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 1/11/2011 | (1,646) | $45.7900 | ($75,370.34) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 2/24/2011 | (15,522) | $42.4500 | ($658,908.90) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 2/24/2011 | (23,800) | $42.8100 | ($1,018,878.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 2/25/2011 | (34,312) | $42.6200 | ($1,462,377.44) |

# CENTRAL STATES GROUP

## Estimated Net Shares Purchased and Net Amount Expended in Hewlett-Packard Company
## Class period: 2/20/2008-11/20/2012

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE | COSTS or (PROCEEDS) |
|---|---|---|---|---|---|---|
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/2/2011 | (59,320) | $40.1500 | ($2,381,698.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/3/2011 | (28,280) | $40.0500 | ($1,132,614.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/3/2011 | (29,500) | $40.1600 | ($1,184,720.00) |
| | | | | (2,213,661) | | ($90,939,120.22) |
| **Central States' Net Shares Purchased and Net Amount Expended during Class Period** | | | | **212,325** | | **$7,427,322.29** |

**Strathclyde Pension Fund ("Strathclyde")**

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE | COSTS or (PROCEEDS) |
|---|---|---|---|---|---|---|
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/28/2008 | 53,900 | $47.2554 | $2,547,066.06 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/10/2008 | 24,500 | $34.5853 | $847,339.85 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 6/15/2010 | 29,600 | $47.7529 | $1,413,485.84 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 6/15/2010 | 24,900 | $47.6654 | $1,186,868.46 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 6/15/2010 | 8,400 | $47.8481 | $401,924.04 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 6/15/2010 | 5,600 | $47.8829 | $268,144.24 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 6/15/2010 | 2,800 | $47.3706 | $132,637.68 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 6/25/2010 | 24,900 | $46.2529 | $1,151,697.21 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 6/25/2010 | 500 | $45.8700 | $22,935.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 7/2/2010 | 50,200 | $42.6050 | $2,138,771.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 7/2/2010 | 1,000 | $42.9075 | $42,907.50 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 2/24/2011 | 18,082 | $42.5771 | $769,879.12 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 2/24/2011 | 16,275 | $42.5824 | $693,028.56 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 2/24/2011 | 6,516 | $42.5417 | $277,201.72 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 2/24/2011 | 3,027 | $43.1742 | $130,688.30 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 2/25/2011 | 24,845 | $42.6417 | $1,059,433.04 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 2/25/2011 | 955 | $42.4891 | $40,577.09 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/8/2011 | 21,410 | $24.1800 | $517,693.80 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/8/2011 | 7,760 | $24.4287 | $189,566.71 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/8/2011 | 2,130 | $24.2047 | $51,556.01 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/15/2011 | 42,038 | $28.1506 | $1,183,394.92 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/15/2011 | 16,212 | $28.3154 | $459,049.26 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/22/2011 | 66,591 | $26.3964 | $1,757,762.67 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/22/2011 | 5,920 | $26.5300 | $157,057.60 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/22/2011 | 16,568 | $25.7557 | $426,720.44 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/22/2011 | 8,308 | $25.8293 | $214,589.82 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/22/2011 | 1,913 | $25.8595 | $49,469.22 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/22/2011 | 411 | $26.8888 | $11,051.30 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/22/2011 | 228 | $25.8753 | $5,899.57 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/22/2011 | 102 | $25.8883 | $2,640.61 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/23/2011 | 17,758 | $25.7300 | $456,913.34 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/23/2011 | 11,189 | $25.8185 | $288,883.20 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/23/2011 | 11,188 | $26.0994 | $292,000.09 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/23/2011 | 5,594 | $26.2348 | $146,757.47 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/28/2011 | 53,886 | $26.0034 | $1,401,219.21 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/28/2011 | 4,724 | $26.4616 | $125,004.60 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/28/2011 | 1,603 | $26.4466 | $42,393.90 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/28/2011 | 978 | $26.4534 | $25,871.43 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/28/2011 | 534 | $26.4495 | $14,124.03 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/28/2011 | 509 | $26.4512 | $13,463.66 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/28/2011 | 352 | $26.4550 | $9,312.16 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/28/2011 | 274 | $26.4527 | $7,248.04 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/28/2011 | 100 | $26.4700 | $2,647.00 |

# CENTRAL STATES GROUP

## Estimated Net Shares Purchased and Net Amount Expended in Hewlett-Packard Company
## Class period: 2/20/2008-11/20/2012

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE | COSTS or (PROCEEDS) |
|---|---|---|---|---|---|---|
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 3/30/2012 | 62,968 | $23.6100 | $1,486,674.48 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 3/30/2012 | 815 | $23.7732 | $19,375.16 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 3/30/2012 | 492 | $23.7758 | $11,697.69 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 3/30/2012 | 390 | $23.7759 | $9,272.60 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 3/30/2012 | 329 | $23.7731 | $7,821.35 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 3/30/2012 | 296 | $23.7732 | $7,036.87 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 7/2/2012 | 142,874 | $20.1600 | $2,880,339.84 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 7/5/2012 | 615,098 | $20.3256 | $12,502,235.91 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 10/18/2012 | 83,000 | $14.7895 | $1,227,528.50 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 10/19/2012 | 71,300 | $14.5538 | $1,037,685.94 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 10/22/2012 | 177,900 | $14.5538 | $2,589,121.02 |
|  |  |  |  | 1,749,742 |  | $42,755,664.13 |
|  |  |  |  |  |  |  |
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/13/2009 | (26,300) | $34.1476 | ($898,081.88) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/13/2009 | (40,600) | $34.2291 | ($1,389,701.46) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/14/2009 | (11,500) | $34.4115 | ($395,732.25) |
|  |  |  |  | (78,400) |  | ($2,683,515.59) |
| **Strathclyde's Net Shares Purchased and Net Amount Expended during Class Period** |  |  |  | 1,671,342 |  | $40,072,148.54 |
|  |  |  |  |  |  |  |
| **Central States Group's Total Net Shares Purchased and Net Amount Expended** |  |  |  | 1,883,667 |  | $47,499,470.83 |

**Central States Group's Summary**

| Movant | Shares purchased | Net shares purchased | Net amount expended |
|---|---|---|---|
| Central States | 2,425,986 | 212,325 | $7,427,322.29 |
| Strathclyde | 1,749,742 | 1,671,342 | $40,072,148.54 |
| **Central States Group's Total** | **4,175,728** | **1,883,667** | **$47,499,470.83** |