# Exhibit D

# SMILEY GROUP

## Estimated Net Shares Purchased and Net Amount Expended in Hewlett-Packard Company
## Class period: 2/20/2008-11/20/2012

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE | COSTS or (PROCEEDS) |
|---|---|---|---|---|---|---|
| **Lloyd Smiley ("Smiley")** | | | | | | |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 10/10/2008 | 500 | $39.1942 | $19,597.10 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 12/4/2008 | 588 | $33.3900 | $19,633.32 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 12/4/2008 | 167 | $33.3900 | $5,576.13 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 2/2/2010 | 500 | $48.6241 | $24,312.05 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 2/2/2010 | 1,500 | $48.6241 | $72,936.15 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 2/11/2010 | 1,000 | $48.6451 | $48,645.10 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 2/19/2010 | 1,000 | $50.2079 | $50,207.90 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 5/10/2010 | 100 | $49.1788 | $4,917.88 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 6/7/2010 | 400 | $52.3974 | $20,958.96 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 6/26/2010 | 1,000 | $53.1170 | $53,117.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 7/13/2010 | 1,000 | $46.2807 | $46,280.70 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 7/13/2010 | 600 | $46.2807 | $27,768.42 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 7/13/2010 | 400 | $46.2807 | $18,512.28 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/18/2010 | 1,000 | $41.5100 | $41,510.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/26/2010 | 1,000 | $38.3300 | $38,330.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/1/2010 | 1,000 | $39.0800 | $39,080.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/1/2010 | 1,000 | $39.1800 | $39,180.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 1/6/2011 | 200 | $44.7962 | $8,959.24 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 1/6/2011 | 595 | $44.9441 | $26,741.74 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 1/6/2011 | 428 | $44.7583 | $19,156.55 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 1/6/2011 | 100 | $44.7570 | $4,475.70 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 1/6/2011 | 272 | $44.7585 | $12,174.31 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 1/6/2011 | 205 | $44.9442 | $9,213.56 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 1/6/2011 | 200 | $44.9443 | $8,988.86 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 1/7/2011 | 595 | $45.1134 | $26,842.47 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 1/10/2011 | 92 | $44.7749 | $4,119.29 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 1/10/2011 | 13 | $44.7746 | $582.07 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/18/2011 | 1,000 | $29.0500 | $29,050.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/25/2011 | 200 | $24.7400 | $4,948.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/25/2011 | 300 | $24.7000 | $7,410.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/25/2011 | 200 | $24.5500 | $4,910.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/25/2011 | 500 | $24.7000 | $12,350.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/25/2011 | 1,800 | $24.6500 | $44,370.00 |
| | | | | 19,455 | | $794,854.79 |
| HEWLETT-PACKARD CO | 428236103 | SALE | 1/29/2010 | (588) | $46.9494 | ($27,606.25) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 1/29/2010 | (167) | $46.9494 | ($7,840.55) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 1/29/2010 | (500) | $46.9494 | ($23,474.70) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/4/2010 | (1,000) | $51.4924 | ($51,492.40) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/4/2010 | (1,000) | $51.4924 | ($51,492.40) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/4/2010 | (500) | $51.4924 | ($25,746.20) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/4/2010 | 0 | $51.4894 | ($15.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/4/2010 | (1,500) | $51.4842 | ($77,226.30) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/7/2010 | 0 | $51.4894 | ($15.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 5/14/2010 | (100) | $46.8905 | ($4,689.05) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 6/24/2010 | (400) | $45.9493 | ($18,379.72) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 11/30/2010 | (1,000) | $41.9754 | ($41,975.40) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 11/30/2010 | (1,000) | $41.9750 | ($41,975.00) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 11/30/2010 | (600) | $41.9433 | ($25,165.98) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 11/30/2010 | (400) | $41.9194 | ($16,767.76) |

# SMILEY GROUP

## Estimated Net Shares Purchased and Net Amount Expended in Hewlett-Packard Company
## Class period: 2/20/2008-11/20/2012

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE | COSTS or (PROCEEDS) |
|---|---|---|---|---|---|---|
| HEWLETT-PACKARD CO | 428236103 | SALE | 4/5/2011 | (205) | $40.2804 | ($8,257.48) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 4/5/2011 | (595) | $40.2804 | ($23,966.84) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 4/5/2011 | (200) | $40.2892 | ($8,057.84) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 4/27/2011 | (92) | $40.9141 | ($3,764.10) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 4/27/2011 | (200) | $40.9086 | ($8,181.72) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 4/27/2011 | (595) | $40.9102 | ($24,341.57) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 4/27/2011 | (428) | $40.9096 | ($17,509.31) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 4/27/2011 | (100) | $40.9088 | ($4,090.88) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 4/27/2011 | (272) | $40.9088 | ($11,127.19) |
| HEWLETT-PACKARD CO | 428236103 | SALE | 4/27/2011 | (13) | $40.9085 | ($531.81) |
| | | | | (11,455) | | ($523,690.45) |
| **Smiley's Net Shares Purchased and Net Amount Expended during Class Period** | | | | **8,000** | | **$271,164.34** |
| | | | | | | |
| **Peng Cheng Wang ("Wang")** | | | | | | |
| | | | | | | |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/20/2012 | 3,000 | $19.9800 | $59,940.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/21/2012 | 3,000 | $19.9000 | $59,700.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/22/2012 | 1,000 | $19.5000 | $19,500.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/22/2012 | 3,000 | $19.3800 | $58,140.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/22/2012 | 2,000 | $19.3000 | $38,600.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/23/2012 | 3,000 | $17.6400 | $52,920.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 8/27/2012 | 1,500 | $17.4500 | $26,175.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/5/2012 | 500 | $17.2800 | $8,640.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/24/2012 | 1,000 | $17.3100 | $17,310.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 10/3/2012 | 1,000 | $16.0100 | $16,010.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/7/2012 | 1,000 | $13.8100 | $13,810.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/12/2012 | 1,000 | $13.4400 | $13,440.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 11/13/2012 | 500 | $13.2000 | $6,600.00 |
| | | | | 21,500 | | $390,785.00 |
| | | | | | | |
| HEWLETT-PACKARD CO | 428236103 | SALE | 8/20/2012 | (2,000) | $20.0800 | ($40,160.00) |
| HEWLETT-PACKARD CO | 428236104 | SALE | 11/20/2012 | (500) | $14.6651 | ($7,332.55) |
| HEWLETT-PACKARD CO | 428236105 | SALE | 11/20/2012 | (1,000) | $14.6651 | ($14,665.10) |
| HEWLETT-PACKARD CO | 428236106 | SALE | 11/20/2012 | (3,000) | $14.6651 | ($43,995.30) |
| HEWLETT-PACKARD CO | 428236107 | SALE | 11/20/2012 | (1,000) | $14.6651 | ($14,665.10) |
| | | | | (7,500) | | ($120,818.05) |
| **Wang's Net Shares Purchased and Net Amount Expended during Class Period** | | | | **14,000** | | **$269,966.95** |
| | | | | | | |
| **Galen Etemad ("Etemad")** | | | | | | |
| | | | | | | |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 3/7/2011 | 5,000 | $42.0000 | $210,000.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 9/2/2011 | 5,000 | $24.0000 | $120,000.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 7/20/2012 | 5,000 | $18.8000 | $94,000.00 |
| HEWLETT-PACKARD CO | 428236103 | PURCHASE | 10/11/2012 | 5,000 | $14.2600 | $71,300.00 |
| | | | | 20,000 | | $495,300.00 |
| **Etemad's Net Shares Purchased and Net Amount Expended during Class Period** | | | | **20,000** | | **$495,300.00** |

# SMILEY GROUP

## Estimated Net Shares Purchased and Net Amount Expended in Hewlett-Packard Company
## Class period: 2/20/2008-11/20/2012

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE | COSTS or (PROCEEDS) |
|---|---|---|---|---|---|---|
| Smiley Group's Total Net Shares Purchased and Net Amount Expended | | | | 42,000 | | $1,036,431.29 |

| Smiley Group's Summary | | | |
|---|---|---|---|
| Movant | Shares purchased | Net shares purchased | Net amount expended |
| Smiley | 19,455 | 8,000 | $271,164.34 |
| Wang | 21,500 | 14,000 | $269,966.95 |
| Etemad | 20,000 | 20,000 | $495,300.00 |
| Smiley Group's Total | 60,955 | 42,000 | $1,036,431.29 |