| | |
|---|---|
| 1 | ROBBINS ARROYO LLP |
|   | BRIAN J. ROBBINS (190264) |
| 2 | brobbins@robbinsarroyo.com |
|   | FELIPE J. ARROYO (163803) |
| 3 | farroyo@robbinsarroyo.com |
|   | SHANE P. SANDERS (237146) |
| 4 | ssanders@robbinsarroyo.com |
|   | KEVIN S. KIM (275200) |
| 5 | kkim@robbinsarroyo.com |
|   | 600 B Street, Suite 1900 |
| 6 | San Diego, CA 92101 |
|   | Telephone:  (619) 525-3990 |
| 7 | Facsimile:  (619) 525-3991 |
| 8 | *Counsel for Plaintiffs Philip Ricciardi, Ernesto Espinoza,* |
|   | *and The City of Birmingham Retirement and Relief System* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN J. NICOLOW, | Case No. 3:12-cv-05980-CRB |
| Plaintiff, | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| HEWLETT-PACKARD COMPANY, et al. | (Civil L.R. 3-12(b) and 7-11) |
| Defendants. | |
| | Judge:  Hon. Charles R. Breyer |
| | Courtroom:  6, 17th Floor |
| | Date Action Filed:  November 26, 2012 |
| PHILIP RICCIARDI, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, | Case No. 3:12-cv-06003-CRB |
| Plaintiff, | |
| v. | |
| MICHAEL R. LYNCH, et al., | |
| Defendants, -and- | |
| HEWLETT-PACKARD COMPANY, a Delaware corporation, | Judge:  Hon. Charles R. Breyer |
| Nominal Defendant. | Courtroom:  6, 17th Floor |
| | Date Action Filed:  November 26, 2012 |

[Caption continued on following page.]

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

CASE NO. 3:12-cv-05980-CRB

| | | |
|---|---|---|
| 1 | ERNESTO ESPINOZA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, ) ) ) | Case No. 3:12-cv-06025-CRB |
| 2 | ) | |
| 3 | Plaintiff, ) ) | |
| | v. ) | |
| 4 | ) | |
| 5 | MICHAEL R. LYNCH, et al., ) ) | |
| | Defendants, ) | |
| 6 | -and- ) ) | |
| 7 | HEWLETT-PACKARD COMPANY, a Delaware corporation, ) ) ) | Judge: Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor |
| 8 | ) | Date Action Filed: November 27, 2012 |
| | Nominal Defendant. ) | |
| 9 | ) | |
| | DAVID POKOIK, ) | Case No. 3:12-cv-06074-CRB |
| 10 | ) | |
| 11 | Plaintiff, ) ) | |
| | v. ) | |
| 12 | ) | |
| 13 | HEWLETT-PACKARD COMPANY, et al. ) ) | Judge: Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor |
| | Defendants. ) | Date Action Filed: November 30, 2012 |
| 14 | ) | |
| 15 | ANDREA BASCHERI and JIM CHUNG, derivatively on behalf of HEWLETT-PACKARD COMPANY, ) ) ) | Case No. 3:12-cv-06091-CRB |
| 16 | ) | |
| 17 | Plaintiffs, ) ) | |
| | v. ) | |
| 18 | ) | |
| | LÉO APOTHEKER, et al. , ) | |
| 19 | ) | |
| | Defendants, ) | |
| 20 | -and- ) ) | |
| 21 | HEWLETT-PACKARD COMPANY, ) ) | |
| 22 | Nominal Defendant. ) ) ) | Judge: Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor<br>Date Action Filed: November 30, 2012 |
| 23 | [Caption continued on following page.] | |

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

CASE NO. 3:12-cv-05980-CRB

| | |
|---|---|
| MARTIN BERTISCH, derivatively on Behalf of HEWLETT-PACKARD COMPANY,<br><br>               Plaintiff,<br>    v.<br><br>LÉO APOTHEKER, et al.,<br><br>               Defendants,<br>    -and-<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>               Nominal Defendant. | Case No. 3:12-cv-06123-CRB<br><br><br><br><br><br><br><br><br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor<br>Date Action Filed: December 3, 2012 |
| THE CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, Derivatively and on Behalf of HEWLETT PACKARD COMPANY,<br><br>             Plaintiff,<br>    v.<br><br>LÉO APOTHEKER, et al.,<br><br>             Defendants,<br>    -and-<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>             Nominal Defendant. | Case No. 3:12-cv-06416-CRB<br><br><br><br><br><br><br><br><br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: Courtroom: 6, 17th Floor<br>Date Action Filed: December 18, 2012 |
| JOSEPH TOLA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY,<br><br>             Plaintiff,<br>    v.<br><br>MICHAEL R. LYNCH, et al.,<br><br>             Defendants,<br>    -and-<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>             Nominal Defendant. | Case No. 3:12-cv-06423-CRB<br><br><br><br><br><br><br><br><br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor<br>Date Action Filed: December 18, 2012 |

[Caption continued on following page.]

| | | |
|---|---|---|
| 1 | STANLEY MORRICAL, ) | Case No. 3:12-cv-06434-CRB |
| 2 | ) Plaintiff, ) | |
| 3 | v. ) ) | |
| 4 | MARGARET C. WHITMAN, et al., ) ) | |
| 5 | Defendants, ) -and- ) | |
| 6 | ) HEWLETT-PACKARD COMPANY, ) | Judge: Hon. Charles R. Breyer |
| 7 | ) Nominal Defendant. ) | Courtroom: 6, 17th Floor<br>Date Action Filed: December 19, 2012 |
| 8 | ) PAUL NEUMAN, ) | Case No. 5:13-cv-00284-EJD |
| 9 | ) Plaintiff, ) | |
| 10 | ) v. ) | |
| 11 | ) HEWLETT-PACKARD COMPANY, et al. ) | Judge: Hon. Edward J. Davila |
| 12 | ) Defendants. ) | Courtroom: 4, 5th Floor<br>Date Action Filed: January 18, 2013 |
| 13 | ) SENTA WEISSMAN, Derivatively on behalf ) | Case No. 3:13-cv-0557-EDL |
| 14 | of HEWLETT-PACKARD COMPANY, ) ) | |
| 15 | Plaintiff, ) v. ) | |
| 16 | ) LÉO APOTHEKER, et al., ) | |
| 17 | ) Defendants, ) | |
| 18 | -and- ) ) | |
| 19 | HEWLETT-PACKARD COMPANY, ) ) | Judge: Hon. Elizabeth D. Laporte |
| 20 | Nominal Defendant. ) | Courtroom: E, 15th Floor<br>Date Action Filed: February 7, 2013 |

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

CASE NO. 3:12-cv-05980-CRB

1   Pursuant to Civil Local Rule 3-12, plaintiffs Philip Ricciardi, Ernesto Espinoza, and The
2   City of Birmingham Retirement and Relief System, derivatively on behalf of Hewlett Packard
3   Company, plaintiffs in *Ricciardi v. Lynch, et al.*, Case No. 3:12-cv-06003-CRB, *Espinoza v.*
4   *Lynch, et al.*, Case No. 3:12-cv-06025-CRB, and *The City of Birmingham Ret. & Relief Sys. v.*
5   *Apotheker, et al.*, Case No. 3:12-cv-06416-CRB, respectively, hereby give notice by this motion
6   that the derivative action filed by plaintiff Senta Weissman in this Court on February 7, 2013,
7   captioned *Weissman v. Apotheker, et al.*, Case No. 3:13-cv-0557-EDL ("*Weissman* Action"), is
8   related to the above-captioned shareholder derivative and securities actions (collectively, the
9   "Related Actions").[1]

10   Pursuant to Civil L.R. 3-12(a), the *Weissman* Action is related to the Related Actions.
11   The *Weissman* Action and the Related Actions involve some of the same individual defendants,
12   involve substantially the same transactions and events, and arise from similar underlying facts.
13   Thus, there will be an unduly burdensome duplication of labor and/or expenses if these cases are
14   conducted before different judges. Assignment of a single judge is likely to conserve judicial
15   resources and promote an efficient determination of the actions.

16   Dated: February 11, 2013                ROBBINS ARROYO LLP
                                             BRIAN J. ROBBINS
17                                           FELIPE J. ARROYO
                                             SHANE P. SANDERS
18                                           KEVIN S. KIM
19
                                             /s/Shane P. Sanders
20                                           ─────────────────────
                                             SHANE P. SANDERS
21
22
23

---

24   [1] On January 3, 2013, the Court issued an order relating the above-captioned derivative and
     securities actions and reassigning each to the Honorable Charles R. Breyer [Case No. 3:12-cv-
25   05980-CRB, Dkt. No. 18], with the exception of the securities action captioned *Neuman v.*
26   *Hewlett-Packard Co., et al.*, Case No. 5:13-cv-00284-EJD, which was filed on January 18, 2013,
     and plaintiff voluntarily dismissed on February 11, 2013.
27

28                                           - 1 -
     ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
                                             CASE NO. 3:12-cv-05980-CRB

| | |
|---|---|
| 1 | 600 B Street, Suite 1900 |
| | San Diego, CA 92101 |
| 2 | Telephone:  (619) 525-3990 |
| | Facsimile: (619) 525-3991 |
| 3 | brobbins@robbinsarroyo.com |
| | farroyo@robbinsarroyo.com |
| 4 | ssanders@robbinsarroyo.com |
| 5 | kkim@robbinsarroyo.com |

SAXENA WHITE P.A.
JOSEPH E. WHITE, III
LESTER R. HOOKER (241590)
ADAM WARDEN
2424 North Federal Highway
Suite 257
Boca Raton, FL 33431
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
jwhite@saxenawhite.com
lhooker@saxenawhite.com
awarden@saxenawhite.com

*Counsel for Plaintiffs Philip Ricciardi, Ernesto Espinoza, and The City of Birmingham Retirement and Relief System*

837192

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List for the first-filed action Case No. 3:12-cv-05980-CRB, and I hereby certify that I caused to be e-mailed the foregoing document to the e-mail addresses denoted on the additional attached Electronic Mail Notice Lists for each of the apparently related cases. I further hereby certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice Lists.

          /s/ Shane P. Sanders
SHANE P. SANDERS

## Mailing Information for a Case 3:12-cv-05980-CRB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@ktmc.com,knguyen@ktmc.com,arobles@ktmc.com

- **Marie Caroline Bafus**
  mbafus@fenwick.com,cprocida@fenwick.com

- **Andrea Bascheri**
  sammirati@bottinilaw.com

- **Stephen R. Basser**
  sbasser@barrack.com,lnapoleon@barrack.com,cfessia@barrack.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,jhamilton@cpmlegal.com,obacigalupi@cpmlegal.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Tahir Ikeem Golden**
  tgolden@fenwick.com,vpieretti@fenwick.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Kimberly Alexander Kane**
  kkane@morganlewis.com,rluke@morganlewis.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Laurence D. King**
  lking@kaplanfox.com,wgomes@kaplanfox.com,amcandrew@kaplanfox.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Blair Allen Nicholas**
  blairn@blbglaw.com,denab@blbglaw.com,amyn@blbglaw.com,kayem@blbglaw.com,jessica.cuccurullo@blbglaw.com,nikim@blbglaw.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com,ptoovey@bramsonplutzik.com

- **Karen A. Pieslak Pohlmann**
  kpohlmann@morganlewis.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Steven Mark Schatz**
  sschatz@wsgr.com,cfoung@wsgr.com

- **Marc J. Sonnenfeld**
  msonnenfeld@morganlewis.com

- **Avraham Noam Wagner**
  avi@thewagnerfirm.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Samuel M. Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com,eyemoto@morganlewis.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Mailing Information for a Case 3:12-cv-06003-CRB

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Felipe Javier Arroyo**
  farroyo@robbinsarroyo.com,notice@robbinsarroyo.com

- **Andrea Bascheri**
  sammirati@bottinilaw.com

- **Daniel Lawrence Baxter**
  dbaxter@wilkefleury.com

- **Daniel H. Bookin**
  dbookin@omm.com,mvanyo@omm.com,kquintanilla@omm.com,LitigationCalendar@omm.com,drogosa@omm.com,rgonzalez@omm.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Matthew William Close**
  mclose@omm.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,jhamilton@cpmlegal.com,obacigalupi@cpmlegal.com

- **Steven M Farina**
  sfarina@wc.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Kimberly Alexander Kane**
  kkane@morganlewis.com,rluke@morganlewis.com

- **Kevin S. Kim**
  kkim@robbinsarroyo.com,notice@robbinsarroyo.com

- **Sarah Lynn Lochner**
  slochner@wc.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Karen A. Pieslak Pohlmann**
  kpohlmann@morganlewis.com

- **Matthew Wells Powell**
  mpowell@wilkefleury.com,plachapelle@wilkefleury.com,calendar@wilkefleury.com,ikon@wilkefleury.com,ayu@wilkefleury.com,dbaxter@wilkefleury.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Marc J. Sonnenfeld**
  msonnenfeld@morganlewis.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com,eyemoto@morganlewis.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

**Mailing Information for a Case 3:12-cv-06025-CRB**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Felipe Javier Arroyo**
  farroyo@robbinsarroyo.com,notice@robbinsarroyo.com

- **Marie Caroline Bafus**
  mbafus@fenwick.com,cprocida@fenwick.com

- **Andrea Bascheri**
  sammirati@bottinilaw.com

- **Daniel Lawrence Baxter**
  dbaxter@wilkefleury.com

- **Daniel H. Bookin**
  dbookin@omm.com,mvanyo@omm.com,kquintanilla@omm.com,LitigationCalendar@omm.com,drogosa@omm.com,rgonzalez@omm.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Matthew William Close**
  mclose@omm.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,jhamilton@cpmlegal.com,obacigalupi@cpmlegal.com

- **Steven M Farina**
  sfarina@wc.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Tahir Ikeem Golden**
  tgolden@fenwick.com,vpieretti@fenwick.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Kimberly Alexander Kane**
  kkane@morganlewis.com,rluke@morganlewis.com

- **Kevin S. Kim**
  kkim@robbinsarroyo.com,notice@robbinsarroyo.com

- **Sarah Lynn Lochner**
  slochner@wc.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Matthew Wells Powell**
  mpowell@wilkefleury.com,plachapelle@wilkefleury.com,calendar@wilkefleury.com,ikon@wilkefleury.com,ayu@wilkefleury.com,dbaxter@wilkefleury.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com,eyemoto@morganlewis.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:12-cv-06074-CRB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Marie Caroline Bafus**
  mbafus@fenwick.com,cprocida@fenwick.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Tahir Ikeem Golden**
  tgolden@fenwick.com,vpieretti@fenwick.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Kimberly Alexander Kane**
  kkane@morganlewis.com,rluke@morganlewis.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Avraham Noam Wagner**
  avi@thewagnerfirm.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com,eyemoto@morganlewis.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Mailing Information for a Case 3:12-cv-06091-CRB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Daniel H. Bookin**
  dbookin@omm.com,mvanyo@omm.com,kquintanilla@omm.com,LitigationCalendar@omm.com,drogosa@omm.com,rgonzalez@omm.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Matthew William Close**
  mclose@omm.com

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,jhamilton@cpmlegal.com,obacigalupi@cpmlegal.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Steven Mark Schatz**
  sschatz@wsgr.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

**Mailing Information for a Case 3:12-cv-06123-CRB**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Marie Caroline Bafus**
  mbafus@fenwick.com,cprocida@fenwick.com

- **Andrea Bascheri**
  sammirati@bottinilaw.com

- **Daniel H. Bookin**
  dbookin@omm.com,mvanyo@omm.com,kquintanilla@omm.com,LitigationCalendar@omm.com,drogosa@omm.com,rgonzalez@omm.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Matthew William Close**
  mclose@omm.com

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,jhamilton@cpmlegal.com,obacigalupi@cpmlegal.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Tahir Ikeem Golden**
  tgolden@fenwick.com,vpieretti@fenwick.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com,davide@johnsonandweaver.com,brettw@johnsonandweaver.com,shawnf@johnsonandweaver.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Kimberly Alexander Kane**
  kkane@morganlewis.com,rluke@morganlewis.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Karen A. Pieslak Pohlmann**
  kpohlmann@morganlewis.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Steven Mark Schatz**
  sschatz@wsgr.com

- **Marc J. Sonnenfeld**
  msonnenfeld@morganlewis.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

- **Brett Michael Weaver**
  brettw@johnsonandweaver.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com,eyemoto@morganlewis.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:12-cv-06416-CRB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Felipe Javier Arroyo**
  farroyo@robbinsarroyo.com,notice@robbinsarroyo.com

- **Marie Caroline Bafus**
  mbafus@fenwick.com,cprocida@fenwick.com

- **Andrea Bascheri**
  sammirati@bottinilaw.com

- **Daniel H. Bookin**
  dbookin@omm.com,mvanyo@omm.com,kquintanilla@omm.com,LitigationCalendar@omm.com,drogosa@omm.com,rgonzalez@omm.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Matthew William Close**
  mclose@omm.com

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,jhamilton@cpmlegal.com,obacigalupi@cpmlegal.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Tahir Ikeem Golden**
  tgolden@fenwick.com,vpieretti@fenwick.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Lester Rene Hooker**
  lhooker@saxenawhite.com,e-file@saxenawhite.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Kevin S. Kim**
  kkim@robbinsarroyo.com,notice@robbinsarroyo.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Steven Mark Schatz**
  sschatz@wsgr.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

- **Adam David Warden**
  awarden@saxenawhite.com

- **Joseph Edward White , III**
  jwhite@saxenawhite.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

## Mailing Information for a Case 3:12-cv-06423-CRB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Marie Caroline Bafus**
  mbafus@fenwick.com,cprocida@fenwick.com

- **Andrea Bascheri**
  sammirati@bottinilaw.com

- **Daniel H. Bookin**
  dbookin@omm.com,mvanyo@omm.com,kquintanilla@omm.com,LitigationCalendar@omm.com,drogosa@omm.com,rgonzalez@omm.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Matthew William Close**
  mclose@omm.com

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,jhamilton@cpmlegal.com,obacigalupi@cpmlegal.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Tahir Ikeem Golden**
  tgolden@fenwick.com,vpieretti@fenwick.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Rosemary M. Rivas**
  rrivas@finkelsteinthompson.com,arivas@finkelsteinthompson.com,cfinley@finkelsteinthompson.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Steven Mark Schatz**
  sschatz@wsgr.com

- **Danielle A Stoumbos**
  dstoumbos@finkelsteinthompson.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

## Mailing Information for a Case 3:12-cv-06434-CRB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Audrey Ann Barron**
  audrey.barron@shearman.com

- **Andrea Bascheri**
  sammirati@bottinilaw.com

- **Daniel Lawrence Baxter**
  dbaxter@wilkefleury.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com

- **Frank Cadmus Damrell , Jr**
  fdamrell@cpmlegal.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,jhamilton@cpmlegal.com,obacigalupi@cpmlegal.com

- **Steven M Farina**
  sfarina@wc.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Alan S. Goudiss**
  AGoudiss@shearman.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Aron K. Liang**
  aliang@cpmlegal.com,edetert@cpmlegal.com,oszeto@cpmlegal.com,jperez@cpmlegal.com

- **Sarah Lynn Lochner**
  slochner@wc.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Matthew Wells Powell**
  mpowell@wilkefleury.com,plachapelle@wilkefleury.com,calendar@wilkefleury.com,ikon@wilkefleury.com,ayu@wilkefleury.com,dbaxter@wilkefleury.com

- **Sara Ann Ricciardi**
  sara.ricciardi@shearman.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com,abarron@shearman.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Nanci           Eiko Nishimura
Cotchett Pitre & McCarthy LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
```

# Mailing Information for a Case 5:13-cv-00284-EJD

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jon Charles Furgison**
  jonfurg@gmail.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 3:13-cv-00557-EDL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Shimon Yiftach**
  shimon@yiftachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Peretz               Bronstein
Bronstein Gewirtz & Grossman, LLC
60 East 42nd Street, Suite 4600
New York, NY 10154
```