UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALLAN J. NICOLOW, | ) | Case No. 3:12-cv-05980-CRB |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER RELATING** |
| | ) | **CASES** |
| v. | ) | |
| | ) | (Civil L.R. 3-12(b) and 7-11) |
| HEWLETT-PACKARD COMPANY, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | Judge: Hon. Charles R. Breyer |
| | ) | Courtroom: 6, 17th Floor |
| | ) | Date Action Filed: November 26, 2012 |
| | ) | |
| PHILIP RICCIARDI, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, | ) ) | Case No. 3:12-cv-06003-CRB |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MICHAEL R. LYNCH, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| -and- | ) | |
| | ) | |
| HEWLETT-PACKARD COMPANY, a Delaware corporation, | ) ) | Judge: Hon. Charles R. Breyer |
| | ) | Courtroom: 6, 17th Floor |
| Nominal Defendant. | ) | Date Action Filed: November 26, 2012 |

[Caption continued on following page.]

[PROPOSED] ORDER RELATING CASES

CASE NO. 3:12-cv-05980-CRB

| | |
|---|---|
| ERNESTO ESPINOZA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY,<br><br>　　　　　　Plaintiff,<br>　　v.<br>MICHAEL R. LYNCH, et al.,<br>　　　　　　Defendants,<br>　　-and-<br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br>　　　　　　Nominal Defendant. | Case No. 3:12-cv-06025-CRB<br><br><br><br><br><br><br>Judge:  Hon. Charles R. Breyer<br>Courtroom:  6, 17th Floor<br>Date Action Filed:  November 27, 2012 |
| DAVID POKOIK,<br><br>　　　　　　Plaintiff,<br>　　v.<br>HEWLETT-PACKARD COMPANY, et al.<br>　　　　　　Defendants. | Case No. 3:12-cv-06074-CRB<br><br><br><br>Judge:  Hon. Charles R. Breyer<br>Courtroom:  6, 17th Floor<br>Date Action Filed:  November 30, 2012 |
| ANDREA BASCHERI and JIM CHUNG, derivatively on behalf of HEWLETT-PACKARD COMPANY,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>LÉO APOTHEKER, et al. ,<br>　　　　　　Defendants,<br>　　-and-<br>HEWLETT-PACKARD COMPANY,<br>　　　　　　Nominal Defendant. | Case No. 3:12-cv-06091-CRB<br><br><br><br><br><br><br><br>Judge:  Hon. Charles R. Breyer<br>Courtroom:  6, 17th Floor<br>Date Action Filed:  November 30, 2012 |

[Caption continued on following page.]

---

[PROPOSED] ORDER RELATING CASES

CASE NO. 3:12-cv-05980-CRB

| | | |
|---|---|---|
| 1 | MARTIN BERTISCH, derivatively on Behalf of HEWLETT-PACKARD COMPANY, | ) ) Case No. 3:12-cv-06123-CRB |
| 2 | | ) |
| 3 | Plaintiff,<br>v. | ) ) ) |
| 4 | LÉO APOTHEKER, et al., | ) ) |
| 5 | Defendants,<br>-and- | ) ) ) |
| 6 | | ) |
| 7 | HEWLETT-PACKARD COMPANY, a Delaware corporation, | ) ) Judge:  Hon. Charles R. Breyer |
| 8 | Nominal Defendant. | ) Courtroom:  6, 17th Floor<br>) Date Action Filed:  December 3, 2012 |
| 9 | THE CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, Derivatively and on Behalf of HEWLETT PACKARD COMPANY, | ) ) Case No. 3:12-cv-06416-CRB<br>) ) |
| 10 | | ) |
| 11 | | ) |
| 12 | Plaintiff,<br>v. | ) ) ) |
| 13 | LÉO APOTHEKER, et al., | ) ) |
| 14 | Defendants,<br>-and- | ) ) ) |
| 15 | | ) |
| 16 | HEWLETT-PACKARD COMPANY, a Delaware corporation, | ) ) Judge:  Hon. Charles R. Breyer |
| 17 | Nominal Defendant. | ) Courtroom:  Courtroom:  6, 17th Floor<br>) Date Action Filed:  December 18, 2012 |
| 18 | JOSEPH TOLA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, | ) ) Case No. 3:12-cv-06423-CRB |
| 19 | | ) |
| 20 | Plaintiff,<br>v. | ) ) ) |
| 21 | MICHAEL R. LYNCH, et al., | ) ) |
| 22 | Defendants,<br>-and- | ) ) ) |
| 23 | | ) |
| 24 | HEWLETT-PACKARD COMPANY, a Delaware corporation, | ) ) Judge:  Hon. Charles R. Breyer |
| 25 | Nominal Defendant. | ) Courtroom:  6, 17th Floor<br>) Date Action Filed:  December 19, 2012 |
| 26 | [Caption continued on following page.] | |

|   |   |   |
|---|---|---|
| 1 | STANLEY MORRICAL, ) | Case No. 3:12-cv-06434-CRB |
| 2 | ) Plaintiff, ) | |
| 3 | v. ) ) | |
| 4 | MARGARET C. WHITMAN, et al., ) ) | |
| 5 | Defendants, ) -and- ) | |
| 6 | ) HEWLETT-PACKARD COMPANY, ) | Judge: Hon. Charles R. Breyer |
| 7 | ) Nominal Defendant. ) | Courtroom: 6, 17th Floor Date Action Filed: December 19, 2012 |
| 8 | ) PAUL NEUMAN, ) | Case No. 5:13-cv-00284-EJD |
| 9 | ) Plaintiff, ) | |
| 10 | ) v. ) | |
| 11 | ) HEWLETT-PACKARD COMPANY, et al. ) | Judge: Hon. Edward J. Davila |
| 12 | ) Defendants. ) | Courtroom: 4, 5th Floor Date Action Filed: January 18, 2013 |
| 13 | ) SENTA WEISSMAN, Derivatively on behalf ) | Case No. 3:13-cv-0557-EDL |
| 14 | of HEWLETT-PACKARD COMPANY, ) ) | |
| 15 | Plaintiff, ) v. ) | |
| 16 | ) LÉO APOTHEKER, et al., ) | |
| 17 | ) Defendants, ) | |
| 18 | -and- ) ) | |
| 19 | HEWLETT-PACKARD COMPANY, ) | Judge: Hon. Elizabeth D. Laporte |
| 20 | ) Nominal Defendant. ) | Courtroom: E, 15th Floor Date Action Filed: February 7, 2013 |

[PROPOSED] ORDER RELATING CASES

CASE NO. 3:12-cv-05980-CRB

1    The Court, having considered shareholder derivative plaintiffs Philip Ricciardi, Ernesto Espinoza, and The City of Birmingham Retirement and Relief System's Administrative Motion to Consider Whether Cases Should Be Related Pursuant to L.R. 3-12, HEREBY ORDERS as follows:

1. The shareholder derivative action captioned *Weissman v. Apotheker, et al.*, Case No. 3:13-cv-0557-EDL ("*Weissman* Action") is deemed related to the following shareholder derivative and securities actions pending before this Court:

| Abbreviated Name | Case No. | Date Filed |
| --- | --- | --- |
| *Nicolow v. Hewlett-Packard Co., et al.* | 3:12-cv-05980-CRB | November 26, 2012 |
| *Ricciardi v. Lynch, et al.* | 3:12-cv-06003-CRB | November 26, 2012 |
| *Espinoza v. Lynch, et al.* | 3:12-cv-06025-CRB | November 27, 2012 |
| *Pokoik v. Hewlett-Packard Co., et al.* | 3:12-cv-06074-CRB | November 30, 2012 |
| *Bascheri, et al. v. Apotheker, et al.* | 3:12-cv-06091-CRB | November 30, 2012 |
| *Bertisch v. Apotheker, et al.* | 3:12-cv-06123-CRB | December 3, 2012 |
| *The City of Birmingham Ret. & Relief Sys. v. Apotheker, et al.,* | 3:12-cv-06416-CRB | December 18, 2012 |
| *Tola v. Lynch, et al.* | 3:12-cv-06423-CRB | December 18, 2012 |
| *Morrical v. Whitman, et al.* | 3:12-cv-06434-CRB | December 19, 2012 |

2. The *Weissman* Action is hereby reassigned to Honorable Charles R. Breyer.

**IT IS SO ORDERED.**

DATED                                    HONORABLE CHARLES R. BREYER
                                         UNITED STATES DISTRICT JUDGE

837193

- 1 -

[PROPOSED] ORDER RELATING CASES

CASE NO. 3:12-cv-05980-CRB