MORGAN, LEWIS & BOCKIUS LLP
JOSEPH E. FLOREN, State Bar No. 168292
KIM ALEXANDER KANE, State Bar No. 226896
MATTHEW S. WEILER, State Bar No. 236052
One Market Street, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000 / Fax  415.442.1001
jfloren@morganlewis.com
kkane@morganlewis.com
mweiler@morganlewis.com

MARC J. SONNENFELD*
KAREN PIESLAK POHLMANN*
*Admitted *Pro hac vice*
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000 / Fax: 215.963.5001
msonnenfeld@morganlewis.com
kpohlmann@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN J. NICOLOW, Individually and on Behalf of All Others Similarly Situated,<br><br>                             Plaintiff,<br>vs.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>                             Defendants. | Case No. CV-12-05980 CRB<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed:  Nov. 26, 2012<br>Trial Dates:  None Set<br><br>Hon. Charles R. Breyer |

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil L.R. 3-16, nominal defendant Hewlett-Packard Company ("HP") hereby certifies through its undersigned attorneys of record, that as of this date, other than the named parties in this action, there is no such interest to report.

Dated: February 14, 2013

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Kimberly A. Kane
Kimberly A. Kane
Attorneys for Defendant
HEWLETT-PACKARD COMPANY