| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP |
| 2 | DARREN J. ROBBINS (168593)<br>TRIG R. SMITH (237399) |
| 3 | DANIELLE S. MYERS (259916)<br>655 West Broadway, Suite 1900 |
| 4 | San Diego, CA 92101<br>Telephone: 619/231-1058 |
| 5 | 619/231-7423 (fax)<br>darrenr@rgrdlaw.com |
| 6 | trigs@rgrdlaw.com<br>dmyers@rgrdlaw.com |
| 7 | |
| 8 | [Proposed] Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALLAN J. NICOLOW, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:12-cv-05980-CRB<br><br>CLASS ACTION<br><br>REPLY IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE: March 1, 2013<br>TIME: 10:00 a.m.<br>CTRM: 6, 17th Floor |

814217_1

Central States, Southeast and Southwest Areas Pension Fund ("Central States") and the Strathclyde Pension Fund ("Strathclyde") (collectively the "Pension Funds") respectfully submit this reply in support of their motion for appointment as lead plaintiff.

The Pension Funds acknowledge that in considering the appointment of a lead plaintiff under the Private Securities Litigation Reform Act of 1995, courts have used a number of different criteria to determine which movant has "the largest financial interest in the relief sought by the class." 15 U.S.C. §78u-4(a)(3)(B)(iii). Among those various criteria, courts in this District have considered the first-in, first-out accounting method (or "FIFO"), the last-in, first-out accounting method (or "LIFO"), and/or a four-factor inquiry that variously considers losses, net shares purchased, total shares purchased, and net funds expended. *See generally In re McKesson HBOC, Inc. Sec. Litig.*, 97 F. Supp. 2d 993 (N.D. Cal. 1999) (Whyte, J.). Some of these criteria would favor the appointment of other competing movants. *See, e.g.*, Dkt. No. 71 at 1-2. However, in determining which movant was "left 'holding the bag' when the fraudulent information [was] revealed," at least one court has determined that the net funds expended by a movant is a significant metric in the determination of which movant has the largest financial interest in the litigation. *McKesson*, 97 F. Supp. 2d at 997. Under that metric, the $47.5 million expended by the Pension Funds is substantially higher than the net funds expended by either the PGGM Group ($17.4 million) or the Virginia Retirement System ($37.2 million). Indeed, no movant has challenged the fact that the Pension Funds have the highest net funds expended during the longer alleged class period (2008-2012). *See generally* Dkt. Nos. 74 and 75. Similarly, during the shorter alleged class period (2011-2012), the Pension Funds made no stock sales, making them the only movant that did not profit from defendants' fraud during that shorter alleged class period.

Finally, as set forth in its Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (Dkt. No. 49) and its Memorandum of Law in Opposition to Competing Motions for Appointment as Lead Plaintiff (Dkt. No. 71), the Pension Funds satisfy the typicality and adequacy requirements established by Rule 23 of the Federal Rules of Civil Procedure. Here again, no other movant has challenged the typicality and adequacy of the Pension Funds, nor has any other movant challenged the qualifications of the Pension Funds' choice of lead counsel.

The Pension Funds stand ready to serve the interests of the class and remain prepared to vigorously litigate this action on behalf of the class should the Court choose to appoint them lead plaintiff. The Pension Funds' adequacy and typicality being unchallenged, the Court has ample basis to appoint the Pension Funds as lead plaintiff should it determine that they have the largest financial interest in the litigation.

DATED: February 15, 2013

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
TRIG R. SMITH
DANIELLE S. MYERS

s/ DANIELLE S. MYERS
DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
SAMUEL M. WARD

s/ Stephen R. Basser
STEPHEN R. BASSER

600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sbasser@barrack.com
sward@barrack.com

814217_1  REPLY IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL - 3:12-cv-05980-CRB - 2 -

| | |
|---|---|
| 1 | |
| 2 | BARRACK, RODOS & BACINE |
|   | DANIEL E. BACINE |
| 3 | ROBERT A. HOFFMAN |
|   | 3300 Two Commerce Square |
| 4 | 2001 Market Street |
|   | Philadelphia, PA  19103 |
| 5 | Telephone:  215/963-0600 |
|   | 215/963-0838 (fax) |
| 6 | dbacine@barrack.com |
|   | rhoffman@barrack.com |
| 7 | |
|   | [Proposed] Lead Counsel for Plaintiffs |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 15, 2013.

        s/ Danielle S. Myers
        DANIELLE S. MYERS

        ROBBINS GELLER RUDMAN
            & DOWD LLP
        655 West Broadway, Suite 1900
        San Diego, CA 92101-3301
        Telephone: 619/231-1058
        619/231-7423 (fax)

        E-mail:dmyers@rgrdlaw.com

# Mailing Information for a Case 3:12-cv-05980-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@ktmc.com,knguyen@ktmc.com,arobles@ktmc.com

- **Marie Caroline Bafus**
  mbafus@fenwick.com,cprocida@fenwick.com

- **Andrea Bascheri**
  sammirati@bottinilaw.com

- **Stephen R. Basser**
  sbasser@barrack.com,lnapoleon@barrack.com,cfessia@barrack.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **John C. Dwyer**
  dwyerjc@cooley.com,jkaban@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,jhamilton@cpmlegal.com,obacigalupi@cpmlegal.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Frederic S. Fox**
  ffox@kaplanfox.com

- **Tahir Ikeem Golden**
  tgolden@fenwick.com,vpieretti@fenwick.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Kimberly Alexander Kane**
  kkane@morganlewis.com,rluke@morganlewis.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Laurence D. King**
  lking@kaplanfox.com,wgomes@kaplanfox.com,amcandrew@kaplanfox.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Blair Allen Nicholas**
  blairn@blbglaw.com,denab@blbglaw.com,amyn@blbglaw.com,kayem@blbglaw.com,jessica.cuccurullo@blbglaw.com,nikim@blbglaw.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com,ptoovey@bramsonplutzik.com

- **Karen A. Pieslak Pohlmann**
  kpohlmann@morganlewis.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Steven Mark Schatz**
  sschatz@wsgr.com,cfoung@wsgr.com

- **Marc J. Sonnenfeld**
  msonnenfeld@morganlewis.com

- **Avraham Noam Wagner**
  avi@thewagnerfirm.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Samuel M. Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com,eyemoto@morganlewis.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`