| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BRUCE A. ERICSON  #76342 |
| 2 | bruce.ericson@pillsburylaw.com<br>LAURA C. HURTADO  #267044 |
| 3 | laura.hurtado@pillsburylaw.com<br>Four Embarcadero Center, 22nd Floor |
| 4 | Post Office Box 2824<br>San Francisco, CA  94126-2824 |
| 5 | Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200 |
| 6 | |
| 7 | Attorneys for Defendant<br>LEO APOTHEKER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLAN J. NICOLOW, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>HEWLETT-PACKARD COMPANY, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK and JAMES T. MURRIN,<br><br>                    Defendants. | No. C-12-5980-CRB<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT LEO APOTHEKER** |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Bruce A. Ericson and Laura C. Hurtado of the law firm of Pillsbury Winthrop Shaw Pittman LLP are hereby appearing as counsel of record for Defendant LEO APOTHEKER in the above-entitled action and hereby request that all notices given or required to be given, and all papers file or served or required to be served, in this action be provided to and served on:

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON  #76342
bruce.ericson@pillsburylaw.com
LAURA C. HURTADO  #267044
laura.hurtado@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
(Mailing Address:  Post Office Box 2824
San Francisco, CA  94126-2824)
Telephone:     (415) 983-1000
Facsimile:      (415) 983-1200

Dated:  February 15, 2013.

                PILLSBURY WINTHROP SHAW PITTMAN LLP
                BRUCE A. ERICSON
                LAURA C. HURTADO
                Four Embarcadero Center, 22nd Floor
                Post Office Box 2824
                San Francisco, CA  94126-2824

                By _____*/s/ Bruce A. Ericson*_____
                                        Bruce A. Ericson

                Attorneys for Defendant
                LEO APOTHEKER