**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **March 1, 2013**                                Time:  1 hour 18 minutes

**C-12-05980** CRB      **ALLAN J NICOLOW**  v.  **HEWLETT PACKARD COMPANY**

**C-12-06003** CRB      **PHILLIP RICCARDI**  v.  **HEWLETT PACKARD COMPANY**

**C-12-06199** CRB      **MIKE LAFFEN**          v.  **HEWLETT PACKARD COMPANY**
**C-12-06410** CRB      **KARYN LUSTIG**        v.  **HEWLETT PACKARD COMPANY**

Attorneys:      Blair Nicholas,                                               Frederic Fox
                Joseph Cotchett, Francis Bottini, Jr., Rosemary Rivas      Maya Saxena
                Fed Isquith

                Laurence King, Shawn Williams Steven Schatz, Katherine Henderson, Kevin Muck,
                Maria Bafus, Mark Sonnenfeld, Kimberly Kane, Jeffrey Kaban, Robert Gooding, Jr.,
                Nicole Diller, Lester Hooker, Mark Molumphy, David Kaplan, Felipe Arroya, Shane
                Sanders, Tim Miller, Patrick Robbins, Jacob Zamansky, Greg Egleston, John Dwyer

Deputy Clerk: **BARBARA ESPINOZA**                    Reporter: **JoAnn Bryce**

**PROCEEDINGS:**                                                          **RULING:**

1.  Motions to Consolidate Cases

2.  Motions to Appoint Lead Plaintiff/Lead Counsel

3.  

**ORDERED AFTER HEARING:**

 Motions taken under submission

(  ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____
(  ) Referred to Magistrate Judge for: 
(  ) CASE CONTINUED TO _____              for _____

Discovery Cut-Off _____                    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____             Deft to Name Experts by _____
P/T Conference Date _____       Trial Date _____       Set for _____ days
                                Type of Trial:  (  )Jury    (  )Court

Notes: