| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | JOSEPH E. FLOREN, State Bar No. 168292<br>KIM ALEXANDER KANE, State Bar No. 226896 |
| 3 | MATTHEW S. WEILER, State Bar No. 236052<br>One Market Street, Spear Street Tower |
| 4 | San Francisco, CA 94105-1126<br>Tel: 415.442.1000 / Fax  415.442.1001 |
| 5 | jfloren@morganlewis.com |
| 6 | kkane@morganlewis.com<br>mweiler@morganlewis.com |
| 7 | |
| 8 | MARC J. SONNENFELD*<br>KAREN PIESLAK POHLMANN* |
| 9 | * *Pro hac vice* applications to be filed<br>1701 Market Street |
| 10 | Philadelphia, PA 19103-2921<br>Tel: 215.963.5740 / Fax: 215.963.5001 |
| 11 | msonnenfeld@morganlewis.com<br>kpohlmann@morganlewis.com |
| 12 | |
| 13 | ROBERT E. GOODING, JR., State Bar No. 50617<br>JENNIFER R. BAGOSY, State Bar No. 223145 |
| 14 | 5 Park Plaza, Suite 1750<br>Irvine, CA  92614 |
| 15 | Tel:  949.399.7000 / Fax:  949.399.7001<br>rgooding@morganlewis.com |
| 16 | jbagosy@morganlewis.com |
| 17 | Attorneys for Defendant |
| 18 | HEWLETT-PACKARD COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 21 | ALLAN J. NICOLOW, Individually and on Behalf of All Others Similarly Situated, | Case No. CV-12-05980 CRB |
| 22 | | **NOTICE OF APPEARANCE** |
| 23 | Plaintiff,<br>vs. | Hon. Charles R. Breyer |
| 24 | HEWLETT-PACKARD COMPANY, LEO APOTHEKER, MARGARET C. WHITMAN, | |
| 25 | CATHERINE A. LESJAK, and JAMES T. MURRIN, | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

NOTICE OF APPEARANCE
CASE NO. CV-12-05980 CRB

DB2/ 23941800.1

**TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Robert E. Gooding, Jr. and Jennifer R. Bagosy of Morgan, Lewis & Bockius LLP, hereby appear as counsel for Defendant Hewlett-Packard Company. They are admitted to practice in the State of California and before this Court. Their address, telephone and facsimile numbers and e-mail address are follows:

> Morgan, Lewis & Bockius LLP
> 5 Park Plaza, Suite 1750
> Irvine, CA 92614
> Tel: 949.399.7000
> Fax: 949.399.7001
> E-mail: rgooding@morganlewis.com
> E-mail: jbagosy@morganlewis.com

Please serve said counsel with all pleadings and notices in this action.

Dated: March 5, 2013                        MORGAN, LEWIS & BOCKIUS LLP

                                            By  /s/ Robert E. Gooding, Jr.
                                                Robert E. Gooding, Jr.
                                                Jennifer R. Bagosy

                                                Attorneys for Defendant
                                                HEWLETT-PACKARD COMPANY

NOTICE OF APPEARANCE
CASE NO. CV-12-05980 CRB

DB2/ 23941800.1