KESSLER TOPAZ MELTZER
  & CHECK, LLP
RAMZI ABADOU (Bar No. 222567)
ELI R. GREENSTEIN (Bar No. 217945)
STACEY M. KAPLAN (Bar No. 241989)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:  (415) 400-3000
Fax:  (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com

*Counsel for Lead Plaintiff PGGM Vermogensbeheer B.V.
and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP SECURITIES LITIGATION,<br><br>This Document Relates To: All Actions | Master File No. C-12-5980 CRB<br><br>**CLASS ACTION**<br><br>**RESPONSE TO COURT'S MARCH 4, 2013 ORDER CONSOLIDATING CASES, APPOINTING LEAD PLAINTIFFS, AND APPOINTING LEAD COUNSEL AND INTERIM LEAD COUNSEL** |

1   On March 4, 2013, the Court appointed PGGM Vermogensbeheer B.V. ("PGGM" or
2   "Lead Plaintiff") as sole Lead Plaintiff for the now-consolidated securities class actions pursuant
3   to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). *See* Docket No. 90 at 8, 15.
4   The Order noted that, "[a]s Lead Plaintiff, PGGM has the statutory prerogative to select counsel
5   for the class, subject to approval by the Court." *Id*. at 9, 15; *see In re Cohen*, 586 F.3d 703, 709-
6   10 (9th Cir. 2009) (granting writ of mandamus on selection of counsel under the PSLRA); *In re
7   Cavanaugh*, 306 F.3d 726, 734 (9th Cir. 2002). Pursuant to the Court's Order and the PSLRA,
8   15 U.S.C. §78u-4(a)(3)(B)(v), PGGM has selected Kessler Topaz Meltzer & Check, LLP
9   ("Kessler Topaz") as sole lead counsel – the same firm Lead Plaintiff selected and retained prior
10  to filing its motion for appointment as lead plaintiff. *See Cohen*, 586 F.3d at 711-12; Docket No.
11  38 at 12.

12  Kessler Topaz is a national law firm with a long history of specializing in securities
13  litigation and has been approved as lead counsel in the largest securities class actions in history.
14  *See* Firm Resume (attached hereto as Exhibit A); *Faris v. Longtop Financial Technologies Ltd.*,
15  2011 U.S. Dist. LEXIS 112970 (S.D.N.Y. Oct. 4, 2011) (approving Kessler Topaz as sole lead
16  counsel pursuant to PSLRA); *Andrade v. Am. Apparel, Inc*., 2011 U.S. Dist. LEXIS 79795 (C.D.
17  Cal. Mar. 15, 2011) (same); *In re Weatherford Int'l Sec. Litig*., 2011 U.S. Dist. LEXIS 72569
18  (S.D.N.Y. July 6, 2011) (same). Kessler Topaz also maintains an office in this District which
19  will reduce expense to the class and there has been no objection to Lead Plaintiff's selection of
20  Kessler Topaz as lead counsel by any party to these proceedings. Indeed, this Court has
21  previously approved Kessler Topaz as lead counsel pursuant to the PSLRA in *In re SunPower
22  Sec. Litig*., No. 09-cv-05473-RS, (N.D. Cal. 2009). PGGM's selection of Kessler Topaz as sole
23  lead counsel should therefore be approved. *See Cohen*, 586 F.3d at 709-12; *Cavanaugh*, 306
24  F.3d at 734. A [Proposed] Order Approving Lead Plaintiff's Selection of Lead Counsel is
25  respectfully submitted herewith as Exhibit B.

| | | |
|---|---|---|
| 1 | Dated: March 5, 2013 | Respectfully submitted, |
| 2 | | |
| 3 | | KESSLER TOPAZ MELTZER<br>    & CHECK, LLP |
| 4 | | */s/ Ramzi Abadou*<br>RAMZI ABADOU |
| 5 | | ELI R. GREENSTEIN<br>STACEY M. KAPLAN |
| 6 | | One Sansome Street, Suite 1850<br>San Francisco, CA 94104 |
| 7 | | Tel:    (415) 400-3000<br>Fax:    (415) 400-3001 |
| 8 | | rabadou@ktmc.com<br>egreenstein@ktmc.com |
| 9 | | skaplan@ktmc.com |
| 10 | | -and- |
| 11 | | DAVID KESSLER |
| 12 | | DARREN J. CHECK<br>280 King of Prussia Road |
| 13 | | Radnor, PA 19087<br>Tel:    (610) 667-7706 |
| 14 | | Fax:    (610) 667-7056<br>dkessler@ktmc.com |
| 15 | | dcheck@ktmc.com |
| 16 | | *Counsel for Lead Plaintiff PGGM*<br>*Vermogensbeheer B.V. and Proposed Lead* |
| 17 | | *Counsel for the Class* |

RESPONSE TO COURT'S MARCH 4, 2013 ORDER                                                                                      -2-
Master File No. C-12-5980 CRB

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 5, 2013.

                                                   KESSLER TOPAZ MELTZER
                                                          & CHECK, LLP

                                                  */s/ Ramzi Abadou*
                                                  RAMZI ABADOU

## Mailing Information for a Case 3:12-cv-05980-CRB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@ktmc.com,knguyen@ktmc.com,arobles@ktmc.com

- **Marie Caroline Bafus**
  mbafus@fenwick.com,cprocida@fenwick.com

- **Andrea Bascheri**
  sammirati@bottinilaw.com

- **Stephen R. Basser**
  sbasser@barrack.com,lnapoleon@barrack.com,cfessia@barrack.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **John C. Dwyer**
  dwyerjc@cooley.com,giovannonib@cooley.com,sjoiner@cooley.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,jhamilton@cpmlegal.com,obacigalupi@cpmlegal.com

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com,docket@pillsburylaw.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Frederic S. Fox**
  ffox@kaplanfox.com

- **Tahir Ikeem Golden**
  tgolden@fenwick.com,vpieretti@fenwick.com

- **Robert E. Gooding , Jr**
  rgooding@morganlewis.com,krosello@morganlewis.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Laura Christine Hurtado**
  laura.hurtado@pillsburylaw.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Kimberly Alexander Kane**
  kkane@morganlewis.com,rluke@morganlewis.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Laurence D. King**
  lking@kaplanfox.com,wgomes@kaplanfox.com,amcandrew@kaplanfox.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Blair Allen Nicholas**
  blairn@blbglaw.com,denab@blbglaw.com,amyn@blbglaw.com,kayem@blbglaw.com,jessica.cuccurullo@blbglaw.com,nikim@blbglaw.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com,ptoovey@bramsonplutzik.com

- **Karen A. Pieslak Pohlmann**
  kpohlmann@morganlewis.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Steven Mark Schatz**
  sschatz@wsgr.com,cfoung@wsgr.com

- **Marc J. Sonnenfeld**
  msonnenfeld@morganlewis.com

- **Avraham Noam Wagner**
  avi@thewagnerfirm.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Samuel M. Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com,eyemoto@morganlewis.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com,e_file_sf@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)