# EXHIBIT B

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE HP SECURITIES LITIGATION, | Master File No. C-12-5980 CRB |
|---|---|
| | **CLASS ACTION** |
| This Document Relates To: All Actions | [PROPOSED] ORDER APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

1     Having considered Lead Plaintiff PGGM Vermogensbeheer B.V.'s ("PGGM") Response

2  to the Court's March 4, 2013 Order Consolidating Cases, Appointing Lead Plaintiffs, and

3  Appointing Lead Counsel and Interim Lead Counsel,

4  **IT IS HEREBY ORDERED THAT:**

5     PGGM's selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the

6  Class is approved pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).

7

8  DATED: _____                        _____

9                                              THE HONORABLE CHARLES R. BREYER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28