1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE HP SECURITIES LITIGATION, | Master File No. C-12-5980 CRB |
|---|---|
| | **CLASS ACTION** |
| This Document Relates To: All Actions | ORDER APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

Having considered Lead Plaintiff PGGM Vermogensbeheer B.V.'s ("PGGM") Response to the Court's March 4, 2013 Order Consolidating Cases, Appointing Lead Plaintiffs, and Appointing Lead Counsel and Interim Lead Counsel,

**IT IS HEREBY ORDERED THAT:**

PGGM's selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the Class is approved pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).

DATED: March 7, 2013

_____
THE HONORABLE CHARLES R. BREYER



[PROPOSED] ORDER APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL
Master File No. C-12-5980 CRB

-1-