1  DANIEL BOOKIN (S.B. #78996)
   dbookin@omm.com
2  DIANA ROGOSA (S.B. #287967)
   drogosa@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, California  94111-3823
   Telephone:    (415) 984-8700
5  Facsimile:    (415) 984-8701

6  MATTHEW W. CLOSE (S.B. #188570)
   mclose@omm.com
7  O'MELVENY & MYERS LLP
   400 South Hope Street
8  Los Angeles, California  90071-2899
   Telephone:    (213) 430-6000
9  Facsimile:    (213) 430-6407

10 Attorneys for Defendant
   Shane V. Robison
11

12              **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14

15 IN RE HP SECURITIES LITIGATION,          Master File No. C-12-5980 CRB

16 This Document Relates To: All Actions    CLASS ACTION

17                                          **NOTICE OF APPEARANCE OF**
                                            **MATTHEW W. CLOSE**
18

19

20

21

22

23

24

25

26

27

28

1      **TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF**

2  **RECORD:**

3      **PLEASE TAKE NOTICE** that Matthew W. Close of O'Melveny & Myers LLP, hereby

4  appears as counsel for Defendant Shane V. Robison.  He is admitted to practice in the State of

5  California and before this Court.  His addresses, telephone, and facsimile numbers are as follows:

6
7
8
9

               O'MELVENY & MYERS LLP
               Matthew W. Close
               400 South Hope Street
               Los Angeles, California 90071-2899
               Telephone:    (213) 430-6000
               Facsimile:     (213) 430-6407

10      Please serve said counsel with all pleadings, notices, and other filings in this action.

11

12      Dated:  May 8, 2013

13

14                             By:    */s/ Matthew W. Close*
                                      Matthew W. Close

15                                      O'Melveny & Myers LLP

16                                      Attorney for Defendant
                                      Shane V. Robison

17

18

19

20

21

22

23

24

25

26

27

28

                                      NOTICE OF APPEARANCE OF
                              MATTHEW W. CLOSE C-12-5980 CRB