| | |
|---|---|
| 1 | DANIEL BOOKIN (S.B. #78996) |
| | dbookin@omm.com |
| 2 | DIANA ROGOSA (S.B. #287967) |
| | drogosa@omm.com |
| 3 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 4 | San Francisco, California  94111-3823 |
| | Telephone:     (415) 984-8700 |
| 5 | Facsimile:      (415) 984-8701 |
| 6 | MATTHEW W. CLOSE (S.B. #188570) |
| | mclose@omm.com |
| 7 | O'MELVENY & MYERS LLP |
| | 400 South Hope Street |
| 8 | Los Angeles, California  90071-2899 |
| | Telephone:     (213) 430-6000 |
| 9 | Facsimile:      (213) 430-6407 |
| 10 | Attorneys for Defendant |
| | Shane V. Robison |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE HP SECURITIES LITIGATION, | Master File No. C-12-5980 CRB |
| This Document Relates To: All Actions | <u>CLASS ACTION</u> |
| | **NOTICE OF APPEARANCE OF DIANA ROGOSA** |

NOTICE OF APPEARANCE OF
DIANA ROGOSA C-12-5908 CRB

**TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Diana Rogosa of O'Melveny & Myers LLP, hereby appears as counsel for Defendant Shane V. Robison. She is admitted to practice in the State of California and before this Court. Her address, telephone, and facsimile numbers are as follows:

> O'MELVENY & MYERS LLP
> Diana Rogosa
> Two Embarcadero Center, 28th Floor
> San Francisco, CA 94111-3823
> Telephone: (415) 984-8700
> Facsimile: (415) 984-8701

Please serve said counsel with all pleadings, notices, and other filings in this action.

Dated: May 8, 2013

By: /s/ *Diana Rogosa*
Diana Rogosa
O'Melveny & Myers LLP

Attorney for Defendant
Shane V. Robison