DARRYL P. RAINS (CA SBN 104802)
DRains@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

JUDSON E. LOBDELL (CA SBN 146041)
JLobdell@mofo.com
MARK R.S. FOSTER (CA SBN 223682)
MFoster@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE HP SECURITIES LITIGATION,

This Document Relates To: All Actions

Master File No. C-12-5980 CRB

Class Action

**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

[Local Rule 11-5]

Judge: Hon. Charles R. Breyer

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Hewlett-Packard Company hereby substitutes its counsel and attorneys of record in the above-captioned matter.

Former Counsel

MORGAN LEWIS & BOCKIUS LLP
Marc J. Sonnenfeld (admitted *pro hac vice*)
Karen Pieslak Pohlmann (admitted *pro hac vice*)
Robert E. Gooding, Jr. (CA SBN 50617)
Joseph E. Floren (CA SBN 168292)
Jennifer R. Bagosy (CA SBN 223145)
Kim Alexander Kane (CA SBN 226896)
Matthew S. Weiler (CA SBN 236052)

New Counsel

MORRISON & FOERSTER LLP
Darryl P. Rains (CA SBN 104802)
DRains@mofo.com
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

MORRISON & FOERSTER LLP
Judson E. Lobdell (CA SBN 146041)
JLobdell@mofo.com
Mark R.S. Foster (CA SBN 223682)
MFoster@mofo.com
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Substitution Based on Consent

Defendant Hewlett-Packard Company respectfully submits that the proposed substitution of counsel is in the interests of justice and is not made for purposes of delay or any other improper purpose. The undersigned consent to the above substitution of counsel.

Dated: June 14, 2013

HEWLETT-PACKARD COMPANY

By: /s/ Robert Particelli
Robert Particelli

Vice-President, Associate General Counsel, Hewlett-Packard Company

Dated: June 14, 2013

MORGAN LEWIS & BOCKIUS LLP
MARC J. SONNENFELD
KAREN PIESLAK POHLMANN
ROBERT E. GOODING, JR.
JOSEPH E. FLOREN
JENNIFER R. BAGOSY
KIM ALEXANDER KANE
MATTHEW S. WEILER

By: /s/ Marc J. Sonnenfeld
Marc J. Sonnenfeld

Former attorneys for defendant Hewlett-Packard Company

Dated: June 14, 2013

MORRISON & FOERSTER LLP
DARRYL P. RAINS
JUDSON E. LOBDELL
MARK R.S. FOSTER

By: /s/ Darryl P. Rains
Darryl P. Rains

Attorneys for defendant Hewlett-Packard Company

IT IS SO ORDERED.

Dated: June ___, 2013

______________________________
Hon. Charles R. Breyer
United States District Judge

**ECF ATTESTATION**

I, Mark R.S. Foster, am the ECF User whose ID and Password are being used to file this:

**NOTICE OF SUBSTITUTION OF COUNSEL; AND [PROPOSED] ORDER**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert Particelli, Marc J. Sonnenfeld and Darryl P. Rains have concurred in this filing.

Dated: June 14, 2013

MORRISON & FOERSTER LLP

By: /s/ Mark R.S. Foster
Mark R.S. Foster