1  DARRYL P. RAINS (CA SBN 104802)
   DRains@mofo.com
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792

5  JUDSON E. LOBDELL (CA SBN 146041)
   JLobdell@mofo.com
6  MARK R.S. FOSTER (CA SBN 223682)
   MFoster@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, CA 94105-2482
   Telephone: 415.268.7000
9  Facsimile: 415.268.7522

10 Attorneys for Defendant
   HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP SECURITIES LITIGATION,<br><br>This Document Relates To: All Actions | Master File No. C-12-5980 CRB<br><br>Class Action<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER**<br><br>[Local Rule 11-5]<br><br>Judge:    Hon. Charles R. Breyer |

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
Case No. C-12-5980 CRB
sf-3297512

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Hewlett-Packard Company hereby substitutes its counsel and attorneys of record in the above-captioned matter.

<u>Former Counsel</u>

MORGAN LEWIS & BOCKIUS LLP
Marc J. Sonnenfeld (admitted *pro hac vice*)
Karen Pieslak Pohlmann (admitted *pro hac vice*)
Robert E. Gooding, Jr. (CA SBN 50617)
Joseph E. Floren (CA SBN 168292)
Jennifer R. Bagosy (CA SBN 223145)
Kim Alexander Kane (CA SBN 226896)
Matthew S. Weiler (CA SBN 236052)

<u>New Counsel</u>

MORRISON & FOERSTER LLP
Darryl P. Rains (CA SBN 104802)
DRains@mofo.com
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

MORRISON & FOERSTER LLP
Judson E. Lobdell (CA SBN 146041)
JLobdell@mofo.com
Mark R.S. Foster (CA SBN 223682)
MFoster@mofo.com
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

<u>Substitution Based on Consent</u>

Defendant Hewlett-Packard Company respectfully submits that the proposed substitution of counsel is in the interests of justice and is not made for purposes of delay or any other improper purpose. The undersigned consent to the above substitution of counsel.

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
Case No. C-12-5980 CRB
sf-3297512

1

Dated: June 14, 2013　　　　　　　　　　HEWLETT-PACKARD COMPANY

　　　　　　　　　　　　　　　　　　　　By:　/s/ Robert Particelli
　　　　　　　　　　　　　　　　　　　　　　　Robert Particelli

　　　　　　　　　　　　　　　　　　　　Vice-President, Associate General Counsel,
　　　　　　　　　　　　　　　　　　　　Hewlett-Packard Company

Dated: June 14, 2013　　　　　　　　　　MORGAN LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　　　　　　　　MARC J. SONNENFELD
　　　　　　　　　　　　　　　　　　　　KAREN PIESLAK POHLMANN
　　　　　　　　　　　　　　　　　　　　ROBERT E. GOODING, JR.
　　　　　　　　　　　　　　　　　　　　JOSEPH E. FLOREN
　　　　　　　　　　　　　　　　　　　　JENNIFER R. BAGOSY
　　　　　　　　　　　　　　　　　　　　KIM ALEXANDER KANE
　　　　　　　　　　　　　　　　　　　　MATTHEW S. WEILER


　　　　　　　　　　　　　　　　　　　　By:　/s/ Marc J. Sonnenfeld
　　　　　　　　　　　　　　　　　　　　　　　Marc J. Sonnenfeld

　　　　　　　　　　　　　　　　　　　　Former attorneys for defendant
　　　　　　　　　　　　　　　　　　　　Hewlett-Packard Company

Dated: June 14, 2013　　　　　　　　　　MORRISON & FOERSTER LLP
　　　　　　　　　　　　　　　　　　　　DARRYL P. RAINS
　　　　　　　　　　　　　　　　　　　　JUDSON E. LOBDELL
　　　　　　　　　　　　　　　　　　　　MARK R.S. FOSTER


　　　　　　　　　　　　　　　　　　　　By:　/s/ Darryl P. Rains
　　　　　　　　　　　　　　　　　　　　　　　Darryl P. Rains

　　　　　　　　　　　　　　　　　　　　Attorneys for defendant
　　　　　　　　　　　　　　　　　　　　Hewlett-Packard Company

IT IS SO ORDERED.

Dated: June 19, 2013　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Charles R. Breyer
　　　　　　　　　　　　　　　　　　　　District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]