DARRYL P. RAINS (CA SBN 104802)
DRains@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

JUDSON E. LOBDELL (CA SBN 146041)
JLobdell@mofo.com
MARK R.S. FOSTER (CA SBN 223682)
MFoster@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendant
Hewlett-Packard Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No. C-12-5980 CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS ON BRIEFING** |

Lead Plaintiff and defendant Hewlett-Packard Company ("HP") hereby stipulate and agree, by and through their undersigned counsel of record, as follows:

**RECITALS**

A. This securities class action was commenced on November 26, 2012.

B. On March 4, 2013, this Court appointed PGGM Vermogensbeheer B.V. as Lead Plaintiff. (Doc. 90.)

C. On March 7, 2013 this Court approved PGGM's selection of Kessler Topaz Meltzer and Check, LLP as sole Lead Counsel. (*See* Doc. 94.)

D. On May 3, 2013 Lead Plaintiff filed the Consolidated Complaint ("Complaint") in this matter. (Doc. 100). The Complaint asserts claims for violations of the Securities Exchange Act of 1934 against HP and individual defendants Michael R. Lynch, Margaret C. Whitman, Léo Apotheker, Shane V. Robison, Catherine A. Lesjak, Raymond J. Lane, and James T. Murrin. The Complaint contains 241 paragraphs of allegations, and bases claims on numerous statements spanning over a year that are allegedly attributable to HP and/or its current and/or former officers and directors. The Complaint also refers to over 100 documents, including press releases, SEC filings, analyst reports, transcripts of calls, and news articles.

E. Pursuant to the schedule established by the Court's January 4, 2013 Order, Defendants' Motion to Dismiss is due no later than July 2, 2013; Lead Plaintiff's oppositions to the motions to dismiss are due no later than September 2, 2013; and Defendants' reply papers are due no later than October 2, 2013. (*See* Doc. 25.)

F. The Civil Local Rules of this Court provide that memoranda of points and authorities may not exceed 25 pages (L.R. 7-2(b)), and this Court's Standing Order provides that memoranda may not exceed 15 pages.

G. HP submits that, given the scope of the putative class period, the large number of challenged statements, and the legal issues that must be addressed, the ordinarily-governing page limits would prevent HP from adequately setting forth its arguments in support of dismissal.

H. The undersigned parties met and conferred to discuss page limits for the briefing on HP's anticipated Motion to Dismiss and appropriate modifications to the briefing limits in light of the nature and status of this case.

I. Given that this case is a securities class action governed by the Private Securities Litigation Reform Act of 1995, and in light of the length and number of allegations in the Complaint, the complex nature of the causes of action and factual assertions, the number of defendants, and the legal issues anticipated, the undersigned parties believe that it would be appropriate to modify the page limitations set forth in this Court's Standing Order and the Civil Local Rules.

**STIPULATION**

NOW, THEREFORE, the undersigned parties stipulate, subject to Court approval, as follows:

1. Defendant HP's memorandum in support of its anticipated Motion to Dismiss shall not exceed 35 pages in length.

2. Lead Plaintiff's anticipated memorandum in opposition to HP's Motion to Dismiss shall not exceed 35 in length.

Dated: June 20, 2013                KESSLER TOPAZ MELTZER & CHECK LLP

By  /s/ Ramzi Abadou
    RAMZI ABADOU

RAMZI ABADOU (SBN 222567)
ELI R. GREENSTEIN (SBN 217945)
STACEY M. KAPLAN (SBN 241989)
PAUL A. BREUCOP (SBN 278807)
IOANA A. BROOKS (SBN 253123)
One Sansome St., Suite 1850
San Francisco, CA 94104
Tel: 415.400.3000
Fax: 415.400.3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com
pbreucop@ktmc.com
ibrooks@ktmc.com

| | |
|---|---|
| | and |
| | DAVID KESSLER |
| | DARREN J. CHECK |
| | 280 King of Prussia Road |
| | Radnor, PA 19087 |
| | Tel.: 610.667.7706 |
| | Fax: 610.667.7056 |
| | dkessler@ktmc.com |
| | dcheck@ktmc.com |
| | |
| | Attorneys for Lead Plaintiff |
| | PGGM VERMOGENSBEHEER B.V. |
| | AND LEAD COUNSEL FOR THE CLASS |
| Dated: June _20, 2013 | MORRISON & FOERSTER LLP |
| | DARRYL P. RAINS |
| | JUDSON E. LOBDELL |
| | MARK R.S. FOSTER |
| | |
| | By: /s/ Darryl P. Rains |
| | Darryl P. Rains |
| | |
| | Attorneys for defendant |
| | Hewlett-Packard Company |

### [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Dated: June ___, 2013

Hon. Charles R. Breyer
United States District Judge

**ECF ATTESTATION**

I, Mark R.S. Foster, am the ECF User whose ID and Password are being used to file this:

**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS ON BRIEFING**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that and Ramzi Abadou and Darryl P. Rains have concurred in this filing.

Dated: June 20_, 2013                             MORRISON & FOERSTER LLP


                                                  By:   /s/  Mark R.S. Foster
                                                        Mark R.S. Foster