1 | DARRYL P. RAINS (CA SBN 104802)
DRains@mofo.com
2 | MORRISON & FOERSTER LLP
755 Page Mill Road
3 | Palo Alto, California  94304-1018
Telephone: 650.813.5600
4 | Facsimile: 650.494.0792

5 | JUDSON E. LOBDELL (CA SBN 146041)
JLobdell@mofo.com
6 | MARK R.S. FOSTER (CA SBN 223682)
MFoster@mofo.com
7 | MORRISON & FOERSTER LLP
425 Market Street
8 | San Francisco, CA 94105-2482
Telephone: 415.268.7000
9 | Facsimile: 415.268.7522

10 | Attorneys for defendant
Hewlett-Packard Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE HP SECURITIES LITIGATION | Master File No. C-12-5980 CRB |
|---|---|
|  | **CLASS ACTION** |
| This Document Relates To: All Actions | **STIPULATION AND ORDER REGARDING PAGE LIMITS ON BRIEFING** |

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS ON BRIEFING
Master File No. C-12-5980 CRB
sf-3295998

1

1  Lead Plaintiff and defendant Hewlett-Packard Company ("HP") hereby stipulate and
2  agree, by and through their undersigned counsel of record, as follows:

3  **RECITALS**

4  A.  This securities class action was commenced on November 26, 2012.

5  B.  On March 4, 2013, this Court appointed PGGM Vermogensbeheer B.V. as Lead
6  Plaintiff.  (Doc. 90.)

7  C.  On March 7, 2013 this Court approved PGGM's selection of Kessler Topaz
8  Meltzer and Check, LLP as sole Lead Counsel.  (*See* Doc. 94.)

9  D.  On May 3, 2013 Lead Plaintiff filed the Consolidated Complaint ("Complaint") in
10  this matter. (Doc. 100).  The Complaint asserts claims for violations of the Securities Exchange
11  Act of 1934 against HP and individual defendants Michael R. Lynch, Margaret C. Whitman,
12  Léo Apotheker, Shane V. Robison, Catherine A. Lesjak, Raymond J. Lane, and James T. Murrin.
13  The Complaint contains 241 paragraphs of allegations, and bases claims on numerous statements
14  spanning over a year that are allegedly attributable to HP and/or its current and/or former officers
15  and directors.  The Complaint also refers to over 100 documents, including press releases, SEC
16  filings, analyst reports, transcripts of calls, and news articles.

17  E.  Pursuant to the schedule established by the Court's January 4, 2013 Order,
18  Defendants' Motion to Dismiss is due no later than July 2, 2013; Lead Plaintiff's oppositions to
19  the motions to dismiss are due no later than September 2, 2013; and Defendants' reply papers are
20  due no later than October 2, 2013.  (*See* Doc. 25.)

21  F.  The Civil Local Rules of this Court provide that memoranda of points and
22  authorities may not exceed 25 pages (L.R. 7-2(b)), and this Court's Standing Order provides that
23  memoranda may not exceed 15 pages.

24  G.  HP submits that, given the scope of the putative class period, the large number of
25  challenged statements, and the legal issues that must be addressed, the ordinarily-governing page
26  limits would prevent HP from adequately setting forth its arguments in support of dismissal.

27
28

1  H. The undersigned parties met and conferred to discuss page limits for the briefing on HP's anticipated Motion to Dismiss and appropriate modifications to the briefing limits in light of the nature and status of this case.

I. Given that this case is a securities class action governed by the Private Securities Litigation Reform Act of 1995, and in light of the length and number of allegations in the Complaint, the complex nature of the causes of action and factual assertions, the number of defendants, and the legal issues anticipated, the undersigned parties believe that it would be appropriate to modify the page limitations set forth in this Court's Standing Order and the Civil Local Rules.

**STIPULATION**

NOW, THEREFORE, the undersigned parties stipulate, subject to Court approval, as follows:

1. Defendant HP's memorandum in support of its anticipated Motion to Dismiss shall not exceed 35 pages in length.

2. Lead Plaintiff's anticipated memorandum in opposition to HP's Motion to Dismiss shall not exceed 35 in length.

Dated: June 20, 2013                     KESSLER TOPAZ MELTZER & CHECK LLP

By  /s/ Ramzi Abadou
RAMZI ABADOU

RAMZI ABADOU (SBN 222567)
ELI R. GREENSTEIN (SBN 217945)
STACEY M. KAPLAN (SBN 241989)
PAUL A. BREUCOP (SBN 278807)
IOANA A. BROOKS (SBN 253123)
One Sansome St., Suite 1850
San Francisco, CA 94104
Tel: 415.400.3000
Fax: 415.400.3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com
pbreucop@ktmc.com
ibrooks@ktmc.com

|   |   |
|---|---|
| 1 |   |
| 2 | and |
| 3 | DAVID KESSLER<br>DARREN J. CHECK |
| 4 | 280 King of Prussia Road<br>Radnor, PA  19087 |
| 5 | Tel.: 610.667.7706<br>Fax: 610.667.7056 |
| 6 | dkessler@ktmc.com<br>dcheck@ktmc.com |
| 7 | Attorneys for Lead Plaintiff |
| 8 | PGGM VERMOGENSBEHEER B.V.<br>AND LEAD COUNSEL FOR THE CLASS |

Dated: June _20, 2013            MORRISON & FOERSTER LLP
                                 DARRYL P. RAINS
                                 JUDSON E. LOBDELL
                                 MARK R.S. FOSTER

By:   /s/ Darryl P. Rains
      Darryl P. Rains

Attorneys for defendant
Hewlett-Packard Company

### **ORDER**

Pursuant to the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Dated: June 24, 2013

_____
Hon. Charles R. Breyer
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS ON BRIEFING
Master File No. C-12-5980 CRB
sf-3295998

4