1  Jennifer B. Bonneville (State Bar No. 243686)
   jbonnevi@steptoe.com
2  **STEPTOE & JOHNSON** LLP
   633 West Fifth Street, Suite 700
3  Los Angeles, California 90071
   Telephone: (213) 439-9400
4  Facsimile: (213) 439-9599

5  Attorneys for Defendant
   MICHAEL R. LYNCH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE HP SECURITIES LITIGATION, | ) Master File No. C-12-5980-CRB |
|---|---|
| This Document Relates to: All Actions | ) |
| | ) **CLASS ACTION** |
| | ) **NOTICE OF APPEARANCE OF JENNIFER B. BONNEVILLE** |

**TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Jennifer B. Bonneville of Steptoe & Johnson LLP, hereby appears as counsel for Defendant Michael R. Lynch. She is admitted to practice in the State of California and before this Court. Her address, telephone and facsimile numbers are as follows:

STEPTOE & JOHNSON LLP
Jennifer B. Bonneville
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone: (213)439-9405
Facsimile: (213) 439-9599

---

1
NOTICE OF APPEARANCE OF JENNIFER B. BONNEVILLE - C-12-5980-CRB

1 | DATED: June 28, 2013

                                            STEPTOE & JOHNSON LLP

                                            By   /s/ Jennifer B. Bonneville
                                                  Jennifer B. Bonneville
                                            Attorneys for Defendant
                                            MICHAEL R. LYNCH