DANIEL BOOKIN (S.B. #78996)
dbookin@omm.com
LISA CHEN (S.B. #234681)
lisachen@omm.com
DIANA ROGOSA (S.B. #287967)
drogosa@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:    (415) 984-8700
Facsimile:     (415) 984-8701

MATTHEW W. CLOSE (S.B. #188570)
mclose@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:    (213) 430-6000
Facsimile:     (213) 430-6407

Attorneys for Defendant
Shane V. Robison

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HP SECURITIES LITIGATION, | Master File No. C-12-5980 CRB |
| This Document Relates To: All Actions | <u>CLASS ACTION</u> |
| | **NOTICE OF APPEARANCE OF LISA CHEN** |

| | |
|---|---|
| 1 | **TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF** |
| 2 | **RECORD:** |
| 3 | **PLEASE TAKE NOTICE** that Lisa Chen of O'Melveny & Myers LLP, hereby appears |
| 4 | as counsel for Defendant Shane V. Robison.  She is admitted to practice in the State of California |
| 5 | and before this Court.  Her address, telephone, and facsimile numbers are as follows: |

> O'MELVENY & MYERS LLP
> Lisa Chen
> Two Embarcadero Center, 28th Floor
> San Francisco, CA 94111-3823
> Telephone:    (415) 984-8700
> Facsimile:     (415) 984-8701

Please serve said counsel with all pleadings, notices, and other filings in this action.

Dated:  June 28, 2013

> By:   */s/ Lisa Chen*
>          Lisa Chen
>          O'Melveny & Myers LLP
>
>          Attorney for Defendant
>          Shane V. Robison

- 2 -

NOTICE OF APPEARANCE OF LISA CHEN
C-12-5980 CRB