Reset Form

| | |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re HP Securities Litigation )
) Case No: 3:12-CV-05980
                     Plaintiff(s), )
) **APPLICATION FOR**
   v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
) **(CIVIL LOCAL RULE 11-3)**
)
                    Defendant(s). )

    I, Jeff Butler, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Michael R. Lynch in the above-entitled action. My local co-counsel in this case is Jennifer Bonneville, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 31 West 52nd Street<br>New York, New York 10019 | 633 West Fifth Street, Suite 700<br>Los Angeles, California 90071 |
| MY TELEPHONE # OF RECORD:<br>(212) 878-8205 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 439-9405 |
| MY EMAIL ADDRESS OF RECORD:<br>jeff.butler@cliffordchance.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jbonneville@steptoe.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2819654.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/01/13

                                             Jeff Butler
                                             APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Jeff Butler is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                         UNITED STATES DISTRICT/MAGISTRATE JUDGE

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JEFF EDWARD BUTLER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **April 14, 1997**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

June 5, 2013

4364

_Clerk of the Court_