1 | JENNIFER B. BONNEVILLE (State Bar No. 243686)
jbonneville@steptoe.com
2 | STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
3 | Los Angeles, California 90071
Tel: (213) 439-9405
4 | Fax: (213) 439-9599

5 | JOHN D. LOVI (admitted pro hac vice)
jlovi@steptoe.com
6 | LARA E. ROMANSIC (admitted pro hac vice)
lromansic@steptoe.com
7 | MICHELLE L. LEVIN (admitted pro hac vice)
mlevin@steptoe.com
8 | STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
9 | New York, New York 10036
Tel: (212) 506-3900
10 | Fax: (212) 506-3950

11 | JEFF E. BUTLER (admitted pro hac vice)
jeff.butler@cliffordchance.com
12 | CHRISTOPHER J. MORVILLO (admitted pro hac vice)
christopher.morvillo@cliffordchance.com
13 | CLIFFORD CHANCE US LLP
31 West 52nd Street
14 | New York, New York 10019
Tel: (212) 878-8000
15 | Fax: (212) 878-8375

16 | Attorneys for Defendant
**MICHAEL LYNCH**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP SECURITIES LITIGATION<br>This Document Relates To: All Actions | **CASE NO. C-12-5980 CRB**<br><br>**DEFENDANT MICHAEL LYNCH'S AMENDED NOTICE OF MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**<br><br>NEW Date: November 8, 2013<br>Time: 10:00 a.m.<br>Dept: 6<br>Judge: Hon. Charles R. Breyer |

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:** |
| 2 | |
| 3 | **PLEASE TAKE NOTICE THAT** on November 8, 2013, at 10:00 a.m. before the |
| 4 | Honorable Charles Breyer, at 450 Golden Gate Avenue, Courtroom 6, San Francisco, California, |
| 5 | Defendant Michael Lynch will and hereby does move pursuant to Federal Rule of Civil |
| 6 | Procedure Rule 12(b)(6) to dismiss the Consolidated Complaint for Violation of the Federal |
| 7 | Securities Laws, filed May 3, 2013 ("Complaint" or "CC").  Dr. Lynch bases his motion to |
| 8 | dismiss Plaintiffs' claim under Section 10(b) of the Securities Exchange Act of 1934 (the |
| 9 | "Exchange Act") and Securities and Exchange Commission Rule 10b-5 on the grounds that it |
| 10 | fails to meet the stringent standards prescribed by Federal Rule of Civil Procedure 9(b), the |
| 11 | Private Securities Litigation Reform Act of 1995 ("PSLRA") and recent Supreme Court |
| 12 | jurisprudence because Plaintiffs fail to allege (i) that Dr. Lynch made any false or misleading |
| 13 | statement; (ii) that Plaintiffs relied on any statement or conduct of Dr. Lynch; or (iii) that Dr. |
| 14 | Lynch possessed the requisite state of mind.  Dr. Lynch bases his motion to dismiss Plaintiffs' |
| 15 | claim under Section 20(a) of the Exchange Act on the grounds that (i) Plaintiffs fail to state a |
| 16 | claim for a primary violation of the Exchange Act; and (ii) Plaintiffs fail to allege facts sufficient |
| 17 | to show that Dr. Lynch exercised actual power or control over any primary violator. |
| 18 | This motion is based upon this Notice of Motion, the attached Memorandum of Points |
| 19 | and Authorities, the pleadings, files and records in this case and such further evidence and oral |
| 20 | argument as may be presented by Defendant Michael Lynch prior to or at the hearing on the |
| 21 | motion. |
| 22 | |
| 23 | DATED:  July 3, 2013 |
| 24 | STEPTOE & JOHNSON LLP |
| 25 | |
| 26 | |
| 27 | By:   //s// Jennifer B. Bonneville |
| | Jennifer B. Bonneville |
| 28 | Attorneys for Defendant Michael Lynch |

- 2 –

DEFENDANT MICHAEL LYNCH'S
NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED COMPLAINT
Doc. # DC-8204400