KESSLER TOPAZ MELTZER
  & CHECK, LLP
RAMZI ABADOU (Bar No. 222567)
ELI R. GREENSTEIN (Bar No. 217945)
STACEY M. KAPLAN (Bar No. 241989)
PAUL A. BREUCOP (Bar No. 278807)
IOANA A. BROOKS (Bar No. 253123)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com
pbreucop@ktmc.com
ibrooks@ktmc.com

*Counsel for Lead Plaintiff PGGM Vermogensbeheer B.V.*
*and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP SECURITIES LITIGATION, | Master File No. C-12-5980 CRB |
| This Document Relates To: All Actions | **CLASS ACTION** |
| | **NOTICE OF APPEARANCE OF STACEY M. KAPLAN** |

1    PLEASE TAKE NOTICE THAT the following attorney affiliated with Kessler Topaz

2 Meltzer & Check, LLP, who is registered with the ECF system of the Court, formally appears on

3 behalf of PGGM Vermogensbeheer B.V., and requests to be added to the electronic service list in

4 this case.

5    Stacey M. Kaplan:    skaplan@ktmc.com

6

7 Dated: July 16, 2013                    Respectfully submitted,

8                                         KESSLER TOPAZ MELTZER
                                            & CHECK, LLP
9
                                         /s/ Stacey M. Kaplan
10                                       RAMZI ABADOU
                                         ELI R. GREENSTEIN
11                                       STACEY M. KAPLAN
                                         PAUL A. BREUCOP
12                                       IOANA A. BROOKS
                                         One Sansome Street, Suite 1850
13                                       San Francisco, CA 94104
                                         Tel:  (415) 400-3000
14                                       Fax:  (415) 400-3001
                                         rabadou@ktmc.com
15                                       egreenstein@ktmc.com
                                         skaplan@ktmc.com
16                                       pbreucop@ktmc.com
                                         ibrooks@ktmc.com
17
                                         -and-
18
                                         DAVID KESSLER
19                                       DARREN J. CHECK
                                         280 King of Prussia Road
20                                       Radnor, PA 19087
                                         Tel:  (610) 667-7706
21                                       Fax:  (610) 667-7056
                                         dkessler@ktmc.com
22                                       dcheck@ktmc.com

23                                       *Counsel for Lead Plaintiff PGGM*
                                         *Vermogensbeheer B.V. and Lead Counsel for*
24                                       *the Class*

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 16, 2013.

KESSLER TOPAZ MELTZER
& CHECK, LLP

*/s/ Stacey M. Kaplan*
STACEY M. KAPLAN

## Mailing Information for a Case 3:12-cv-05980-CRB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@ktmc.com,knguyen@ktmc.com,arobles@ktmc.com

- **Marie Caroline Bafus**
  mbafus@fenwick.com,cprocida@fenwick.com

- **Andrea Bascheri**
  sammirati@bottinilaw.com

- **Stephen R. Basser**
  sbasser@barrack com,lnapoleon@barrack.com,cfessia@barrack.com

- **Jennifer Brenda Bonneville**
  jbonneville@steptoe.com,afarren@steptoe com

- **Daniel H. Bookin**
  dbookin@omm.com,LitigationCalendar@omm.com,rgonzalez@omm com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Jeff E Butler**
  jeff.butler@cliffordchance.com,MCO@cliffordchance.com

- **Lisa Chen**
  lisachen@omm.com,kquintanilla@omm.com

- **Matthew William Close**
  mclose@omm.com

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **John C. Dwyer**
  dwyerjc@cooley com,giovannonib@cooley.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,jhamilton@cpmlegal.com,obacigalupi@cpmlegal.com,pmenzel@cpmlegal.com

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com,docket@pillsburylaw.com

- **Mark R.S. Foster**
  mfoster@mofo.com,cburns@mofo.com,mnelson@mofo.com

- **Frederic S. Fox**
  ffox@kaplanfox.com

- **Tahir Ikeem Golden**
  tgolden@fenwick.com,vpieretti@fenwick.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Richard Stephen Horvath , Jr**
  richard horvath@skadden.com

- **Laura Christine Hurtado**
  laura.hurtado@pillsburylaw.com,docket@pillsburylaw.com

- **Ada Fernandez Johnson**
  afjohnson@debevoise.com,mao-ecf@debevoise.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

ر **Laurence D. King**
lking@kaplanfox.com,spowley@kaplanfox.com

ر **Nicole Catherine Lavallee**
nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

ر **Michelle L Levin**
mlevin@steptoe.com

ر **Judson Earle Lobdell**
jlobdell@mofo.com,mblackmer@mofo.com

ر **John D Lovi**
jlovi@steptoe.com

ر **Timothy Alan Miller**
Timothy.Miller@skadden com,jan.schilling@skadden.com,Kerry.Kumabe@skadden.com,wayne.campbell@skadden.com,richard.horvath@skadden.com

ر **Kevin Peter Muck**
kmuck@fenwick.com,cprocida@fenwick.com

ر **Danielle Suzanne Myers**
dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

ر **Stephen Cassidy Neal**
nealsc@cooley.com,wilsonla@cooley.com

ر **Blair Allen Nicholas**
blairn@blbglaw.com,denab@blbglaw.com,amyn@blbglaw.com,kayem@blbglaw.com,jessica.cuccurullo@blbglaw.com,nikim@blbglaw.com

ر **Alan R Plutzik**
aplutzik@bramsonplutzik.com,ptoovey@bramsonplutzik.com

ر **Darryl Paul Rains**
drains@mofo.com,dgillis@mofo.com

ر **Darren Jay Robbins**
e_file_sd@rgrdlaw.com

ر **Diana Catherine Rogosa**
drogosa@omm.com,lschmalz@omm.com,Deshelman@omm.com,dewalker@omm.com,Lisachen@omm.com

ر **Lara E Romansic**
lromansic@steptoe.com

ر **Allen Ruby**
Allen.Ruby@Skadden.com,marilyn.garibaldi@skadden.com,rosanna.keenan@skadden.com

ر **Steven Mark Schatz**
sschatz@wsgr.com,cfoung@wsgr.com

ر **Colby A. Smith**
casmith@debevoise.com

ر **Adam Christopher Trigg**
atrigg@cooley.com,jcorrell@cooley.com

ر **Avraham Noam Wagner**
avi@thewagnerfirm.com

ر **Jeffrey Michael Walker**
jwalker@cooley.com

ر **David Conrad Walton**
davew@rgrdlaw.com

ر **Samuel M. Ward**
sward@barrack.com,lxlamb@barrack.com

ر **Eric Steven Waxman**
ewaxman@skadden.com,btravagl@skadden.com

ر **Shawn A. Williams**
shawnw@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com,e_file_sf@rgrdlaw.com

ر **Bruce E. Yannett**
beyannett@debevoise.com,mao-ecf@debevoise.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

¿ (No manual recipients)