1 | ROBBINS GELLER RUDMAN
   |   & DOWD LLP
2 | SHAWN A. WILLIAMS (213113)
   | Post Montgomery Center
3 | One Montgomery Street, Suite 1800
   | San Francisco, CA  94104
4 | Telephone: 415/288-4545
   | 415/288-4534 (fax)
5 | shawnw@rgrdlaw.com
   |         – and –
6 | DARREN J. ROBBINS (168593)
   | TRIG R. SMITH (237399)
7 | DANIELLE S. MYERS (259916)
   | 655 West Broadway, Suite 1900
8 | San Diego, CA  92101
   | Telephone: 619/231-1058
9 | 619/231-7423 (fax)
   | darrenr@rgrdlaw.com
10 | trigs@rgrdlaw.com
   | dmyers@rgrdlaw.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN J. NICOLOW, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>     vs.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>                      Defendants. | No. 3:12-cv-05980-CRB<br><br><u>CLASS ACTION</u><br><br>ORDER GRANTING WITHDRAWAL OF COUNSEL |

Upon consideration of plaintiff Allan J. Nicolow's Notice of Request for Withdrawal as Counsel, and for good cause shown, it is HEREBY ORDERED THAT Darren J. Robbins, David C. Walton, Shawn A. Williams, Trig R. Smith and Danielle S. Myers of Robbins Geller Rudman & Dowd LLP are hereby withdrawn as counsel for record.

IT IS SO ORDERED.

DATED: July 17, 2013

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Submitted by:

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS

  s/Shawn A. Williams
―――――――――――――――――――
     SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
TRIG R. SMITH
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Counsel for Plaintiff

C:\Users\SarahM\AppData\Local\Temp\x2h00hgk\HP Order.doc