KEVIN P. MUCK  (CSB No. 120918)
kmuck@fenwick.com
JENNIFER C. BRETAN (CSB No. 233475)
jbretan@fenwick.com
MARIE C. BAFUS  (CSB No. 258417)
mbafus@fenwick.com
TAHIR I. GOLDEN  (CSB No. 282948)
tgolden@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendant James T. Murrin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Case No. CV-12-05980-CRB<br><br>**NOTICE OF APPEARANCE OF JENNIFER C. BRETAN FOR DEFENDANT JAMES T. MURRIN**<br><br>[Civ. L.R. 5-1(c)(2)(A)] |

**TO THE CLERK OF COURT, ALL PARTIES AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Civil Local Rule 5-1(c)(2)(A), Jennifer C. Bretan of Fenwick & West LLP hereby appears as counsel of record in this action for defendant James T. Murrin.  Ms. Bretan is admitted to practice in California and before this Court.  Ms. Bretan's address, telephone number and facsimile number are as follows:

>Fenwick & West LLP
>555 California Street, 12th Floor
>San Francisco, California  94104
>Telephone:  (415) 875-2300
>Facsimile:  (415) 281-1350

For purposes of receipt of Notices of Electronic Filing, Ms. Bretan's e-mail address is as follows:

>jbretan@fenwick.com

Please serve said counsel with all pleadings, notices and other filings in this action.

Dated: July 19, 2013

FENWICK & WEST LLP

By:   /s/ *Jennifer C. Bretan*
Jennifer C. Bretan

Attorneys for Defendant James T. Murrin