1  MARC WOLINSKY (*pro hac vice to be filed*)
     MWolinsky@wlrk.com
2  GEORGE T. CONWAY III (*pro hac vice to be filed*)
     GTConway@wlrk.com
3  RACHELLE SILVERBERG (*pro hac vice to be filed*)
     RSilverberg@wlrk.com
4  VINCENT G. LEVY (*pro hac vice to be filed*)
     VGLevy@wlrk.com
5  WACHTELL, LIPTON, ROSEN & KATZ
   51 West 52nd Street
6  New York, NY  10019
   Telephone: 212.403.1000
7  Facsimile: 212.403.2000

8

9  NEIL A. GOTEINER (State Bar No. 83524)
     NGoteiner@fbm.com
10 THOMAS B. MAYHEW (State Bar No. 183539)
     TMayhew@fbm.com
11 CHRISTOPHER C. WHEELER (State Bar No. 224872)
     CWheeler@fbm.com
   FARELLA, BRAUN & MARTEL, LLP
12 235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
13 Telephone: 415.954.4400
   Facsimile:  415.954.4480
14

15 Attorneys for Defendant
   HEWLETT-PACKARD COMPANY
16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

20

| 21 | IN RE HP SECURITIES LITIGATION, | Master File No. C-12-5980-CRB |
|---|---|---|
| 22 | This Document Relates To:  All Actions | <u>Class Action</u> |
| 23 | | **NOTICE OF SUBSTITUTION OF COUNSEL AND [Proposed] ORDER** |
| 24 | | |
| 25 | | [Local Rule 11-5] |
| 26 | | Judge:  Hon. Charles R. Breyer |

27

28

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that defendant Hewlett-Packard Company hereby substitutes its

3  counsel and attorneys of record in the above-captioned matter.

4      <u>Former Counsel</u>

5      MORRISON & FOERSTER LLP
    Darryl P. Rains (CA SBN 104802)
6      DRains@mofo.com
    755 Page Mill Road
7      Palo Alto, CA  94304-1018
    Telephone: 650.813.5600
8      Facsimile: 650.494.0792

9      MORRISON & FOERSTER LLP
    Judson E. Lobdell (CA SBN 146041)
10     JLobdell@mofo.com
    Mark R.S. Foster (CA SBN 223682)
11     MFoster@mofo.com
    425 Market Street
12     San Francisco, CA  94105-2482
    Telephone: 415.268.7000
13     Facsimile: 415.268.7522

14     <u>New Counsel</u>

15     WACHTELL, LIPTON, ROSEN & KATZ
    Marc Wolinsky (*pro hac vice to be filed*)
16     MWolinsky@wlrk.com
    George T. Conway III (*pro hac vice to be filed*)
17     GTConway@wlrk.com
    Rachelle Silverberg (*pro hac vice to be filed*)
18     RSilverberg@wlrk.com
    Vincent G. Levy (*pro hac vice to be filed*)
19     VGLevy@wlrk.com
    51 West 52nd Street
20     New York, NY  10019
    Telephone: 212.403.1000
21     Facsimile: 212.403.2000

22     FARELLA, BRAUN & MARTEL LLP
    Neil A. Goteiner (CA SBN 83524)
23     Thomas B. Mayhew (CA SBN 183539)
    Christopher C. Wheeler (CA SBN 224872)
24     235 Montgomery Street, 17th Floor
    San Francisco, CA  94104
25     Telephone: 415.954.4400
    Facsimile: 415.954.4480
26     ngoteiner@fbm.com; tmayhew@fbm.com; cwheeler@fbm.com

27

28

Substitution Based on Consent

Defendant Hewlett-Packard Company respectfully submits that the proposed substitution of counsel is in the interests of justice and is not made for purposes of delay or any other improper purpose. The undersigned consent to the above substitution of counsel.

Dated: July 30, 2013                HEWLETT-PACKARD COMPANY

By:  /s/
     Robert Particelli

     Vice-President, Associate General Counsel,
     Hewlett-Packard Company

Dated: July 30, 2013                MORRISON & FOERSTER LLP
                                    DARRYL P. RAINS
                                    JUDSON E. LOBDELL
                                    MARK R.S. FOSTER

By:  /s/
     Darryl P. Rains

     Former Attorneys for Defendant
     Hewlett-Packard Company

Dated: July 30, 2013                WACHTELL, LIPTON, ROSEN & KATZ
                                    MARC WOLINSKY
                                    GEORGE T. CONWAY III
                                    RACHELLE SILVERBERG

By:  /s/
     Marc Wolinsky

     Attorneys for Defendant
     Hewlett-Packard Company

|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   | Dated: July 30, 2013 | FARELLA, BRAUN & MARTEL, LLP<br>NEIL A. GOTEINER |

Dated: July 30, 2013                    FARELLA, BRAUN & MARTEL, LLP
                                        NEIL A. GOTEINER


                                        By:      /s/
                                              Neil A. Goteiner

                                        Attorneys for Defendant
                                        Hewlett-Packard Company


IT IS SO ORDERED.


Dated: _____, 2013
                                        _____
                                               Hon. Charles R. Breyer
                                               United States District Judge

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
Case No. C-12-5980-CRB
10615\3766793.1

4

**ECF ATTESTATION**

I, Neil A. Goteiner, am the ECF User whose ID and Password are being used to file this:

**NOTICE OF SUBSTITUTION OF COUNSEL; AND [PROPOSED] ORDER**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert Particelli, Darryl P. Rains, and Marc Wolinsky have concurred in this filing.

Dated: July 30, 2013                FARELLA, BRAUN & MARTEL, LLP


By:      /s/
            Neil A. Goteiner