1 | MARC WOLINSKY (*pro hac vice to be filed*)
     MWolinsky@wlrk.com
2 | GEORGE T. CONWAY III (*pro hac vice to be filed*)
     GTConway@wlrk.com
3 | RACHELLE SILVERBERG (*pro hac vice to be filed*)
     RSilverberg@wlrk.com
4 | VINCENT G. LEVY (*pro hac vice to be filed*)
     VGLevy@wlrk.com
5 | WACHTELL, LIPTON, ROSEN & KATZ
   51 West 52nd Street
6 | New York, NY  10019
   Telephone: 212.403.1000
7 | Facsimile: 212.403.2000

8 |

9 | NEIL A. GOTEINER (State Bar No. 83524)
     NGoteiner@fbm.com
10 | THOMAS B. MAYHEW (State Bar No. 183539)
     TMayhew@fbm.com
11 | CHRISTOPHER C. WHEELER (State Bar No. 224872)
     CWheeler@fbm.com
12 | FARELLA, BRAUN & MARTEL, LLP
    235 Montgomery Street, 17th Floor
    San Francisco, CA  94104
13 | Telephone: 415.954.4400
    Facsimile:  415.954.4480
14 |

15 | Attorneys for Defendant
    HEWLETT-PACKARD COMPANY
16 |

17 | UNITED STATES DISTRICT COURT

18 | NORTHERN DISTRICT OF CALIFORNIA

19 | SAN FRANCISCO DIVISION

20 |

| | |
|---|---|
| IN RE HP SECURITIES LITIGATION,<br><br>This Document Relates To:  All Actions | Master File No. C-12-5980-CRB<br><br>Class Action<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER**<br><br>[Local Rule 11-5]<br><br>Judge:  Hon. Charles R. Breyer |

1   TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that defendant Hewlett-Packard Company hereby substitutes its

3   counsel and attorneys of record in the above-captioned matter.

4      <u>Former Counsel</u>

5   MORRISON & FOERSTER LLP
    Darryl P. Rains (CA SBN 104802)
6   DRains@mofo.com
    755 Page Mill Road
7   Palo Alto, CA  94304-1018
    Telephone: 650.813.5600
8   Facsimile: 650.494.0792

9   MORRISON & FOERSTER LLP
    Judson E. Lobdell (CA SBN 146041)
10  JLobdell@mofo.com
    Mark R.S. Foster (CA SBN 223682)
11  MFoster@mofo.com
    425 Market Street
12  San Francisco, CA  94105-2482
    Telephone: 415.268.7000
13  Facsimile: 415.268.7522

14     <u>New Counsel</u>

15  WACHTELL, LIPTON, ROSEN & KATZ
    Marc Wolinsky (*pro hac vice to be filed*)
16  MWolinsky@wlrk.com
    George T. Conway III (*pro hac vice to be filed*)
17  GTConway@wlrk.com
    Rachelle Silverberg (*pro hac vice to be filed*)
18  RSilverberg@wlrk.com
    Vincent G. Levy (*pro hac vice to be filed*)
19  VGLevy@wlrk.com
    51 West 52nd Street
20  New York, NY  10019
    Telephone: 212.403.1000
21  Facsimile: 212.403.2000

22  FARELLA, BRAUN & MARTEL LLP
    Neil A. Goteiner (CA SBN 83524)
23  Thomas B. Mayhew (CA SBN 183539)
    Christopher C. Wheeler (CA SBN 224872)
24  235 Montgomery Street, 17th Floor
    San Francisco, CA  94104
25  Telephone: 415.954.4400
    Facsimile: 415.954.4480
26  ngoteiner@fbm.com; tmayhew@fbm.com; cwheeler@fbm.com

27

28

Substitution Based on Consent

Defendant Hewlett-Packard Company respectfully submits that the proposed substitution of counsel is in the interests of justice and is not made for purposes of delay or any other improper purpose. The undersigned consent to the above substitution of counsel.

Dated: July 30, 2013         HEWLETT-PACKARD COMPANY

By:  /s/
         Robert Particelli

         Vice-President, Associate General Counsel,
         Hewlett-Packard Company

Dated: July 30, 2013         MORRISON & FOERSTER LLP
                             DARRYL P. RAINS
                             JUDSON E. LOBDELL
                             MARK R.S. FOSTER

By:   /s/
         Darryl P. Rains

         Former Attorneys for Defendant
         Hewlett-Packard Company

Dated: July 30, 2013         WACHTELL, LIPTON, ROSEN & KATZ
                             MARC WOLINSKY
                             GEORGE T. CONWAY III
                             RACHELLE SILVERBERG

By:  /s/
         Marc Wolinsky

         Attorneys for Defendant
         Hewlett-Packard Company

1
2
3  Dated: July 30, 2013                    FARELLA, BRAUN & MARTEL, LLP
                                           NEIL A. GOTEINER
4
5
                                           By:      /s/
6                                                 Neil A. Goteiner

7                                          Attorneys for Defendant
                                           Hewlett-Packard Company
8
9
10
11  IT IS SO ORDERED.
12
13
14  Dated: August 1, 2013
                                           _____
15                                                 Hon. _____
                                                 IT IS SO ORDERED
16
17                                               Judge Charles R. Breyer
18
19
20
21
22
23
24
25
26
27
28