KESSLER TOPAZ MELTZER
  & CHECK, LLP
RAMZI ABADOU (Bar No. 222567)
ELI R. GREENSTEIN (Bar No. 217945)
STACEY M. KAPLAN (Bar No. 241989)
PAUL A. BREUCOP (Bar No. 278807)
IOANA A. BROOKS (Bar No. 253123)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:  (415) 400-3000
Fax:  (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com
pbreucop@ktmc.com
ibrooks@ktmc.com

*Counsel for Lead Plaintiff PGGM Vermogensbeheer B.V.
and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP SECURITIES LITIGATION,<br><br>This Document Relates To: All Actions | Master File No. C-12-5980 CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS ON BRIEFING**<br><br>**DEMAND FOR JURY TRIAL** |

This Stipulation is entered into by and among Lead Plaintiff and Defendant Hewlett-Packard Company ("HP") and individual defendants Michael Lynch, James T. Murrin, Leo Apotheker, Raymond J. Lane, Catherine A. Lesjak, Shane Robison and Margaret C. Whitman ("Individual Defendants") in the above-captioned action, by and through their respective counsel.

**RECITALS**

A.  In light of the number of defendants, each of whom is represented by separate counsel, and the legal issues involved, the undersigned parties believe that it would be appropriate to modify the page limitations set forth in this Court's Standing Order and the Civil Local Rules.

B.  On May 3, 2013 Lead Plaintiff filed the Consolidated Complaint for Violation of the Federal Securities Laws ("Consolidated Complaint") in this matter. D.E. 100. The Consolidated Complaint asserts claims for violations of the Securities Exchange Act of 1934 against HP and the Individual Defendants.

C.  On July 2, 2013, HP and each of the Individual Defendants filed eight separate motions to dismiss plaintiffs' Consolidated Complaint containing a total of 118 pages of briefing.

**STIPULATION**

WHEREAS, Lead Plaintiff is scheduled to file its opposition to HP's and the Individual Defendants' motions to dismiss the Consolidated Complaint by September 2, 2013;

WHEREAS, under the Court's Standing Orders and the June 26, 2013 Order, Lead Plaintiff is entitled to file eight separate opposition memoranda totaling 140 pages; and

WHEREAS, counsel for Defendants agree that Lead Plaintiff may file a single omnibus opposition to Defendants' eight separate motions to dismiss, not to exceed 60 pages.

THEREFORE, the parties, by and through their respective counsel, and subject to the Court's approval, stipulate and agree as follows:

1.  Lead Plaintiff will file a single omnibus opposition to HP's and the Individual Defendants' separate motions to dismiss; and

2.  Lead Plaintiff's Omnibus Opposition will not exceed 60 pages.

Dated: August 6, 2013

Respectfully submitted,

KESSLER TOPAZ MELTZER
  & CHECK, LLP

*/s/ Ramzi Abadou*
RAMZI ABADOU
ELI R. GREENSTEIN
STACEY M. KAPLAN
PAUL A. BREUCOP
IOANA A. BROOKS
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:  (415) 400-3000
Fax:  (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com
pbreucop@ktmc.com
ibrooks@ktmc.com

-and-

DAVID KESSLER
DARREN J. CHECK
280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056
dkessler@ktmc.com
dcheck@ktmc.com

*Counsel for Lead Plaintiff PGGM Vermogensbeheer B.V. and Lead Counsel for the Class*

WACHTELL, LIPTON, ROSEN
  & KATZ

*/s/ Marc Wolinsky*
MARC WOLINSKY
51 West 52nd Street
New York, NY  10019
Tel:  (212) 403-1000
Fax:  (212) 403-2000
mwolinsky@wlrk.com

-and-

|   |   |
|---|---|
| 1 | FARELLA BRAUN & MARTEL LLP |
|   | NEIL A. GOTEINER |
| 2 | 235 Montgomery Street |
|   | San Francisco, CA 94104 |
| 3 | Tel:  (415) 954-4400 |
|   | Fax:  (415) 954-4480 |
| 4 | ngoteiner@fbm.com |

*Counsel for Hewlett-Packard Company*

PILLSBURY WINTHROP SHAW
  PITTMAN LLP

*/s/ Bruce A. Ericson*
LAURA CHRISTINE HURTADO
BRUCE A. ERICSON
Four Embarcadero Center
22nd Floor
San Francisco, CA 94111
Tel:  (415) 983-1000
Fax:  (415) 983-1200
laura.hurtado@pillsburylaw.com
bruce.ericson@pillsburylaw.com

DEBEVOISE AND PLIMPTON LLP
BRUCE E. YANNETT
919 Third Avenue
New York, NY 10022
Tel:  (212) 909-6495
Fax:  (212) 521-7495
beyannett@debevoise.com

-and-

ADA FERNANDEZ JOHNSON
COLBY A. SMITH
555 13th Street, N.W.
Washington, DC 20004
Tel:  (202) 383-8095
Fax:  (202) 383-9224
afjohnson@debevoise.com
casmith@debevoise.com

*Counsel for Léo Apotheker*

STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS ON BRIEFING     -4-
Master File No. C-12-5980 CRB

|     |                                                    |
| --- | -------------------------------------------------- |
| 1   | COOLEY LLP                                         |
| 2   | */s/ Stephen C. Neal*                              |
| 3   | STEPHEN C. NEAL                                    |
|     | JOHN C. DWYER                                      |
| 4   | JEFFREY M. KABAN                                   |
|     | ADAM C. TRIGG                                      |
| 5   | JEFFREY M. WALKER                                  |
|     | Five Palo Alto Square                              |
| 6   | 3000 El Camino Real                                |
|     | Palo Alto, CA 94306-2155                           |
| 7   | Tel:  (650) 843-5000                               |
|     | Fax:  (650) 849-7400                               |
| 8   | nealsc@cooley.com                                  |
|     | dwyerjc@cooley.com                                 |
| 9   | kabanjm@cooley.com                                 |
|     | atrigg@cooley.com                                  |
| 10  | jwalker@cooley.com                                 |
| 11  | *Counsel for Margaret C. Whitman*                  |
| 12  | WILSON SONSINI GOODRICH                            |
| 13  | & ROSATI                                           |
| 14  | */s/ Steven M. Schatz*                             |
|     | STEVEN M. SCHATZ                                   |
| 15  | KATHERINE L. HENDERSON                             |
|     | 650 Page Mill Road                                 |
| 16  | Palo Alto, CA 94304-1050                           |
|     | Tel:  (650)493-9300                                |
| 17  | Fax:  (650) 565-5100                               |
|     | sschatz@wsgr.com                                   |
| 18  | khenderson@wsgr.com                                |
| 19  | *Counsel for Catherine A. Lesjak*                  |
| 20  |                                                    |
|     | FENWICK & WEST LLP                                 |
| 21  |                                                    |
| 22  | */s/ Kevin Peter Muck*                             |
|     | KEVIN PETER MUCK                                   |
| 23  | MARIE CAROLINE BAFUS                               |
|     | TAHIR IKEEM GOLDEN                                 |
| 24  | 555 California Street                              |
|     | 12th Floor                                         |
| 25  | San Francisco, CA 94104                            |
|     | Tel:  (415) 875-2387                               |
| 26  | Fax:  (415) 281-1350                               |
|     | kmuck@fenwick.com                                  |
| 27  | mbafus@fenwick.com                                 |
|     | tgolden@fenwick.com                                |
| 28  |                                                    |
|     | *Counsel for James T. Murrin*                      |

STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS ON BRIEFING                -5-
Master File No. C-12-5980 CRB

1  STEPTOE & JOHNSON LLP

2  */s/ Jennifer Brenda Bonneville*
   JENNIFER BRENDA BONNEVILLE
3  633 West Fifth Street, Suite 700
   Los Angeles, CA 90071
4  Tel:  (213) 439-9400
   Fax:  (213) 439-9599
5  jbonneville@steptoe.com

6  -and-

7  LARA E ROMANSIC
   1330 Connecticut Avenue NW
8  Washington, DC 20036
   Tel:  (202) 429-3909
9  lromansic@steptoe.com

   -and-
10
   MICHELLE L LEVIN
11 JOHN D LOVI
   1114 Avenue of the Americas
12 New York, NY 10036
   Tel:  (212) 378-7519
13 mlevin@steptoe.com
   jlovi@steptoe.com
14
   JEFF E BUTLER
15 CLIFFORD CHANCE US LLP
   31 West 52nd Street
16 New York, NY 10019
   Tel:  (212) 878-8205
17 jeff.butler@cliffordchance.com

18 *Counsel for Michael R. Lynch*

19 O'MELVENY & MYERS LLP

20 */s/ Daniel H. Bookin*
   DANIEL H. BOOKIN
21 DIANA CATHERINE ROGOSA
   LISA CHEN
22 Two Embarcadero Center, 28th Floor
   San Francisco, CA 94111
23 Tel:  (415) 984-8786
   Fax:  (415) 984-8701
24 dbookin@omm.com
   drogosa@omm.com
25 lisachen@omm.com

26 -and-

27

28

STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS ON BRIEFING                -6-
Master File No. C-12-5980 CRB

MATTHEW WILLIAM CLOSE
400 South Hope Street
Los Angeles, CA 90071-2899
Tel:  (213) 430-6000
mclose@omm.com

*Counsel for Shane V. Robison*

SKADDEN ARPS SLATE MEAGHER
  & FLOM LLP

*/s/ Allen J. Ruby*
ALLEN J. RUBY
TIMOTHY A. MILLER
RICHARD S. HORVATH, JR.
525 University Ave
Palo Alto, CA 94301
Tel:  (650)-470-4500
Fax:  (650) 470-4570
allen.ruby@skadden.com
timothy.miller@skadden.com
richard.horvath@skadden.com

-and-

ERIC S. WAXMAN
300 South Grand Ave, Suite 3400
Los Angeles, CA 90071
Tel:  (213) 687-5000
Fax:  (213) 687-5600
eric.waxman@skadden.com

*Counsel for Raymond J. Lane*

**GENERAL ORDER NO 45, X.B.**

I, Ramzi Abadou, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Page Limits on Briefing. In compliance with General Order No. 45, X.B., I hereby attest that Marc Wolinsky, Bruce A. Ericson, Stephen C. Neal, Steven M. Schatz, Kevin Peter Muck, Jennifer Brenda Bonneville, Daniel H. Bookin, and Allen J. Ruby have concurred in this filing.

        KESSLER TOPAZ MELTZER
          & CHECK, LLP

        */s/ Ramzi Abadou*
        RAMZI ABADOU

1 **[PROPOSED] ORDER**

2 Pursuant to the foregoing stipulation, and good cause appearing,

3 **IT IS SO ORDERED.**

4 Dated: August __, 2013

5 Hon. Charles R. Breyer
United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 6, 2013.

                KESSLER TOPAZ MELTZER
                    & CHECK, LLP

                */s/ Ramzi Abadou*
                RAMZI ABADOU

# Mailing Information for a Case 3:12-cv-05980-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@ktmc.com,knguyen@ktmc.com,arobles@ktmc.com

- **Marie Caroline Bafus**
  mbafus@fenwick.com,cprocida@fenwick.com

- **Andrea Bascheri**
  sammirati@bottinilaw.com

- **Stephen R. Basser**
  sbasser@barrack.com,lnapoleon@barrack.com,cfessia@barrack.com

- **Jennifer Brenda Bonneville**
  jbonneville@steptoe.com,afarren@steptoe.com

- **Daniel H. Bookin**
  dbookin@omm.com,LitigationCalendar@omm.com,rgonzalez@omm.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Jennifer Corinne Bretan**
  jbretan@fenwick.com,mbafus@fenwick.com,kayoung@fenwick.com,pnichols@fenwick.com

- **Paul Aaron Breucop**
  pbreucop@ktmc.com

- **Jeff E Butler**
  jeff.butler@cliffordchance.com,MCO@cliffordchance.com

- **Lisa Chen**
  lisachen@omm.com,kquintanilla@omm.com

- **Matthew William Close**
  mclose@omm.com

- **George Thomas Conway , III**
  gtconway@wlrk.com,calert@wlrk.com

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **John C. Dwyer**
  dwyerjc@cooley.com,giovannonib@cooley.com

- **Matthew Kendall Edling**

medling@cpmlegal.com,jhamilton@cpmlegal.com,obacigalupi@cpmlegal.com,pmenzel@cpmlegal.com

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com,docket@pillsburylaw.com

- **Frederic S. Fox**
  ffox@kaplanfox.com

- **Tahir Ikeem Golden**
  tgolden@fenwick.com,vpieretti@fenwick.com

- **Neil A. Goteiner**
  ngoteiner@fbm.com,calendar@fbm.com,karentsen@fbm.com

- **Eli Greenstein**
  egreenstein@ktmc.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Richard Stephen Horvath , Jr**
  richard.horvath@skadden.com

- **Laura Christine Hurtado**
  laura.hurtado@pillsburylaw.com,docket@pillsburylaw.com

- **Ada Fernandez Johnson**
  afjohnson@debevoise.com,mao-ecf@debevoise.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Stacey Marie Kaplan**
  skaplan@ktmc.com,jjoost@ktmc.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Laurence D. King**
  lking@kaplanfox.com,spowley@kaplanfox.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Michelle L Levin**
  mlevin@steptoe.com

- **Vincent G Levy**
  vglevy@wlrk.com,calert@wlrk.com

- **John D Lovi**

jlovi@steptoe.com

- **Thomas B. Mayhew**
  tmayhew@fbm.com,mzappas@fbm.com,calendar@fbm.com

- **Timothy Alan Miller**
  Timothy.Miller@skadden.com,jan.schilling@skadden.com,Kerry.Kumabe@skadden.com,wayne.campbell@ska

- **Christopher J Morvillo**
  christopher.morvillo@cliffordchance.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Blair Allen Nicholas**
  blairn@blbglaw.com,denab@blbglaw.com,amyn@blbglaw.com,kayem@blbglaw.com,jessica.cuccurullo@blbgl

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com,ptoovey@bramsonplutzik.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Diana Catherine Rogosa**
  drogosa@omm.com,lschmalz@omm.com,Deshelman@omm.com,dewalker@omm.com,Lisachen@omm.com

- **Lara E Romansic**
  lromansic@steptoe.com

- **Allen Ruby**
  Allen.Ruby@Skadden.com,marilyn.garibaldi@skadden.com,rosanna.keenan@skadden.com

- **Steven Mark Schatz**
  sschatz@wsgr.com,cfoung@wsgr.com

- **Rachelle Silverberg**
  rsilverberg@wlrk.com,calert@wlrk.com

- **Colby A. Smith**
  casmith@debevoise.com

- **Sarah Ann Sulkowski**
  sarah.sulkowski@cliffordchance.com,christopher.morvillo@cliffordchance.com

- **Adam Christopher Trigg**
  atrigg@cooley.com,jcorrell@cooley.com

- **Avraham Noam Wagner**

- avi@thewagnerfirm.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

- **Samuel M. Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Eric Steven Waxman**
  ewaxman@skadden.com,btravagl@skadden.com

- **Christopher C. Wheeler , Esq**
  cwheeler@fbm.com,llaflamme@fbm.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Marc Wolinsky**
  mwolinsky@wlrk.com,calert@wlrk.com

- **Bruce E. Yannett**
  beyannett@debevoise.com,mao-ecf@debevoise.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Allan J. Nicolow**
,