KESSLER TOPAZ MELTZER
  & CHECK, LLP
RAMZI ABADOU (Bar No. 222567)
ELI R. GREENSTEIN (Bar No. 217945)
STACEY M. KAPLAN (Bar No. 241989)
PAUL A. BREUCOP (Bar No. 278807)
IOANA A. BROOKS (Bar No. 253123)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:  (415) 400-3000
Fax:  (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com
pbreucop@ktmc.com
ibrooks@ktmc.com

*Counsel for Lead Plaintiff PGGM Vermogensbeheer B.V.
and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP SECURITIES LITIGATION,<br><br>This Document Relates To: All Actions | Master File No. C-12-5980 CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER REGARDING PAGE LIMITS ON BRIEFING**<br><br>**DEMAND FOR JURY TRIAL** |

This Stipulation is entered into by and among Lead Plaintiff and Defendant Hewlett-Packard Company ("HP") and individual defendants Michael Lynch, James T. Murrin, Leo Apotheker, Raymond J. Lane, Catherine A. Lesjak, Shane Robison and Margaret C. Whitman ("Individual Defendants") in the above-captioned action, by and through their respective counsel.

**RECITALS**

A.  In light of the number of defendants, each of whom is represented by separate counsel, and the legal issues involved, the undersigned parties believe that it would be appropriate to modify the page limitations set forth in this Court's Standing Order and the Civil Local Rules.

B.  On May 3, 2013 Lead Plaintiff filed the Consolidated Complaint for Violation of the Federal Securities Laws ("Consolidated Complaint") in this matter. D.E. 100. The Consolidated Complaint asserts claims for violations of the Securities Exchange Act of 1934 against HP and the Individual Defendants.

C.  On July 2, 2013, HP and each of the Individual Defendants filed eight separate motions to dismiss plaintiffs' Consolidated Complaint containing a total of 118 pages of briefing.

**STIPULATION**

WHEREAS, Lead Plaintiff is scheduled to file its opposition to HP's and the Individual Defendants' motions to dismiss the Consolidated Complaint by September 2, 2013;

WHEREAS, under the Court's Standing Orders and the June 26, 2013 Order, Lead Plaintiff is entitled to file eight separate opposition memoranda totaling 140 pages; and

WHEREAS, counsel for Defendants agree that Lead Plaintiff may file a single omnibus opposition to Defendants' eight separate motions to dismiss, not to exceed 60 pages.

THEREFORE, the parties, by and through their respective counsel, and subject to the Court's approval, stipulate and agree as follows:

1.  Lead Plaintiff will file a single omnibus opposition to HP's and the Individual Defendants' separate motions to dismiss; and

2.  Lead Plaintiff's Omnibus Opposition will not exceed 60 pages.

| | | |
|---|---|---|
| 1 | Dated: August 6, 2013 | Respectfully submitted, |
| 2 | | KESSLER TOPAZ MELTZER |
| 3 | |   & CHECK, LLP |

*/s/ Ramzi Abadou*
RAMZI ABADOU
ELI R. GREENSTEIN
STACEY M. KAPLAN
PAUL A. BREUCOP
IOANA A. BROOKS
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:  (415) 400-3000
Fax:  (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com
pbreucop@ktmc.com
ibrooks@ktmc.com

-and-

DAVID KESSLER
DARREN J. CHECK
280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056
dkessler@ktmc.com
dcheck@ktmc.com

*Counsel for Lead Plaintiff PGGM Vermogensbeheer B.V. and Lead Counsel for the Class*


WACHTELL, LIPTON, ROSEN
  & KATZ

*/s/ Marc Wolinsky*
MARC WOLINSKY
51 West 52nd Street
New York, NY  10019
Tel:  (212) 403-1000
Fax:  (212) 403-2000
mwolinsky@wlrk.com

-and-

FARELLA BRAUN & MARTEL LLP
NEIL A. GOTEINER
235 Montgomery Street
San Francisco, CA 94104
Tel:  (415) 954-4400
Fax:  (415) 954-4480
ngoteiner@fbm.com

*Counsel for Hewlett-Packard Company*


PILLSBURY WINTHROP SHAW
  PITTMAN LLP

*/s/ Bruce A. Ericson*
LAURA CHRISTINE HURTADO
BRUCE A. ERICSON
Four Embarcadero Center
22nd Floor
San Francisco, CA 94111
Tel:  (415) 983-1000
Fax:  (415) 983-1200
laura.hurtado@pillsburylaw.com
bruce.ericson@pillsburylaw.com

DEBEVOISE AND PLIMPTON LLP
BRUCE E. YANNETT
919 Third Avenue
New York, NY 10022
Tel:  (212) 909-6495
Fax:  (212) 521-7495
beyannett@debevoise.com

-and-

ADA FERNANDEZ JOHNSON
COLBY A. SMITH
555 13th Street, N.W.
Washington, DC 20004
Tel:  (202) 383-8095
Fax:  (202) 383-9224
afjohnson@debevoise.com
casmith@debevoise.com

*Counsel for Léo Apotheker*

COOLEY LLP

*/s/ Stephen C. Neal*
STEPHEN C. NEAL
JOHN C. DWYER
JEFFREY M. KABAN
ADAM C. TRIGG
JEFFREY M. WALKER
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel:  (650) 843-5000
Fax:  (650) 849-7400
nealsc@cooley.com
dwyerjc@cooley.com
kabanjm@cooley.com
atrigg@cooley.com
jwalker@cooley.com

*Counsel for Margaret C. Whitman*


WILSON SONSINI GOODRICH
  & ROSATI

*/s/ Steven M. Schatz*
STEVEN M. SCHATZ
KATHERINE L. HENDERSON
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel:  (650)493-9300
Fax:  (650) 565-5100
sschatz@wsgr.com
khenderson@wsgr.com

*Counsel for Catherine A. Lesjak*


FENWICK & WEST LLP

*/s/ Kevin Peter Muck*
KEVIN PETER MUCK
MARIE CAROLINE BAFUS
TAHIR IKEEM GOLDEN
555 California Street
12th Floor
San Francisco, CA 94104
Tel:  (415) 875-2387
Fax:  (415) 281-1350
kmuck@fenwick.com
mbafus@fenwick.com
tgolden@fenwick.com

*Counsel for James T. Murrin*

STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS ON BRIEFING                -5-
Master File No. C-12-5980 CRB

| | |
|---|---|
| 1 | STEPTOE & JOHNSON LLP |
| 2 | |
| 3 | */s/ Jennifer Brenda Bonneville*<br>JENNIFER BRENDA BONNEVILLE<br>633 West Fifth Street, Suite 700 |
| 4 | Los Angeles, CA 90071<br>Tel:  (213) 439-9400 |
| 5 | Fax:  (213) 439-9599<br>jbonneville@steptoe.com |
| 6 | -and- |
| 7 | LARA E ROMANSIC<br>1330 Connecticut Avenue NW |
| 8 | Washington, DC 20036<br>Tel:  (202) 429-3909 |
| 9 | lromansic@steptoe.com |
| | -and- |
| 10 | MICHELLE L LEVIN |
| 11 | JOHN D LOVI<br>1114 Avenue of the Americas |
| 12 | New York, NY 10036<br>Tel:  (212) 378-7519 |
| 13 | mlevin@steptoe.com<br>jlovi@steptoe.com |
| 14 | |
| 15 | JEFF E BUTLER<br>CLIFFORD CHANCE US LLP |
| 16 | 31 West 52nd Street<br>New York, NY 10019<br>Tel:  (212) 878-8205 |
| 17 | jeff.butler@cliffordchance.com |
| 18 | *Counsel for Michael R. Lynch* |
| 19 | O'MELVENY & MYERS LLP |
| 20 | */s/ Daniel H. Bookin*<br>DANIEL H. BOOKIN |
| 21 | DIANA CATHERINE ROGOSA<br>LISA CHEN |
| 22 | Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111 |
| 23 | Tel:  (415) 984-8786<br>Fax:  (415) 984-8701 |
| 24 | dbookin@omm.com<br>drogosa@omm.com |
| 25 | lisachen@omm.com |
| 26 | -and- |
| 27 | |
| 28 | |

STIPULATION AND [PROPOSED] ORDER RE PAGE LIMITS ON BRIEFING              -6-
Master File No. C-12-5980 CRB

| | |
|---|---|
| 1 | MATTHEW WILLIAM CLOSE |
| 2 | 400 South Hope Street<br>Los Angeles, CA 90071-2899 |
| 3 | Tel: (213) 430-6000<br>mclose@omm.com |
| 4 | *Counsel for Shane V. Robison* |
| 5 | |
| 6 | SKADDEN ARPS SLATE MEAGHER<br>  & FLOM LLP |
| 7 | */s/ Allen J. Ruby* |
| 8 | ALLEN J. RUBY<br>TIMOTHY A. MILLER |
| 9 | RICHARD S. HORVATH, JR.<br>525 University Ave |
| 10 | Palo Alto, CA 94301<br>Tel: (650)-470-4500 |
| 11 | Fax: (650) 470-4570<br>allen.ruby@skadden.com |
| 12 | timothy.miller@skadden.com<br>richard.horvath@skadden.com |
| 13 | -and- |
| 14 | ERIC S. WAXMAN<br>300 South Grand Ave, Suite 3400 |
| 15 | Los Angeles, CA 90071<br>Tel: (213) 687-5000 |
| 16 | Fax: (213) 687-5600<br>eric.waxman@skadden.com |
| 17 | *Counsel for Raymond J. Lane* |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**GENERAL ORDER NO 45, X.B.**

I, Ramzi Abadou, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Page Limits on Briefing.  In compliance with General Order No. 45, X.B., I hereby attest that Marc Wolinsky, Bruce A. Ericson, Stephen C. Neal, Steven M. Schatz, Kevin Peter Muck, Jennifer Brenda Bonneville, Daniel H. Bookin, and Allen J. Ruby have concurred in this filing.

                                                KESSLER TOPAZ MELTZER
                                                   & CHECK, LLP

                                              */s/ Ramzi Abadou*
                                              RAMZI ABADOU

1 **ORDER**

2 Pursuant to the foregoing stipulation, and good cause appearing,

3 **IT IS SO ORDERED.**

4 Dated: August 08, 2013



Hon. Charles R. Breyer
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28