KESSLER TOPAZ MELTZER
  & CHECK, LLP
RAMZI ABADOU (Bar No. 222567)
ELI R. GREENSTEIN (Bar No. 217945)
STACEY M. KAPLAN (Bar No. 241989)
PAUL A. BREUCOP (Bar No. 278807)
IOANA A. BROOKS (Bar No. 253123)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:  (415) 400-3000
Fax:  (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com
pbreucop@ktmc.com
ibrooks@ktmc.com

*Counsel for Lead Plaintiff PGGM Vermogensbeheer B.V.
and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP SECURITIES LITIGATION,<br><br>This Document Relates To: All Actions | Master File No. C-12-5980 CRB<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER DENYING:<br>(1) DEFENDANTS' MOTIONS TO DISMISS LEAD PLAINTIFF'S CONSOLIDATED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS; AND<br>(2) LEAD PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE** |

1    On July 2, 2013, Hewlett-Packard Company, Margaret C. Whitman, Léo Apotheker, Catherine A. Lesjak, Michael R. Lynch, Shane V. Robison, Raymond J. Lane, and James T. Murrin (collectively, "Defendants") filed eight separate motions to dismiss ("Motions to Dismiss") the Consolidated Complaint for Violation of Federal Securities Laws (the "Complaint") filed on May 3, 2013 by Lead Plaintiff PGGM Vermogensbeheer B.V. ("Lead Plaintiff"), pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, codified in relevant part at 15 U.S.C. §78u-4 *et seq*.

This matter came on for hearing on November 8, 2013, at 10:00 a.m.  The Court, having considered all the papers filed by the parties in connection with Defendants' Motions to Dismiss, the parties' arguments at hearing on this matter, other matters of which the Court may properly take judicial notice, and all other matters properly before the Court, and for good cause appearing:

It is hereby ordered that Defendants' Motions to Dismiss the Complaint are **DENIED**; and Defendant Michael R. Lynch's Request for Judicial Notice (Docket No. 126) is **DENIED**.

**IT IS SO ORDERED.**

Dated: November __, 2013

Hon. Charles R. Breyer
United States District Judge