WACHTELL, LIPTON, ROSEN & KATZ
MARC WOLINSKY (*pro hac vice*)
GEORGE T. CONWAY III (*pro hac vice*)
RACHELLE SILVERBERG (*pro hac vice*)
VINCENT G. LEVY (*pro hac vice*)
51 West 52nd Street
New York, NY 10019
Tel./Fax: 212.403.1000/2000
MWolinsky@wlrk.com
GTConway@wlrk.com
RSilverberg@wlrk.com
VGLevy@wlrk.com

FARELLA, BRAUN & MARTEL, LLP
NEIL A. GOTEINER, State Bar No. 83524
THOMAS B. MAYHEW, State Bar No. 183539
CHRISTOPHER C. WHEELER, State Bar No. 224872
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel./Fax: 415.954.4400/4480
NGoteiner@fbm.com
TMayhew@fbm.com
CWheeler@fbm.com

*Attorneys for Defendant Hewlett-Packard Company*

[Additional counsel appear on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HP SECURITIES LITIGATION<br><br>This Document Relates to: All Actions | Master File No. C-12-5980 CRB<br><br>Class Action<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF DEFENDANTS' MOTION TO DISMISS REPLY BRIEFS**<br><br>[Local Rule 7-12]<br><br>Judge:   Hon. Charles R. Breyer |

STIPULATION AND [PROPOSED]ORDER
REGARDING FILING OF MTD REPLY BRIEFS
MASTER FILE NO. C-12-5980 CRB

29306\3894680.1

This Stipulation is entered into by and among Lead Plaintiff and Defendants Hewlett-Packard Company, Léo Apotheker, Raymond J. Lane, Catherine A. Lesjak, James T. Murrin, Shane V. Robison, Margaret C. Whitman, and Michael Lynch in the above-captioned action, by and through their respective counsel.

## **STIPULATION**

WHEREAS, on July 2, 2013, Defendants filed motions to dismiss Lead Plaintiff's Consolidated Complaint;

WHEREAS, on August 30, 2103, Lead Plaintiff filed its Omnibus Memorandum Of Law In Opposition To Defendants' Motions To Dismiss ("Omnibus Opposition") (Docket No. 168);

WHEREAS, pursuant to the Stipulation And Order Re: Amendment Of Complaint And Time For Defendants' Response Thereto entered by the Court on January 4, 2013 (Docket No. 25), Defendants' reply briefs in support of their motions to dismiss are scheduled to be filed by September 30, 2013;

WHEREAS, Lead Plaintiff agrees that Defendants may file their reply briefs in support of their motions to dismiss by October 2, 2013;

THEREFORE, the parties, by and through their respective counsel, and subject to the Court's approval, stipulate and agree as follows:

Defendants may file their reply briefs in support of their motions to dismiss by October 2, 2013.

SO STIPULATED.

KESSLER TOPAZ MELTZER & CHECK, LLP

By:  */s/ Ramzi Abadou*  
    RAMZI ABADOU  
    ELI R. GREENSTEIN  
    STACEY M. KAPLAN  
    PAUL A. BREUCOP  
    IOANA A. BROOKS  
    One Sansome Street, Suite 1850  
    San Francisco, CA 94104

Dated:   September 26, 2013

```
          Tel: (415) 400-3000
          Fax: (415) 400-3001
          rabadou@ktmc.com
          egreenstein@ktmc.com
          skaplan@ktmc.com
          pbreucop@ktmc.com
          ibrooks@ktmc.com

-and-

          DAVID KESSLER
          DARREN J. CHECK
          280 King of Prussia Road
          Radnor, PA 19087
          Tel: (610) 667-7706
          Fax: (610) 667-7056
          dkessler@ktmc.com
          dcheck@ktmc.com

          *Counsel for Lead Plaintiff PGGM*
          *Vermogensbeheer B.V. and Lead Counsel for*
          *the Class*
```

WACHTELL, LIPTON, ROSEN & KATZ

By:  */s/* Marc Wolinsky                                   Dated:    September 26, 2013
     Marc Wolinsky
     George T. Conway III
     Rachelle Silverberg
     Vincent G. Levy
     51 West 52nd Street
     New York, NY  10019
     Telephone:  (212) 403-1000
     Facsimile:  (212) 403-2000

     FARELLA BRAUN & MARTEL, LLP
     Neil A. Goteiner
     Thomas B. Mayhew
     235 Montgomery Street
     San Francisco, CA  94104
     Telephone:  (415) 954-4400
     Facsimile:  (415) 954-4480

*Attorneys for Defendant Hewlett-Packard Company*

---

STIPULATION AND [PROPOSED]ORDER
REGARDING FILING OF MTD REPLY BRIEFS
MASTER FILE NO. C-12-5980 CRB

2

29306\3894680.1

COOLEY LLP

By:   */s/* Jeffrey M. Kaban     Dated:   September 26, 2013
    Stephen C. Neal
    John C. Dwyer
    Jeffrey M. Kaban
    Five Palo Alto Square
    3000 El Camino Real
    Palo Alto, CA 94306
    Telephone:  (650) 843-5000
    Facsimile:  (650) 849-7400

*Attorneys for Defendant Margaret Whitman*

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:   */s/* Ada Fernandez Johnson     Dated:   September 26, 2013
    Bruce A. Ericson
    Four Embarcadero Center, 22nd Floor
    San Francisco, CA 94111
    Telephone:  (415) 983-1000
    Facsimile:  (415) 983-1200

    DEBEVOISE & PLIMPTON LLP
    Colby A. Smith
    Ada Fernandez Johnson
    555 13th Street, N.W.
    Washington, D.C. 20004
    Telephone:  (202) 383-8000
    Facsimile:  (202) 383-8118

Bruce E. Yannett
919 Third Avenue
New York, NY 10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836

*Attorneys for Defendant Léo Apotheker*

WILSON SONSINI GOODRICH & ROSATI, PC

By:   */s/* Steven M. Schatz     Dated:   September 26, 2013
    Steven M. Schatz
    Cynthia Dy
    Brian Danitz
    Wilson Sonsini Goodrich & Rosati, PC

Katherine L. Henderson
Bryan Ketroser
One Market Plaza

|   |   |
|---|---|
| 650 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:  (650) 493-9300<br>Facsimile:  (650) 493-6811 | Spear Tower, Suite 3300<br>San Francisco, CA  94105<br>Telephone:  (415) 947-2000<br>Facsimile:  (415) 947-2099 |

*Attorneys for Defendant Catherine Lesjak*

S<small>KADDEN</small>, A<small>RPS</small>, S<small>LATE</small>, M<small>EAGHER</small> & F<small>LOM</small> LLP

By:   */s/* Timothy A. Miller         Dated:   September 26, 2013

    Eric S. Waxman
    300 South Grand Avenue, Suite 3400
    Los Angeles, California 90071
    Telephone: (213) 687-5000
    Facsimile: (213) 687-5600

Allen J. Ruby
Timothy A. Miller
Richard S. Horvath, Jr.
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Defendant Raymond J. Lane*

O'M<small>ELVENY</small> & M<small>YERS</small> LLP

By:   */s/* Daniel H. Bookin         Dated:   September 26, 2013

    Daniel H. Bookin
    Two Embarcadero Center, 28th Floor
    San Francisco, CA 94111
    Telephone:  (415) 984-8700
    Facsimile:  (415) 984-8701

Matthew W. Close
400 South Hope Street
Los Angeles, CA 90071
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

*Attorneys for Defendant Shane V. Robison*

F<small>ENWICK</small> & W<small>EST</small> LLP

By:   */s/* Kevin Muck         Dated:   September 26, 2013

    Kevin Muck
    Jennifer Bretan
    Marie Bafus
    555 California Street, 12th Floor
    San Francisco, CA  94104
    Telephone:  (415) 875-2300
    Facsimile:  (415) 281-1350

*Attorneys for Defendant James T. Murrin*

STEPTOE & JOHNSON LLP

By:   */s/* John D. Lovi                              Dated:   September 26, 2013
     Jennifer Brenda Bonneville
     633 West Fifth Street, Suite 700
     Los Angeles, CA 90071
     Telephone:  (213) 439-9400
     Facsimile:    (213) 439-9599
     jbonneville@steptoe.com

     Jeff E. Butler
     CLIFFORD CHANCE US LLP
     31 West 52nd Street
     New York, NY 10019
     Telephone:  (212) 878-8205
     jeff.butler@cliffordchance.com

     Lara E. Romansic
     STEPTOE & JOHNSON LLP
     1330 Connecticut Avenue NW
     Washington, DC 20036
     Telephone:  (202) 429-3909
     lromansic@steptoe.com

     Michelle L. Levin
     John D. Lovi
     STEPTOE & JOHNSON LLP
     1114 Avenue of the Americas
     New York, NY 10036
     Telephone:  (212) 378-7519
     mlevin@steptoe.com
     jlovi@steptoe.com

*Counsel for Michael R. Lynch*

## ATTESTATION OF CONCURRENCE IN FILING

In accordance with N.D. Cal. LR 5-1(i)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated:  September 26, 2013.               FARELLA, BRAUN & MARTEL, LLP


By:       /s/
       Neil A. Goteiner

Attorneys for Defendant
Hewlett-Packard Company

### [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**

---

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE