| | |
|---|---|
| IN RE HP SECURITIES LITIGATION | Master File No. C-12-5980 CRB |
| | Class Action |
| This Document Relates to:  All Actions | **ORDER ON HP DEFENDANTS' MOTION REGARDING PAGE LIMITS ON DEFENDANTS' MOTION TO DISMISS REPLY BRIEFS** |
| | [Local Rule 7-11] |
| | Judge:     Hon. Charles R. Breyer |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**ORDER**

IT IS HEREBY ORDERED THAT good cause exists to support the granting of Defendants' Administrative Motion Regarding Page Limits On Motion To Dismiss Reply Briefs. Accordingly, the Motion is GRANTED. The Court hereby enters the following Order:

1. The reply briefs of Defendants HP, Whitman, Apotheker, Lesjak, Robison, Lane, and Murrin, in the aggregate, shall not exceed 90 pages; and
2. HP may file a reply brief not to exceed 30 pages.

IT IS SO ORDERED.

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*