| | |
|---|---|
| 1 | WACHTELL, LIPTON, ROSEN & KATZ |
|  | MARC WOLINSKY (*pro hac vice*) |
| 2 | GEORGE T. CONWAY III (*pro hac vice*) |
|  | RACHELLE SILVERBERG (*pro hac vice*) |
| 3 | VINCENT G. LEVY (*pro hac vice*) |
|  | 51 West 52nd Street |
| 4 | New York, NY  10019 |
|  | Tel./Fax:  212.403.1000/2000 |
| 5 | MWolinsky@wlrk.com |
|  | GTConway@wlrk.com |
| 6 | RSilverberg@wlrk.com |
|  | VGLevy@wlrk.com |
| 7 | FARELLA, BRAUN & MARTEL, LLP |
| 8 | NEIL A. GOTEINER, State Bar No. 83524 |
|  | THOMAS B. MAYHEW, State Bar No. 183539 |
| 9 | CHRISTOPHER C. WHEELER, State Bar No. 224872 |
|  | 235 Montgomery Street, 17th Floor |
| 10 | San Francisco, CA  94104 |
|  | Tel./Fax:  415.954.4400/4480 |
| 11 | NGoteiner@fbm.com |
|  | TMayhew@fbm.com |
| 12 | CWheeler@fbm.com |

*Attorneys for Defendant Hewlett-Packard Company*

[Additional counsel appear on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HP SECURITIES LITIGATION | Master File No. C-12-5980 CRB |
|  | Class Action |
|  | **STIPULATION AND ORDER REGARDING FILING OF DEFENDANTS' MOTION TO DISMISS REPLY BRIEFS** |
| This Document Relates to:  All Actions | |
|  | [Local Rule 7-12] |
|  | Judge:     Hon. Charles R. Breyer |

STIPULATION AND ORDER
REGARDING FILING OF MTD REPLY BRIEFS
MASTER FILE NO. C-12-5980 CRB

29306\3894680.1

This Stipulation is entered into by and among Lead Plaintiff and Defendants Hewlett-Packard Company, Léo Apotheker, Raymond J. Lane, Catherine A. Lesjak, James T. Murrin, Shane V. Robison, Margaret C. Whitman, and Michael Lynch in the above-captioned action, by and through their respective counsel.

**STIPULATION**

WHEREAS, on July 2, 2013, Defendants filed motions to dismiss Lead Plaintiff's Consolidated Complaint;

WHEREAS, on August 30, 2103, Lead Plaintiff filed its Omnibus Memorandum Of Law In Opposition To Defendants' Motions To Dismiss ("Omnibus Opposition") (Docket No. 168);

WHEREAS, pursuant to the Stipulation And Order Re: Amendment Of Complaint And Time For Defendants' Response Thereto entered by the Court on January 4, 2013 (Docket No. 25), Defendants' reply briefs in support of their motions to dismiss are scheduled to be filed by September 30, 2013;

WHEREAS, Lead Plaintiff agrees that Defendants may file their reply briefs in support of their motions to dismiss by October 2, 2013;

THEREFORE, the parties, by and through their respective counsel, and subject to the Court's approval, stipulate and agree as follows:

Defendants may file their reply briefs in support of their motions to dismiss by October 2, 2013.

SO STIPULATED.

KESSLER TOPAZ MELTZER & CHECK, LLP

By:  /s/ Ramzi Abadou                     Dated:   September 26, 2013
    RAMZI ABADOU
    ELI R. GREENSTEIN
    STACEY M. KAPLAN
    PAUL A. BREUCOP
    IOANA A. BROOKS
    One Sansome Street, Suite 1850
    San Francisco, CA 94104

|   |   |   |
|---|---|---|
| 1 | Tel: (415) 400-3000 |   |
|   | Fax: (415) 400-3001 |   |
| 2 | rabadou@ktmc.com |   |
|   | egreenstein@ktmc.com |   |
| 3 | skaplan@ktmc.com |   |
|   | pbreucop@ktmc.com |   |
| 4 | ibrooks@ktmc.com |   |

5   -and-

6   DAVID KESSLER
    DARREN J. CHECK
7   280 King of Prussia Road
    Radnor, PA 19087
8   Tel: (610) 667-7706
    Fax: (610) 667-7056
9   dkessler@ktmc.com
    dcheck@ktmc.com
10

11  *Counsel for Lead Plaintiff PGGM*
    *Vermogensbeheer B.V. and Lead Counsel for*
12  *the Class*

13

14  WACHTELL, LIPTON, ROSEN & KATZ

15
    By:    */s/ Marc Wolinsky*                    Dated:    September 26, 2013
16         Marc Wolinsky
           George T. Conway III
17         Rachelle Silverberg
           Vincent G. Levy
18         51 West 52nd Street
           New York, NY  10019
19         Telephone:  (212) 403-1000
20         Facsimile:  (212) 403-2000

21      FARELLA BRAUN & MARTEL, LLP
        Neil A. Goteiner
22      Thomas B. Mayhew
        235 Montgomery Street
23      San Francisco, CA  94104
        Telephone:  (415) 954-4400
24      Facsimile:  (415) 954-4480

25
    *Attorneys for Defendant Hewlett-Packard*
26  *Company*

27

28
    STIPULATION AND ORDER                          2                        29306\3894680.1
    REGARDING FILING OF MTD REPLY BRIEFS
    MASTER FILE NO. C-12-5980 CRB

COOLEY LLP

By: _/s/ Jeffrey M. Kaban_   Dated: September 26, 2013
    Stephen C. Neal
    John C. Dwyer
    Jeffrey M. Kaban
    Five Palo Alto Square
    3000 El Camino Real
    Palo Alto, CA 94306
    Telephone: (650) 843-5000
    Facsimile: (650) 849-7400

*Attorneys for Defendant Margaret Whitman*

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _/s/ Ada Fernandez Johnson_   Dated: September 26, 2013
    Bruce A. Ericson
    Four Embarcadero Center, 22nd Floor
    San Francisco, CA 94111
    Telephone: (415) 983-1000
    Facsimile: (415) 983-1200

    DEBEVOISE & PLIMPTON LLP
    Colby A. Smith   Bruce E. Yannett
    Ada Fernandez Johnson   919 Third Avenue
    555 13th Street, N.W.   New York, NY 10022
    Washington, D.C. 20004   Telephone: (212) 909-6000
    Telephone: (202) 383-8000   Facsimile: (212) 909-6836
    Facsimile: (202) 383-8118

*Attorneys for Defendant Léo Apotheker*

WILSON SONSINI GOODRICH & ROSATI, PC

By: _/s/ Steven M. Schatz_   Dated: September 26, 2013
    Steven M. Schatz
    Cynthia Dy   Katherine L. Henderson
    Brian Danitz   Bryan Ketroser
    Wilson Sonsini Goodrich & Rosati, PC   One Market Plaza

STIPULATION AND ORDER   3   29306\3894680.1
REGARDING FILING OF MTD REPLY BRIEFS
MASTER FILE NO. C-12-5980 CRB

|   |   |
|---|---|
| 650 Page Mill Road | Spear Tower, Suite 3300 |
| Palo Alto, CA  94304 | San Francisco, CA  94105 |
| Telephone:  (650) 493-9300 | Telephone:  (415) 947-2000 |
| Facsimile:  (650) 493-6811 | Facsimile:  (415) 947-2099 |

*Attorneys for Defendant Catherine Lesjak*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:   */s/* Timothy A. Miller              Dated:   September 26, 2013
     Eric S. Waxman
     300 South Grand Avenue, Suite 3400     Allen J. Ruby
     Los Angeles, California 90071     Timothy A. Miller
     Telephone: (213) 687-5000     Richard S. Horvath, Jr.
     Facsimile: (213) 687-5600     525 University Avenue, Suite 1400
     Palo Alto, California 94301
*Attorneys for Defendant Raymond J. Lane*     Telephone: (650) 470-4500
    Facsimile: (650) 470-4570

O'MELVENY & MYERS LLP

By:   */s/* Daniel H. Bookin              Dated:   September 26, 2013
     Daniel H. Bookin
     Two Embarcadero Center, 28th Floor     Matthew W. Close
     San Francisco, CA 94111     400 South Hope Street
     Telephone:  (415) 984-8700     Los Angeles, CA 90071
     Facsimile:  (415) 984-8701     Telephone:  (213) 430-6000
    Facsimile:  (213) 430-6407
*Attorneys for Defendant Shane V. Robison*

FENWICK & WEST LLP

By:   */s/* Kevin Muck              Dated:   September 26, 2013
     Kevin Muck
     Jennifer Bretan
     Marie Bafus
     555 California Street, 12th Floor
     San Francisco, CA  94104
     Telephone:  (415) 875-2300
     Facsimile:  (415) 281-1350

STIPULATION AND ORDER
REGARDING FILING OF MTD REPLY BRIEFS
MASTER FILE NO. C-12-5980 CRB

4

29306\3894680.1

*Attorneys for Defendant James T. Murrin*

S TEPTOE & J OHNSON LLP

By:   /s/ John D. Lovi                              Dated:   September 26, 2013
    Jennifer Brenda Bonneville
    633 West Fifth Street, Suite 700
    Los Angeles, CA 90071
    Telephone: (213) 439-9400
    Facsimile:   (213) 439-9599
    jbonneville@steptoe.com

    Jeff E. Butler
    C LIFFORD C HANCE US LLP
    31 West 52nd Street
    New York, NY 10019
    Telephone: (212) 878-8205
    jeff.butler@cliffordchance.com

    Lara E. Romansic
    S TEPTOE & J OHNSON LLP
    1330 Connecticut Avenue NW
    Washington, DC 20036
    Telephone: (202) 429-3909
    lromansic@steptoe.com

    Michelle L. Levin
    John D. Lovi
    S TEPTOE & J OHNSON LLP
    1114 Avenue of the Americas
    New York, NY 10036
    Telephone: (212) 378-7519
    mlevin@steptoe.com
    jlovi@steptoe.com

*Counsel for Michael R. Lynch*

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with N.D. Cal. LR 5-1(i)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated: September 26, 2013.                    FARELLA, BRAUN & MARTEL, LLP


By: ____/s/_____
         Neil A. Goteiner

Attorneys for Defendant
Hewlett-Packard Company

**ORDER**

Pursuant to the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]*