KESSLER TOPAZ MELTZER
 & CHECK, LLP
RAMZI ABADOU (Bar No. 222567)
ELI R. GREENSTEIN (Bar No. 217945)
STACEY M. KAPLAN (Bar No. 241989)
PAUL A. BREUCOP (Bar No. 278807)
IOANA A. BROOKS (Bar No. 253123)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001
rabadou@ktmc.com
egreenstein@ktmc.com
skaplan@ktmc.com
pbreucop@ktmc.com
ibrooks@ktmc.com

*Counsel for Lead Plaintiff PGGM Vermogensbeheer B.V.
and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP SECURITIES LITIGATION,<br><br>This Document Relates To: All Actions | Master File No. C-12-5980 CRB<br><br>**CLASS ACTION**<br><br>**LEAD PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date: November 8, 2013<br>Time: 10:00 a.m.<br>Judge: Honorable Charles R. Breyer<br>Room: 6 - 17th Floor |

PGGM Vermogensbeheer B.V. ("Lead Plaintiff") respectfully submits this notice of supplemental authority to apprise the Court of the recent decision in *In re MGM Mirage Sec. Litig.*, 2013 U.S. Dist. LEXIS 139356 (D. Nev. Sept. 26, 2013) ("*MGM*"). *MGM* supports the denial of Defendants' motions to dismiss in several key respects. First, in *MGM*, the court determined that the PSLRA's "safe harbor" did not protect forward-looking statements alleged to be misleading due to the "omission of material facts presently known to the speaker." *MGM*, 2013 U.S. Dist. LEXIS 139356, at *25-26; *see* ECF No. 168 at 31-32, n.44. The *MGM* court also determined that "[d]efendants grossly misappl[ied] the standard" for scienter because, like Defendants here, they asked the court to "improperly scrutinize individual allegations of scienter in isolation [] while ignoring the main allegations dealing with scienter." 2013 U.S. Dist. LEXIS 139356, at *28 (footnote omitted); *see* ECF No. 168 at 19.[1] Finally, *MGM* rejected defendants' obvious attempt, as here, to "mischaracterize" plaintiffs' allegations. 2013 U.S. Dist. LEXIS 139356, at *18; *see* ECF No. 168 at ii-iv, 14.

Dated: October 1, 2013                           Respectfully submitted,

                                                 KESSLER TOPAZ MELTZER
                                                   & CHECK, LLP

                                                 */s/ Paul A. Breucop*
                                                 RAMZI ABADOU
                                                 ELI R. GREENSTEIN
                                                 STACEY M. KAPLAN
                                                 PAUL A. BREUCOP
                                                 IOANA A. BROOKS
                                                 One Sansome Street, Suite 1850
                                                 San Francisco, CA 94104
                                                 Tel: (415) 400-3000
                                                 Fax: (415) 400-3001
                                                 rabadou@ktmc.com
                                                 egreenstein@ktmc.com
                                                 skaplan@ktmc.com
                                                 pbreucop@ktmc.com
                                                 ibrooks@ktmc.com

                                                 -and-

                                                 DAVID KESSLER
                                                 DARREN J. CHECK
                                                 280 King of Prussia Road

---

[1] Kessler Topaz Meltzer & Check, LLP is also lead counsel in *MGM*.

LEAD PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY                           -1-
Master File No. C-12-5980 CRB

1
2
3

Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
dkessler@ktmc.com
dcheck@ktmc.com

4
5

*Counsel for Lead Plaintiff PGGM Vermogensbeheer B.V. and Lead Counsel for the Class*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEAD PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY -2-
Master File No. C-12-5980 CRB

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 1, 2013.

        KESSLER TOPAZ MELTZER
          & CHECK, LLP

        */s/ Paul Breucop*
        PAUL BREUCOP

## Mailing Information for a Case 3:12-cv-05980-CRB

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@ktmc.com,yjayasuriya@ktmc.com,knguyen@ktmc.com,kweiland@ktmc.com,arobles@ktmc.com

- **Marie Caroline Bafus**
  mbafus@fenwick.com,pnichols@fenwick.com,cprocida@fenwick.com

- **Andrea Bascheri**
  sammirati@bottinilaw.com

- **Stephen R. Basser**
  sbasser@barrack.com,lnapoleon@barrack.com,cfessia@barrack.com

- **Jennifer Brenda Bonneville**
  jbonneville@steptoe.com,afarren@steptoe.com

- **Daniel H. Bookin**
  dbookin@omm.com,LitigationCalendar@omm.com,rgonzalez@omm.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Jennifer Corinne Bretan**
  jbretan@fenwick.com,mbafus@fenwick.com,kayoung@fenwick.com,pnichols@fenwick.com

- **Paul Aaron Breucop**
  pbreucop@ktmc.com

- **Jeff E Butler**
  jeff.butler@cliffordchance.com,MCO@cliffordchance.com

- **Darren J. Check**
  dcheck@ktmc.com

- **Lisa Chen**
  lisachen@omm.com,kquintanilla@omm.com

- **Matthew William Close**
  mclose@omm.com

- **George Thomas Conway , III**
  gtconway@wlrk.com,calert@wlrk.com

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **John C. Dwyer**
  dwyerjc@cooley.com,giovannonib@cooley.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,jhamilton@cpmlegal.com,obacigalupi@cpmlegal.com,pmenzel@cpmlegal.com

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com,docket@pillsburylaw.com

- **Frederic S. Fox**
  ffox@kaplanfox.com

- **Tahir Ikeem Golden**
  tgolden@fenwick.com,cprocida@fenwick.com

- **Neil A. Goteiner**
  ngoteiner@fbm.com,calendar@fbm.com,karentsen@fbm.com

- **Eli Greenstein**
  egreenstein@ktmc.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Richard Stephen Horvath , Jr**
  richard.horvath@skadden.com

- **Laura Christine Hurtado**
  laura.hurtado@pillsburylaw.com,docket@pillsburylaw.com

- **Ada Fernandez Johnson**
  afjohnson@debevoise.com,cford@debevoise.com,mao-ecf@debevoise.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Stacey Marie Kaplan**
  skaplan@ktmc.com,jjoost@ktmc.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Laurence D. King**
  lking@kaplanfox.com,spowley@kaplanfox.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Michelle L Levin**
  mlevin@steptoe.com

- **Vincent G Levy**
  vglevy@wlrk.com,calert@wlrk.com

- **John D Lovi**
  jlovi@steptoe.com

- **Thomas B. Mayhew**
  tmayhew@fbm.com,calendar@fbm.com

- **Timothy Alan Miller**
  Timothy.Miller@skadden.com,jan.schilling@skadden.com,Kerry.Kumabe@skadden.com,wayne.campbell@skadden.com,richard.horvath@skadden.com

- **Christopher J Morvillo**
  christopher.morvillo@cliffordchance.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Blair Allen Nicholas**
  blairn@blbglaw.com,denab@blbglaw.com,amyn@blbglaw.com,kayem@blbglaw.com,jessica.cuccurullo@blbglaw.com,nikim@blbglaw.com

- **Alan R. Plutzik**
  aplutzik@bramsonplutzik.com,ptoovey@bramsonplutzik.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Diana Catherine Rogosa**
  drogosa@omm.com,lschmalz@omm.com,Deshelman@omm.com,dewalker@omm.com,Lisachen@omm.com

- **Lara E Romansic**
  lromansic@steptoe.com

- **Allen Ruby**
  Allen.Ruby@Skadden.com,marilyn.garibaldi@skadden.com,rosanna.keenan@skadden.com

- **Steven Mark Schatz**
  sschatz@wsgr.com,cfoung@wsgr.com

- **Rachelle Silverberg**
  rsilverberg@wlrk.com,calert@wlrk.com

- **Colby A. Smith**
  casmith@debevoise.com

- **Sarah Ann Sulkowski**
  sarah.sulkowski@cliffordchance.com,christopher.morvillo@cliffordchance.com

- **Adam Christopher Trigg**
  atrigg@cooley.com,jcorrell@cooley.com

- **Avraham Noam Wagner**
  avi@thewagnerfirm.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com,lalmanza@cooley.com,foxl@cooley.com

- **Samuel M. Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Eric Steven Waxman**
  ewaxman@skadden.com,btravagl@skadden.com

- **Christopher C. Wheeler , Esq**
  cwheeler@fbm.com,llaflamme@fbm.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Marc Wolinsky**
  mwolinsky@wlrk.com,calert@wlrk.com

- **Bruce E. Yannett**
  beyannet@debevoise.com,mao-ecf@debevoise.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Allan J. Nicolow
'
```