**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **November 21, 2013**            Time: 2 hrs 8 minutes

**C-12-05980 CRB**

  In re **HP SECURITIES LITIGATION**

Attorneys:      Stacey Kaplan, Ramzi Aadou          Marc Wolinsky, Bruce Ericson, Ada F Johnson, Adam Trigg, Neil Goteiner, David Zhou, Vincent Levy, Daniel Bookin, Matthew Close Jennifer Bretan, Kevin Muck, Laura Romansic, John Lovi, Cathie Lesjak, Steven Schat, Timothy Miller, Kerry Kumabe and John Dwyer by telephone.

Deputy Clerk: Barbara Espinoza            Reporter:  **Connie Kuhl**

**PROCEEDINGS:**                    **RULING:**

1.  Motions to Dismiss
       Michael Lynch                                            Submitted

       Leo Apotheker

       James Murrin

       Raymond Lane

       HP Company

       Catherine Lesjak

       Margaret Whitman

       Shane Robison

**ORDERED AFTER HEARING:**