KESSLER TOPAZ MELTZER
  & CHECK, LLP
ELI R. GREENSTEIN (Bar No. 217945)
STACEY M. KAPLAN (Bar No. 241989)
PAUL A. BREUCOP (Bar No. 278807)
IOANA A. BROOKS (Bar No. 253123)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:  (415) 400-3000
Fax:  (415) 400-3001
egreenstein@ktmc.com
skaplan@ktmc.com
pbreucop@ktmc.com
ibrooks@ktmc.com

*Counsel for Lead Plaintiff PGGM Vermogensbeheer B.V.
and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP SECURITIES LITIGATION,<br><br>This Document Relates To: All Actions | Master File No. C-12-5980 CRB<br><br>**CLASS ACTION**<br><br>**LEAD PLAINTIFF'S REQUEST FOR CLARIFICATION OF THE COURT'S ORDER RE MOTIONS TO DISMISS** |

Lead Plaintiff respectfully requests clarification as to whether the Court's November 26, 2013 Order Re Motions to Dismiss (the "Order") granted in full Hewlett Packard ("HP" or the "Company") Chief Financial Officer Catherine A. Lesjak's ("Lesjak") Motion to Dismiss Consolidated Complaint. Dkt. No. 136.[1] In particular, the first page of the Order states that "[t]he Court GRANTS the motion to dismiss as to Defendants Apotheker, Lane, Lynch, Murrin and Robison because Plaintiff has failed to plead facts establishing a strong inference of scienter or a primary violation of §10(b)," but makes no mention of Lesjak. Dkt. No. 201 at 1. By contrast, the Order later states that "the Court GRANTS the motions to dismiss except as to Whitman and HP." Dkt. No. 201 at 20.

Additionally, the Order held that HP's third quarter 2012 Form 10-Q filed with the Securities and Exchange Commission on September 10, 2012 ("3Q12 Form 10-Q"), which Lesjak signed, "went too far when it stated: 'At the time of the Autonomy Acquisition in October 2011, the fair value of Autonomy approximated the carrying value.' This statement was misleading." Dkt. No. 201 at 19. The Court reasoned that "[b]y September 2012, **Defendants**[2] knew there was a real possibility that HP had substantially overpaid for Autonomy. While there was no obligation for **Defendants** to announce the investigation or choose a specific dollar amount for the write-down until the PwC investigation was completed, '[m]anagers cannot tell lies.' **Defendants** may not have known for certain that HP had overpaid for Autonomy as of that date, but they did know that a credible alternative explanation was under investigation. For that reason, it could not be asserted with certainty and without qualification that as of the date of the acquisition, 'the fair value of Autonomy approximated the carrying value.'" *Id.* (emphasis

---

[1] Lead Plaintiff is not seeking the Court's reconsideration of any portion of its decision but, rather, requests guidance regarding genuine ambiguities in the Order. Where, as here, "a party genuinely needs further guidance from the Court as to some issue…the Court has inherent power to provide such further clarification as may be appropriate in the particular circumstances." *Niva v. United States*, 2009 U.S. Dist. LEXIS 107762, at *10-11 (N.D. Cal. 2009); *see also In re Genentech, Inc. Sec. Litig.*, 1989 U.S. Dist. LEXIS 13424, at *3-4 (N.D. Cal. 1989) (granting motion for clarification where motion to dismiss order did not specify whether news articles, press releases, and public statements were included in the category of statements that were dismissed).

[2] "Defendants," as defined on the first page of the Order, includes Lesjak. *See* Dkt. No. 201 at 1 ("Defendant Hewlett-Packard ('HP') and seven individual defendants who are current and former HP directors and executives, (collectively, 'Defendants')").

1   added, citation omitted).  As a result, the Court concluded that "***Defendants***' motions are

2   DENIED as to this statement in HP's [3Q12 Form 10-Q]." *Id.* (emphasis added).  Lead Plaintiff

3   respectfully seeks clarification regarding whether Lesjak is a "Defendant[]" whose "motion[] [is]

4   DENIED as to this statement in HP's [3Q12 Form 10-Q]." *Id.*

6   Dated:  December 24, 2013                           Respectfully submitted,

                                                        KESSLER TOPAZ MELTZER
                                                          & CHECK, LLP

                                                         /s/Stacey M. Kaplan
                                                        ELI R. GREENSTEIN
                                                        STACEY M. KAPLAN
                                                        PAUL A. BREUCOP
                                                        IOANA A. BROOKS
                                                        One Sansome Street, Suite 1850
                                                        San Francisco, CA 94104
                                                        Tel:  (415) 400-3000
                                                        Fax:  (415) 400-3001
                                                        egreenstein@ktmc.com
                                                        skaplan@ktmc.com
                                                        pbreucop@ktmc.com
                                                        ibrooks@ktmc.com

                                                        -and-

                                                        DAVID KESSLER
                                                        DARREN J. CHECK
                                                        280 King of Prussia Road
                                                        Radnor, PA 19087
                                                        Tel:  (610) 667-7706
                                                        Fax:  (610) 667-7056
                                                        dkessler@ktmc.com
                                                        dcheck@ktmc.com

                                                        *Counsel for Lead Plaintiff PGGM*
                                                        *Vermogensbeheer B.V. and Lead Counsel for*
                                                        *the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 24, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 24, 2013.

>                           KESSLER TOPAZ MELTZER
>                             & CHECK, LLP
>
>                           */s/ Stacey M. Kaplan*
>                           STACEY M. KAPLAN

LEAD PLAINTIFF'S REQUEST FOR CLARIFICATION
OF THE COURT'S ORDER RE MOTIONS TO DISMISS                                    -3-
Master File No. C-12-5980 CRB

**Mailing Information for a Case 3:12-cv-05980-CRB**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@ktmc.com,yjayasuriya@ktmc.com,knguyen@ktmc.com,kweiland@ktmc.com,arobles@ktmc.com

- **Marie Caroline Bafus**
  mbafus@fenwick.com,vsheehan@fenwick.com,pnichols@fenwick.com

- **Andrea Bascheri**
  sammirati@bottinilaw.com

- **Stephen R. Basser**
  sbasser@barrack.com,lnapoleon@barrack.com,cfessia@barrack.com

- **Jennifer Brenda Bonneville**
  jbonneville@steptoe.com,afarren@steptoe.com

- **Daniel H. Bookin**
  dbookin@omm.com,LitigationCalendar@omm.com,rgonzalez@omm.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Jennifer Corinne Bretan**
  jbretan@fenwick.com,mbafus@fenwick.com,kayoung@fenwick.com,pnichols@fenwick.com

- **Paul Aaron Breucop**
  pbreucop@ktmc.com

- **Jeff E Butler**
  jeff.butler@cliffordchance.com,MCO@cliffordchance.com

- **Darren J. Check**
  dcheck@ktmc.com

- **Lisa Chen**
  lisachen@omm.com,kquintanilla@omm.com

- **Matthew William Close**
  mclose@omm.com

- **George Thomas Conway , III**
  gtconway@wlrk.com,calert@wlrk.com

- **Brian Danitz**
  bdanitz@wsgr.com,pbaird@wsgr.com

- **John C. Dwyer**
  dwyerjc@cooley.com,giovannonib@cooley.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,jhamilton@cpmlegal.com,obacigalupi@cpmlegal.com,pmenzel@cpmlegal.com

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com,docket@pillsburylaw.com

- **Frederic S. Fox**
  ffox@kaplanfox.com

- **Tahir Ikeem Golden**
  tgolden@fenwick.com,vsheehan@fenwick.com

- **Neil A. Goteiner**
  ngoteiner@fbm.com,calendar@fbm.com,karentsen@fbm.com

- **Eli Greenstein**
  egreenstein@ktmc.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,abaranski@wsgr.com

- **Richard Stephen Horvath , Jr**
  richard.horvath@skadden.com

- **Laura Christine Hurtado**
  laura.hurtado@pillsburylaw.com,docket@pillsburylaw.com

- **Ada Fernandez Johnson**
  afjohnson@debevoise.com,cford@debevoise.com,mao-ecf@debevoise.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,jdwyer@cooley.com,lalmanza@cooley.com

- **Stacey Marie Kaplan**
  skaplan@ktmc.com,jjoost@ktmc.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Bryan Jacob Ketroser**
  bketroser@wsgr.com

- **Laurence D. King**
  lking@kaplanfox.com,spowley@kaplanfox.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Michelle L Levin**
  mlevin@steptoe.com

- **Vincent G Levy**
  vglevy@wlrk.com,calert@wlrk.com

- **John D Lovi**
  jlovi@steptoe.com

- **Thomas B. Mayhew**
  tmayhew@fbm.com,tbuchanan@fbm.com,calendar@fbm.com

- **Timothy Alan Miller**
  Timothy.Miller@skadden.com,jan.schilling@skadden.com,Kerry.Kumabe@skadden.com,wayne.campbell@skadden.com,richard.horvath@skadden.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,rbarghi@cpmlegal.com,obacigalupi@cpmlegal.com,jacosta@cpmlegal.com

- **Christopher J Morvillo**
  christopher.morvillo@cliffordchance.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,vsheehan@fenwick.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Blair Allen Nicholas**
  blairn@blbglaw.com,denab@blbglaw.com,amyn@blbglaw.com,kayem@blbglaw.com,jessica.cuccurullo@blbglaw.com,nikim@blbglaw.com

- **Alan R. Plutzik**
  aplutzik@bramsonplutzik.com,ptoovey@bramsonplutzik.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Diana Catherine Rogosa**
  drogosa@omm.com,lschmalz@omm.com,Deshelman@omm.com,dewalker@omm.com,Lisachen@omm.com

- **Lara E Romansic**
  lromansic@steptoe.com

- **Allen Ruby**
  Allen.Ruby@Skadden.com,marilyn.garibaldi@skadden.com,rosanna.keenan@skadden.com

- **Steven Mark Schatz**
  sschatz@wsgr.com,pbaird@wsgr.com,cfoung@wsgr.com

- **Rachelle Silverberg**
  rsilverberg@wlrk.com,calert@wlrk.com

- **Colby A. Smith**
  casmith@debevoise.com

- **Sarah Ann Sulkowski**
  sarah.sulkowski@cliffordchance.com,christopher.morvillo@cliffordchance.com

- **Adam Christopher Trigg**
  atrigg@cooley.com,jcorrell@cooley.com

- **Avraham Noam Wagner**
  avi@thewagnerfirm.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com,foxl@cooley.com

- **Samuel M. Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Eric Steven Waxman**
  ewaxman@skadden.com,btravagl@skadden.com

- **Christopher C. Wheeler , Esq**
  cwheeler@fbm.com,llaflamme@fbm.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Marc Wolinsky**
  mwolinsky@wlrk.com,calert@wlrk.com

- **Bruce E. Yannett**
  beyannet@debevoise.com,mao-ecf@debevoise.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Allan J. Nicolow**
,