IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HP SECURITIES LITIGATION | Master File No. C 12-05980 CRB |
| This Document Relates to:<br>No. C-12-5980 CRB (Nicolow)<br>No. C-12-6074 CRB (Pokoik) | CLASS ACTION<br>**ORDER RE REQUEST FOR CLARIFICATION** |

Now before the Court is Plaintiff's request for clarification (dkt. 204) of the Court's order RE motions to dismiss ("Order") (dkt. 201). The Order granted in full the motions to dismiss as to Defendant Lesjak.

**IT IS SO ORDERED.**

Dated: January 6, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE