1
2
3
4
5
6
7
8
9
10
11
12   IN RE HP SECURITIES LITIGATION,          Master File No. C-12-5980 CRB

13   This Document Relates To: All Actions   **CLASS ACTION**

14                                            **ORDER GRANTING WITHDRAWAL OF COUNSEL**
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 **ORDER**

2 Upon consideration of Lead Plaintiff's Notice of Withdrawal of Counsel, and for good cause

3 shown, it is HEREBY ORDERED that Ramzi Abadou is hereby withdrawn as counsel in the

4 above-captioned matter.

7 Dated:  January 10, 2014



Hon. Ch[...]
United S[...]