Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re HP Securities Litigation )
)  Case No: C-12-5980-CRB
         Plaintiff(s), )
)  **APPLICATION FOR**
    v. )  **ADMISSION OF ATTORNEY**
)  **PRO HAC VICE**
This Document Relates to: All Actions )  (CIVIL LOCAL RULE 11-3)
)
         Defendant(s). )

I, Andrew Zivitz, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff PGGM Vermogensbeheer B.V. in the above-entitled action. My local co-counsel in this case is Eli R. Greenstein, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kessler Topaz Meltzer & Check, LLP | Kessler Topaz Meltzer & Check, LLP |
| 280 King of Prussia Rd., Radnor, PA 19087 | One Sansome Street, #1850 SF, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (610) 667-7706 | (415) 400-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| azivitz@ktmc.com | egreenstein@ktmc.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 76554.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/27/14

Andrew Zivitz
APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Andrew Zivitz is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 28, 2014

UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

PRO HAC VICE APPLICATION & ORDER                                          October 2012