IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION | No. 3:12-cv-06003-CRB<br>**ORDER** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

    All interested parties are hereby directed to serve and file any views they wish to raise as to the Second Amended and Restated Stipulation of Settlement (dkt. 242), including the attorneys' fees procedure as reflected in Plaintiff's Submission (dkt. 233-1), on or before October 24, 2014. Any responses to the views filed as noticed above must be served and filed on or before October 29, 2014.

**IT IS SO ORDERED.**

Dated: October 17, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE