IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION | No. 3:12-cv-06003-CRB  **ORDER** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

All interested parties are hereby directed to serve and file any views they wish to raise as to the Third Amended and Restated Stipulation of Settlement (dkt. 277), on or before February 6, 2015. Any responses to the views filed as noticed above must be served and filed on or before February 13, 2015.

**IT IS SO ORDERED.**

Dated: January 23, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE