1
2
3
4
5
6               UNITED STATES DISTRICT COURT
7               NORTHERN DISTRICT OF CALIFORNIA
8                     SAN FRANCISCO DIVISION
9
10
11  IN RE HP SECURITIES LITIGATION,                   MASTER FILE NO. 3:12-CV-05980-CRB
12                                                    **CLASS ACTION**
    This Document Relates To: All Actions            [PROPOSED] ORDER APPROVING PLAN
13                                                    OF ALLOCATION OF THE NET
                                                      SETTLEMENT FUND
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    This matter came for hearing on November 13, 2015 (the "Settlement Hearing"), on Lead Plaintiff's motion for approval of, among other things, the proposed plan of allocation of the Net Settlement Fund (the "Plan of Allocation").  The Court having considered Lead Plaintiff's motion and all matters submitted to it at the Settlement Hearing and otherwise; and it appearing that due and adequate notice of the Settlement, the Settlement Hearing and related matters, including the Plan of Allocation, was given to the Settlement Class as required by the Court's July 17, 2015 Order (the "Preliminary Approval Order").

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1.   This Order hereby incorporates by reference the definitions in the Stipulation of Settlement and Release dated as of June 8, 2015 (the "Stipulation"), and all capitalized terms used herein shall have the same meanings as set forth in the Stipulation.

2.   This Court has jurisdiction to enter this Order.  This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Settlement Class Members.

3.   Notice of Lead Plaintiff's motion for approval of the Plan of Allocation was given to all Settlement Class Members who could be identified with reasonable effort.  The form and method of notifying the Settlement Class of the motion for approval of the Plan of Allocation met the requirements of due process, Rule 23 of the Federal Rules of Civil Procedure, and Section 21D(a)(7) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(7), as amended by the Private Securities Litigation Reform Act of 1995, the Constitution of the United States, and any other applicable law, and constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons entitled thereto.

4.   Over 809,000 copies of the Notice, which included the Plan of Allocation, were disseminated to potential members of the Settlement Class or their nominees, and a copy of the Notice, including the Plan of Allocation, was posted on the website created for the settlement of this Action.

5. The Court hereby finds and concludes that the formula for the calculation of the claims of Claimants as set forth in the Plan of Allocation provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among members of the Settlement Class with due consideration having been given to administrative convenience and necessity.

6. The Court hereby finds and concludes that the Plan of Allocation is, in all respects, fair and reasonable to the Settlement Class. Accordingly, the Court hereby approves the Plan of Allocation as proposed by Lead Plaintiff.

7. Any appeal or any challenge affecting this Court's approval of the Plan of Allocation shall in no way disturb or affect the finality of the Judgment.

8. Jurisdiction is hereby retained over the parties and the Settlement Class Members for all matters relating to this Action, including the administration, interpretation, effectuation or enforcement of the Stipulation and this Order.

9. In the event that the Settlement is terminated or the Effective Date of the Settlement otherwise fails to occur, this Order shall be rendered null and void to the extent provided by the Stipulation and shall be vacated in accordance with the terms of the Stipulation.

10. There is no just reason for delay in the entry of this Order, and immediate entry by the Clerk of the Court is expressly directed.

Dated: November 13, 2015

The Honorable Charles R. Breyer
United States District Judge